# EXHIBIT A

# FOX SUBACUTE AT MECHANICSBURG
# CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK #3 MECHANICS | WK #4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | Delcrest Lease 10/17 | | $ 854.37 | | | $ 854.37 |
| | Trinity Pharmacy (Note) | | | | | $ - |
| | Infiniti Medical Solutions(RENT TO OWN) | | | | $ 7,584.00 | $ 7,584.00 |
| | Delcrest | | $ 34,489.72 | | | $ 34,489.72 |
| | Fleischer, Fleischer & Suglia | | | | | $ - |
| | Hill-Rom | | | $ - | | $ - |
| | Infiniti Medical Solutions | | $ 7,264.00 | | | $ 7,264.00 |
| | PharMerica | | | $ 39,904.00 | | $ 39,904.00 |
| | Praxair - Bulk | $ 4,135.00 | | | | $ 4,135.00 |
| | Praxair - Cylinders | $ 2,771.75 | | | | $ 2,771.75 |
| | Quality Medical Group | $ 150.00 | $ - | | | $ 150.00 |
| | Reinhart | $ 1,550.74 | $ 1,565.12 | $ 1,430.69 | $ 1,460.73 | $ 6,007.28 |
| | Tri-Med Medical Supplies | | | $ 17,000.00 | | $ 17,000.00 |
| | Tyler Robinson | | $ 125.00 | | | $ 125.00 |
| | Bank Direct - Loan #(526612) | | $ 7,368.11 | | | $ 7,368.11 |
| | Lackawanna Insurance | | $ 6,397.21 | | | $ 6,397.21 |
| | De Lage Landen | | | | | $ - |
| | Guardian | | | $ 1,917.12 | | $ 1,917.12 |
| | Propel Insurance | | | | | $ - |
| | Sun Life Financial | | | $ 3,350.67 | | $ 3,350.67 |
| | Cummings Consultants (Dr. Cary Cummings) | | | $ 3,000.00 | | $ 3,000.00 |
| | American Express | $ 5,002.59 | | | | $ 5,002.59 |
| | Visa (Cardmember Service) | | | $ 314.73 | | $ 314.73 |
| | Great America Financial Svcs | | | | | $ - |
| | Home Depot | | | | | $ - |
| | Applied Computer Solutions | $ 654.23 | | | | $ 654.23 |
| | Marlin | | | | | $ - |
| | DeBrunner & Assoc. | | | $ 2,575.00 | | $ 2,575.00 |
| | DeBrunner & Assoc. (Misc Expense) | | | $ 200.00 | | $ 200.00 |
| 240 | Comcast (5941) | | | | $ 897.92 | $ 897.92 |
| 241 | Comcast (3420) internet | | | | $ 247.87 | $ 247.87 |
| | Comcast (7347) | | | | $ 157.87 | $ 157.87 |
| | Verizon (Fire Alarm System) | | | | $ 124.70 | $ 124.70 |
| | Altek | | | | $ 1,167.37 | $ 1,167.37 |
| | Windstream (Paetec) | | | | $ 1,993.98 | $ 1,993.98 |
| | Amanda Schoolcraft | | | | | $ - |
| | Bill Haig | | | | | $ - |
| | Brittney Jackson | | | $ 372.07 | | $ 372.07 |
| | Linda Barnum | | | | | $ - |
| | Rennee Bailey | | | | | $ - |
| | Camille Larmon | | | | | $ - |
| | Christopher Fisher (Petty Cash) | | | | | $ - |
| | Christine Shank | | | | | $ - |
| | Darrell McMillan | | | | | $ - |
| | Diane Baker | | | $ 178.36 | | $ 178.36 |
| | Diane Harris | | | | | $ - |
| | Ginger Lehrman (Activities PC) | | | | | $ - |
| | Geni Fisher | | | | | $ - |
| | Ginnie Rudisill | | | | | $ - |
| | Ginnie Rudisill, Petty Cash | | | $ 345.85 | | $ 345.85 |
| | Jacqulin Trostle | | | | | $ - |
| | Jaime Rosen | | | | | $ - |
| | Jeanine Wagner | | | | | $ - |
| | Jennifer Stitzel | | | | | $ - |
| | Jennifer Thornhill | | | | | $ - |
| | Joanne Seader | | | | | $ - |
| | Joe Murray | $ 1,051.13 | | | | $ 1,051.13 |
| | Josh Paugh | | | | | $ - |
| | Kim Remetta | | | | | $ - |
| | Linda Barnum | | | | | $ - |
| | Lorraine Gustin | | | $ 213.87 | | $ 213.87 |
| | Pamela Kennedy | | | | | $ - |
| | Petty Cash | | | | | $ - |
| | Roland Doyle | | | | | $ Desc - |

# CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK #3 MECHANICS | WK #4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | Scott Matlock (Expense Report) | | | | | $ - |
| | Stephanie Richards | | | | | $ - |
| | Tara Black (Expense Report) | | | | | $ - |
| | Jamie Rosen | | | | | $ - |
| | **VENDOR** | | | | | $ - |
| | 360 Healthcare Staffing | | | | | $ - |
| | 3M Cogent Inc. | | | | | $ - |
| | Ability Network, Inc. | | | | | $ - |
| | Action Screen Printing | | | | | $ - |
| | AccuVein Inc. | | | | | $ - |
| | ACMA | | | $ 750.00 | | $ 750.00 |
| | ADP | | | | | $ - |
| | ADARA Healthcare | | | | | $ - |
| | AIA Skyland Promotions | | | | | $ - |
| | Air-Vent Duct Cleaning | | | | | $ - |
| | Allbettercare Urgent Care Center | | | | | $ - |
| | All American Healthcare Services | | | $ - | | $ - |
| | All Better Health | | | | | $ - |
| | Alpha/BioMed | | | | | $ - |
| | Alpha Clinical Lab | | | | | $ - |
| | Allscripts Healthcare | | | | $ - | $ - |
| | AMA Profiles | | | | | $ - |
| | A.M. Communication Solutions | | | | | $ - |
| | American Medical Association | | | | | $ - |
| | Amerihealth | | | | | $ - |
| | Ascend Health Care | | | | | $ - |
| | Associated Products | | | | | $ - |
| | Awareness Technologies | | | | | $ - |
| | Balfurd Healthcare & Linen Rentals | | | | $ 3,650.35 | $ 3,650.35 |
| | Barbara Melius | | | | | $ - |
| | Bills Outdoor Power | | | | $ - | $ - |
| | Blanche Lenard Consulting | | | | | $ - |
| | Bortek Industries | | | | $ 875.83 | $ 875.83 |
| | Briggs | | | | | $ - |
| | Capital Healthcare Solutions | | | | | $ - |
| | Carlisle Regional Medical Center | | | | | $ - |
| | Carlisle NueroCare | | | | | $ - |
| | Carolina Speech Pathology | | | $ - | | $ - |
| | CCTB LST | | | | | $ - |
| | Cellai Law Offices | | | | | $ - |
| | Choice for Life Ministry | | $ - | | | $ - |
| | Chuck Mummert | | | | | $ - |
| | CLIA Laboratory Program | | | | | $ - |
| | CMSA Mid Atlantic Chapter | | | | | $ - |
| | Columbia Ancillary | | | | | $ - |
| | Commonwealth of PA | | | | | $ - |
| | Community Fire & Health Services | | | | | $ - |
| | Community Life Team | | | | | $ - |
| | Concentra | | $ 1,038.00 | | | $ 1,038.00 |
| | Connect Tek | | | | | $ - |
| | Consolidated Graphics | | | | | $ - |
| | Continental Health Eq | | | | | $ - |
| | Courtney Norris | | | | | $ - |
| | Crest Healthcare Supply | | | | | $ - |
| | Croker Fire Safety | | | | | $ - |
| | Crystal Springs | $ 75.16 | | | $ - | $ 75.16 |
| | Culligan of Mech. | $ - | | | $ 95.40 | $ 95.40 |
| | Cumberland Co.'s Sheriff's Ofc (Envision) | | | | | $ - |
| | Cumberland County Prothonotary | | $ - | | | $ - |
| | Dauphin County Prothonotary | | | | | $ - |
| | Dedicated Nursing Associates | | | | | $ - |
| | Dennis Lee Heckard | | | | | $ - |
| | DiaMedical USA | | | | | $ - |
| | Direct Supply | | | | | $ - |
| | Donna Jean Foster | | | $ - | | $ - |
| | Doreen Baney (patient reimb) | | | | | $ - |
| | Dotco Flooring | | | | | $ - |
| | Dr. Robert J. Beaudry DMD | | | | | $ - |
| | D & T Mechanical Contractors | | | | | $Desc - |

# CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK #3 MECHANICS | WK #4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | Duty's Lock Safe $ Security | | | | | $ - |
| | East Coast Food | | $ 28.62 | | | $ 28.62 |
| | East Pennsboro Ambulance | | | $ 283.60 | | $ 283.60 |
| | Elaine Doll | | | | | $ - |
| | Elayne Price | | | | | $ - |
| | Eli Qureshi | | | | | $ - |
| | Emerald Green Landscaping | | | | | $ - |
| | Emergency Systems | | | | $ - | $ - |
| | Envision Ablaze Healthcare | | | | | $ - |
| | F. Hummel and Sons LLC | | | | | $ - |
| | Fidelity Security (Eye Med) | | | $ 817.23 | | $ 817.23 |
| | Fire & Life Safety Solutions | | | | | $ - |
| | First Choice Medical Supply | | | | | $ - |
| | Follet Corp | | | | | $ - |
| | Freedom Medical | | $ - | | | $ - |
| | GNXCOR | | | $ 30.11 | | $ 30.11 |
| | Guernsey Office Products | | | | | $ - |
| | H & R Healthcare L.P. | | | $ 1,123.00 | | $ 1,123.00 |
| | H and H Services Co | | | | | $ - |
| | Hampden Township EMS | | | $ 80.74 | | $ 80.74 |
| | Hanger Clinic | | | | | $ - |
| | HD Supply | | | | | $ - |
| | Cellai Law(Harmony ) | | | | | $ - |
| | Harrisburg Dairies | | $ 247.61 | | | $ 247.61 |
| | Healthcare Institute | | | | | $ - |
| | HealthDrive Dental Grp | | | | | $ - |
| | HealthDrive Eye Care Grp | | | | | $ - |
| | HealthDrive Podiatry Grp | | | | | $ - |
| | Health Services | | | | | $ - |
| | HearSay Hearing Centers | | | | | $ - |
| | Hershocks | | | | | $ - |
| | Holy Spirit Hospital - EMS - BLS | | | | | $ - |
| | Holy Spirit Hospital - BHC | | | | | $ - |
| | Houck Services | | | | | $ - |
| | HSE Staffing Agency | | | | | $ - |
| | Hynum Law | | | | | $ - |
| | IDVILLE | | | | | $ - |
| | INFOCUS Technologies | | | | | $ - |
| | Integrated Medical Transport | | | | | $ - |
| | Intelycare | $ 1,102.83 | $ 674.30 | $ 280.31 | $ 899.69 | $ 2,957.13 |
| | Jackie Love (patient reimb.) | $ - | | | | $ - |
| | Jimmy Edwards | | | | | $ - |
| | John Gross & Company | | | | | $ - |
| | Jon Pheasant | | | | | $ - |
| | Johnson Controls | | | $ 2,500.00 | | $ 2,500.00 |
| | Johnson, Kendall & Johnson | | | | | $ - |
| | KCI | | | | | $ - |
| | K & D Factory Services | | | $ - | | $ - |
| | Kennedy PC | | | | | $ - |
| | Keystone Fire Protection | | | $ 360.40 | | $ 360.40 |
| | Keystone Guardianship Services | $ - | | $ 100.00 | | $ 100.00 |
| | Kint Corp | | | | | $ - |
| | Krempa Associates | | | | | $ - |
| | Lawall at Hershey | | | | | $ - |
| | Lebanon Cty Activity Prof. Assoc. | | | | | $ - |
| | Lee Moyer | | | | | $ - |
| | Lemco Electric | | | | | $ - |
| | LW Consulting | | | | | $ - |
| | Management Resource Solutions | | | | | $ - |
| | Marcy Levy, RD | $ - | | | | $ - |
| | Marty's Music Store, Inc. | | | | | $ - |
| | Mary-Kate Spring Lee | | | $ - | | $ - |
| | Masimo | | | $ 2,425.91 | | $ 2,425.91 |
| | Matrixcare, Inc. | | $ 148.40 | | | $ 148.40 |
| | McCartney's Maintenance | | | | | $ - |
| | McKesson Medical | | | | | $ - |
| | Mechanicsburg Fire Dept | | | | | $ - |
| | Medical Staffing Network | | | | | $ - |
| | MedicusHealth | | | | | $ - |
| | Medliance | | | | $ 350.00 | $ 350.00 |
| | Med-Pass | | | | | $ - |
| | MileStone Staffing | | | | | $ - |
| | MS Hershey Medical Center | | | | | $Desc - |

# CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK #3 MECHANICS | WK #4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | Murray Associates | | | | | $ - |
| | NaviHealth | | | | | $ - |
| | National Seating Mobility | | | | | $ - |
| | Nextaff | | | | | $ - |
| | Newegg Business | | | | | $ - |
| | Newtown Office Products | | | | | $ - |
| | Novitas Solutions | | | | | $ - |
| | Occupational Health Svs | | | | | $ - |
| | OnCall Medical Staffing | | | | | $ - |
| | One Track Entertainment | $ 79.86 | | | | $ 79.86 |
| | Orkin Pest Control | | | | | $ - |
| | PA Dept of Health - Harrisburg | | | | | $ - |
| | PA Dept of Labor & Industry B | | | | | $ - |
| | PA Dept of Labor & Industry E | | | | | $ - |
| | PADONA | $ 3,075.00 | | | | $ 3,075.00 |
| | Pat Byrne | | | | | $ - |
| | PCCMA | | | | | $ - |
| | PCA Industrial & Paper Supplies | | | | | $ - |
| | Pennsylvania One Call | $ 125.00 | | | | $ 125.00 |
| | Pennsylvania State Police | $ 2,452.50 | | | | $ 2,452.50 |
| | Perll Diagnostics | | | | | $ - |
| | PHCA | | | | | $ - |
| | Physicians Mobile Xray | | | $ 1,565.41 | | $ 1,565.41 |
| | PIC Medical Gas Testing | | | | | $ - |
| | Pinnacle Health ABC | $ 125.00 | | | | $ 125.00 |
| | Pinnacle Health (COBRA) | | | | | $ - |
| | Pitney Bowes Global Financial | | | $ 259.99 | | $ 259.99 |
| | Pitney Bowes Inc. (Supplies) | | | | | $ - |
| | Post & Schell | | | | | $ - |
| | Professional Media Resources | | | | | $ - |
| | Prominent Medical Staffing | | | | | $ - |
| | Purchase Power | | | | | $ - |
| | Quality Insights | | | | | $ - |
| | Quantum Telecom | | | | | $ - |
| | R F Fager | | | | | $ - |
| | Relias Learning (Silver Chair) | | | | | $ - |
| | Requipment Co. Inc. | | | | | $ - |
| | Richter Healthcare | $ 1,780.00 | | | | $ 1,780.00 |
| | RKL LLP | | | | | $ - |
| | Robert Bracilano | | | | | $ - |
| | Roland Doyle | | | | | $ - |
| | Ronald Gildea | | | | | $ - |
| | Sharon Gladfelder RHIT | | | | | $ - |
| | Sharps Compliance Inc. | | | | $ 407.00 | $ 407.00 |
| | Sheeran Infection Control | | | | | $ - |
| | Shenk Company | | | | | $ - |
| | Shredding Solutions | | | | | $ - |
| | Simplex Grinnell | | | | | $ - |
| | Skill Path Seminars | | | | | $ - |
| | Specialty Medical Products | | | | | $ - |
| | Steve Kucenski | | | | | $ - |
| | StreamlineVerify | | | | | $ - |
| | Stryker Sales Corp | | | | | $ - |
| | Sumitra Bista | | | | | $ - |
| | Susquehanna Oil | | | | | $ - |
| | Susquehanna Door | | | | | $ - |
| | Susquehanna Valley Roofing | | | | | $ - |
| | Symtech | | | | | $ - |
| | Swift MD | | | | $ 225.00 | $ 225.00 |
| | Terapia Consulting | | | | | $ - |
| | The ALS Association | | | | | $ - |
| | The Cope Salt Co | | | | | $ - |
| | The Line Company | | | | | $ - |
| | The Sherman Engineering | | | | $ - | $ - |
| | The Sherwin Williams | | | | | $ - |
| | Thomas Bennett | | | | | $ - |
| | Thomas Edmonson | | | | | $ - |
| | Triangle Fire Protection | | | | $ 735.00 | $ 735.00 |
| | Tri-Dim Filter Corporation | | | | | $ - |
| | Trust Ambulance | | | $ 7,699.85 | | $ 7,699.85 |
| | Tyco Integrated Security | | | | | $ - |
| | Urgent Medical Staffing | | | | | $ - |
| | U.S. Regional Occupational Health | | | | | $Desc - |

## CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK #3 MECHANICS | WK #4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | US Standard Products | | $ 725.29 | | | $ 725.29 |
| | Verbatim Solutions | | | | | $ - |
| | Waste Management | | | | $ 2,018.82 | $ 2,018.82 |
| | W.B. Mason | | | | $ 612.67 | $ 612.67 |
| | Wellspan Health | | | | | $ - |
| | Welch Allyn Inc. | | | | | $ - |
| | Woodlyn Assoc | | $ 1,011.00 | | | $ 1,011.00 |
| | Zoro Tools | | | | | $ - |
| | Totals | $ 24,130.79 | $ 62,694.39 | $ 89,078.91 | $ 23,504.20 | $ 199,408.29 |

| | WK #1 | WK #2 | WK #3 | WK #4 | TOTAL |
|---|---|---|---|---|---|
| Payroll and PR Taxes | $ - | $ 225,000.00 | $ - | $ 225,000.00 | $ 450,000.00 |
| Real Estate Taxes | | | $ 6,208.33 | | $ 6,208.33 |
| Meritain Health ilns | $ 20,000.00 | | $ - | | $ 20,000.00 |
| Bed Tax | $ - | | $ - | | $ - |
| Mgt Fee | $ - | $ 47,000.00 | | | $ 47,000.00 |
| Rent | $ 63,280.00 | | $ - | | $ 63,280.00 |
| LOC | $ 8,307.29 | | | | $ 8,307.29 |
| Direct Hits | $ - | | $ 1,931.21 | | $ 1,931.21 |
| Total Cash Out | $ 115,718.08 | $ 334,694.39 | $ 97,218.45 | $ 248,504.20 | $ 796,135.12 |
| Receipts | $ 199,559.50 | $ 199,559.50 | $ 199,559.50 | $ 199,559.50 | $ 798,238.00 |
| +/- | $ 83,841.42 | $ (135,134.89) | $ 102,341.05 | $ (48,944.70) | $ 2,102.88 |

# FOX SUBACUTE AT MECHANICSBURG
# CASH FORECASTING FOR DECEMBER 2019

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK#3 MECHANICS | WK#4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | Delcrest Lease 10/17 | | $ 854.37 | | | $ 854.37 |
| | Trinity Pharmacy (Note) | | | | | $ - |
| | Infiniti Medical Solutions(RENT TO OWN) | | | | $ 7,584.00 | $ 7,584.00 |
| | Delcrest | | $ 34,489.72 | | | $ 34,489.72 |
| | Fleischer, Fleischer & Suglia | | | | | $ - |
| | Hill-Rom | | | $ - | | $ - |
| | Infiniti Medical Solutions | | $ 7,264.00 | | | $ 7,264.00 |
| | PharMerica | | | $ 39,904.00 | | $ 39,904.00 |
| | Praxair - Bulk | $ 4,135.00 | | | | $ 4,135.00 |
| | Praxair - Cylinders | $ 2,771.75 | | | | $ 2,771.75 |
| | Quality Medical Group | $ 150.00 | $ - | | | $ 150.00 |
| | Reinhart | $ 1,550.74 | $ 1,565.12 | $ 1,430.69 | $ 1,460.73 | $ 6,007.28 |
| | Tri-Med Medical Supplies | | | $ 17,000.00 | | $ 17,000.00 |
| | Tyler Robinson | | $ 125.00 | | | $ 125.00 |
| | Bank Direct - Loan #(526612) | | $ 7,368.11 | | | $ 7,368.11 |
| | Lackawanna Insurance | | $ 6,397.21 | | | $ 6,397.21 |
| | De Lage Landen | | | | | $ - |
| | Guardian | | | $ 1,917.12 | | $ 1,917.12 |
| | Propel Insurance | | | | | $ - |
| | Sun Life Financial | | | $ 3,350.67 | | $ 3,350.67 |
| | Cummings Consultants (Dr. Cary Cummings) | | | $ 3,000.00 | | $ 3,000.00 |
| | American Express | $ 5,002.59 | | | | $ 5,002.59 |
| | Visa (Cardmember Service) | | | $ 314.73 | | $ 314.73 |
| | Great America Financial Svcs | | | | | $ - |
| | Home Depot | | | | | $ - |
| | Applied Computer Solutions | $ 654.23 | | | | $ 654.23 |
| | Marlin | | | | | $ - |
| | DeBrunner & Assoc. | | | $ 2,575.00 | | $ 2,575.00 |
| | DeBrunner & Assoc. (Misc Expense) | | | $ 200.00 | | $ 200.00 |
| 240 | Comcast (5941) | | | | $ 897.92 | $ 897.92 |
| 241 | Comcast (3420) internet | | | | $ 247.87 | $ 247.87 |
| | Comcast (7347) | | | | $ 157.87 | $ 157.87 |
| | Verizon (Fire Alarm System) | | | | $ 124.70 | $ 124.70 |
| | Altek | | | | $ 1,167.37 | $ 1,167.37 |
| | Windstream (Paetec) | | | | $ 1,993.98 | $ 1,993.98 |
| | Amanda Schoolcraft | | | | | $ - |
| | Bill Haig | | | | | $ - |
| | Brittney Jackson | | | $ 372.07 | | $ 372.07 |
| | Linda Barnum | | | | | $ - |
| | Rennee Bailey | | | | | $ - |
| | Camille Larmon | | | | | $ - |
| | Christopher Fisher (Petty Cash) | | | | | $ - |
| | Christine Shank | | | | | $ - |
| | Darrell McMillan | | | | | $ - |
| | Diane Baker | | | $ 178.36 | | $ 178.36 |
| | Diane Harris | | | | | $ - |
| | Ginger Lehrman (Activities PC) | | | | | $ - |
| | Geni Fisher | | | | | $ - |
| | Ginnie Rudisill | | | | | $ - |
| | Ginnie Rudisill, Petty Cash | | | $ 345.85 | | $ 345.85 |
| | Jacqulin Trostle | | | | | $ - |
| | Jaime Rosen | | | | | $ - |
| | Jeanine Wagner | | | | | $ - |
| | Jennifer Stitzel | | | | | $ - |
| | Jennifer Thornhill | | | | | $ - |
| | Joanne Seader | | | | | $ - |
| | Joe Murray | $ 1,051.13 | | | | $ 1,051.13 |
| | Josh Paugh | | | | | $ - |
| | Kim Remetta | | | | | $ - |
| | Linda Barnum | | | | | $ - |
| | Lorraine Gustin | | | $ 213.87 | | $ 213.87 |
| | Pamela Kennedy | | | | | $ - |
| | Petty Cash | | | | | $ - |
| | Roland Doyle | | | | | $ - |

# CASH FORECASTING FOR DECEMBER 2019

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK #3 MECHANICS | WK #4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | Scott Matlock (Expense Report) | | | | | $ - |
| | Stephanie Richards | | | | | $ - |
| | Tara Black (Expense Report) | | | | | $ - |
| | Jamie Rosen | | | | | $ - |
| | | | | | | $ - |
| | VENDOR | | | | | $ - |
| | 360 Healthcare Staffing | | | | | $ - |
| | 3M Cogent Inc. | | | | | $ - |
| | Ability Network, Inc. | | | | | $ - |
| | Action Screen Printing | | | | | $ - |
| | AccuVein Inc. | | | | | $ - |
| | ACMA | | | $ 750.00 | | $ 750.00 |
| | ADP | | | | | $ - |
| | ADARA Healthcare | | | | | $ - |
| | AIA Skyland Promotions | | | | | $ - |
| | Air-Vent Duct Cleaning | | | | | $ - |
| | Allbettercare Urgent Care Center | | | | | $ - |
| | All American Healthcare Services | | | $ - | | $ - |
| | All Better Health | | | | | $ - |
| | Alpha/BioMed | | | | | $ - |
| | Alpha Clinical Lab | | | | | $ - |
| | Allscripts Healthcare | | | | $ - | $ - |
| | AMA Profiles | | | | | $ - |
| | A.M. Communication Solutions | | | | | $ - |
| | American Medical Association | | | | | $ - |
| | Amerihealth | | | | | $ - |
| | Ascend Health Care | | | | | $ - |
| | Associated Products | | | | | $ - |
| | Awareness Technologies | | | | | $ - |
| | Balfurd Healthcare & Linen Rentals | | | | $ 3,650.35 | $ 3,650.35 |
| | Barbara Melius | | | | | $ - |
| | Bills Outdoor Power | | | | $ - | $ - |
| | Blanche Lenard Consulting | | | | | $ - |
| | Bortek Industries | | | | $ 875.83 | $ 875.83 |
| | Briggs | | | | | $ - |
| | Capital Healthcare Solutions | | | | | $ - |
| | Carlisle Regional Medical Center | | | | | $ - |
| | Carlisle NueroCare | | | | | $ - |
| | Carolina Speech Pathology | | | $ - | | $ - |
| | CCTB LST | | | | | $ - |
| | Cellai Law Offices | | | | | $ - |
| | Choice for Life Ministry | | $ - | | | $ - |
| | Chuck Mummert | | | | | $ - |
| | CLIA Laboratory Program | | | | | $ - |
| | CMSA Mid Atlantic Chapter | | | | | $ - |
| | Columbia Ancillary | | | | | $ - |
| | Commonwealth of PA | | | | | $ - |
| | Community Fire & Health Services | | | | | $ - |
| | Community Life Team | | | | | $ - |
| | Concentra | | $ 1,038.00 | | | $ 1,038.00 |
| | Connect Tek | | | | | $ - |
| | Consolidated Graphics | | | | | $ - |
| | Continental Health Eq | | | | | $ - |
| | Courtney Norris | | | | | $ - |
| | Crest Healthcare Supply | | | | | $ - |
| | Croker Fire Safety | | | | | $ - |
| | Crystal Springs | $ 75.16 | | | $ - | $ 75.16 |
| | Culligan of Mech. | $ - | | | $ 95.40 | $ 95.40 |
| | Cumberland Co.'s Sheriff's Ofc (Envision) | | | | | $ - |
| | Cumberland County Prothonotary | | $ - | | | $ - |
| | Dauphin County Prothonotary | | | | | $ - |
| | Dedicated Nursing Associates | | | | | $ - |
| | Dennis Lee Heckard | | | | | $ - |
| | DiaMedical USA | | | | | $ - |
| | Direct Supply | | | | | $ - |
| | Donna Jean Foster | | | $ - | | $ - |
| | Doreen Baney (patient reimb) | | | | | $ - |
| | Dotco Flooring | | | | | $ - |
| | Dr. Robert J. Beaudry DMD | | | | | $ - |
| | D & T Mechanical Contractors | | | | | $ - |

# CASH FORECASTING FOR DECEMBER 2019

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK#3 MECHANICS | WK#4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | Duty's Lock Safe $ Security | | | | | $ - |
| | East Coast Food | | $ 28.62 | | | $ 28.62 |
| | East Pennsboro Ambulance | | | $ 283.60 | | $ 283.60 |
| | Elaine Doll | | | | | $ - |
| | Elayne Price | | | | | $ - |
| | Eli Qureshi | | | | | $ - |
| | Emerald Green Landscaping | | | | | $ - |
| | Emergency Systems | | | | $ - | $ - |
| | Envision Ablaze Healthcare | | | | | $ - |
| | F. Hummel and Sons LLC | | | | | $ - |
| | Fidelity Security (Eye Med) | | | $ 817.23 | | $ 817.23 |
| | Fire & Life Safety Solutions | | | | | $ - |
| | First Choice Medical Supply | | | | | $ - |
| | Follet Corp | | | | | $ - |
| | Freedom Medical | | $ - | | | $ - |
| | GNXCOR | | | $ 30.11 | | $ 30.11 |
| | Guernsey Office Products | | | | | $ - |
| | H & R Healthcare L.P. | | | $ 1,123.00 | | $ 1,123.00 |
| | H and H Services Co | | | | | $ - |
| | Hampden Township EMS | | | $ 80.74 | | $ 80.74 |
| | Hanger Clinic | | | | | $ - |
| | HD Supply | | | | | $ - |
| | Cellai Law(Harmony ) | | | | | $ - |
| | Harrisburg Dairies | | $ 247.61 | | | $ 247.61 |
| | Healthcare Institute | | | | | $ - |
| | HealthDrive Dental Grp | | | | | $ - |
| | HealthDrive Eye Care Grp | | | | | $ - |
| | HealthDrive Podiatry Grp | | | | | $ - |
| | Health Services | | | | | $ - |
| | HearSay Hearing Centers | | | | | $ - |
| | Hershocks | | | | | $ - |
| | Holy Spirit Hospital - EMS - BLS | | | | | $ - |
| | Holy Spirit Hospital - BHC | | | | | $ - |
| | Houck Services | | | | | $ - |
| | HSE Staffing Agency | | | | | $ - |
| | Hynum Law | | | | | $ - |
| | IDVILLE | | | | | $ - |
| | INFOCUS Technologies | | | | | $ - |
| | Integrated Medical Transport | | | | | $ - |
| | Intelycare | $ 1,102.83 | $ 674.30 | $ 280.31 | $ 899.69 | $ 2,957.13 |
| | Jackie Love (patient reimb.) | $ - | | | | $ - |
| | Jimmy Edwards | | | | | $ - |
| | John Gross & Company | | | | | $ - |
| | Jon Pheasant | | | | | $ - |
| | Johnson Controls | | | $ 2,500.00 | | $ 2,500.00 |
| | Johnson, Kendall & Johnson | | | | | $ - |
| | KCI | | | | | $ - |
| | K & D Factory Services | | | $ - | | $ - |
| | Kennedy PC | | | | | $ - |
| | Keystone Fire Protection | | | $ 360.40 | | $ 360.40 |
| | Keystone Guardianship Services | $ - | | $ 100.00 | | $ 100.00 |
| | Kint Corp | | | | | $ - |
| | Krempa Associates | | | | | $ - |
| | Lawall at Hershey | | | | | $ - |
| | Lebanon Cty Activity Prof. Assoc. | | | | | $ - |
| | Lee Moyer | | | | | $ - |
| | Lemco Electric | | | | | $ - |
| | LW Consulting | | | | | $ - |
| | Management Resource Solutions | | | | | $ - |
| | Marcy Levy, RD | $ - | | | | $ - |
| | Marty's Music Store, Inc. | | | | | $ - |
| | Mary-Kate Spring Lee | | | $ - | | $ - |
| | Masimo | | | $ 2,425.91 | | $ 2,425.91 |
| | Matrixcare, Inc. | | $ 148.40 | | | $ 148.40 |
| | McCartney's Maintenance | | | | | $ - |
| | McKesson Medical | | | | | $ - |
| | Mechanicsburg Fire Dept | | | | | $ - |
| | Medical Staffing Network | | | | | $ - |
| | MedicusHealth | | | | | $ - |
| | Medliance | | | | $ 350.00 | $ 350.00 |
| | Med-Pass | | | | | $ - |
| | MileStone Staffing | | | | | $ - |
| | MS Hershey Medical Center | | | | | $Desc - |

# CASH FORECASTING FOR DECEMBER 2019

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK#3 MECHANICS | WK#4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | Murray Associates | | | | | $ - |
| | NaviHealth | | | | | $ - |
| | National Seating Mobility | | | | | $ - |
| | Nextaff | | | | | $ - |
| | Newegg Business | | | | | $ - |
| | Newtown Office Products | | | | | $ - |
| | Novitas Solutions | | | | | $ - |
| | Occupational Health Svs | | | | | $ - |
| | OnCall Medical Staffing | | | | | $ - |
| | One Track Entertainment | $ 79.86 | | | | $ 79.86 |
| | Orkin Pest Control | | | | | $ - |
| | PA Dept of Health - Harrisburg | | | | | $ - |
| | PA Dept of Labor & Industry B | | | | | $ - |
| | PA Dept of Labor & Industry E | | | | | $ - |
| | PADONA | $ 3,075.00 | | | | $ 3,075.00 |
| | Pat Byrne | | | | | $ - |
| | PCCMA | | | | | $ - |
| | PCA Industrial & Paper Supplies | | | | | $ - |
| | Pennsylvania One Call | $ 125.00 | | | | $ 125.00 |
| | Pennsylvania State Police | $ 2,452.50 | | | | $ 2,452.50 |
| | Perll Diagnostics | | | | | $ - |
| | PHCA | | | | | $ - |
| | Physicians Mobile Xray | | | $ 1,565.41 | | $ 1,565.41 |
| | PIC Medical Gas Testing | | | | | $ - |
| | Pinnacle Health ABC | $ 125.00 | | | | $ 125.00 |
| | Pinnacle Health (COBRA) | | | | | $ - |
| | Pitney Bowes Global Financial | | | $ 259.99 | | $ 259.99 |
| | Pitney Bowes Inc. (Supplies) | | | | | $ - |
| | Post & Schell | | | | | $ - |
| | Professional Media Resources | | | | | $ - |
| | Prominent Medical Staffing | | | | | $ - |
| | Purchase Power | | | | | $ - |
| | Quality Insights | | | | | $ - |
| | Quantum Telecom | | | | | $ - |
| | R F Fager | | | | | $ - |
| | Relias Learning (Silver Chair) | | | | | $ - |
| | Requipment Co. Inc. | | | | | $ - |
| | Richter Healthcare | $ 1,780.00 | | | | $ 1,780.00 |
| | RKL LLP | | | | | $ - |
| | Robert Bracilano | | | | | $ - |
| | Roland Doyle | | | | | $ - |
| | Ronald Gildea | | | | | $ - |
| | Sharon Gladfelder RHIT | | | | | $ - |
| | Sharps Compliance Inc. | | | | $ 407.00 | $ 407.00 |
| | Sheeran Infection Control | | | | | $ - |
| | Shenk Company | | | | | $ - |
| | Shredding Solutions | | | | | $ - |
| | Simplex Grinnell | | | | | $ - |
| | Skill Path Seminars | | | | | $ - |
| | Specialty Medical Products | | | | | $ - |
| | Steve Kucenski | | | | | $ - |
| | StreamlineVerify | | | | | $ - |
| | Stryker Sales Corp | | | | | $ - |
| | Sumitra Bista | | | | | $ - |
| | Susquehanna Oil | | | | | $ - |
| | Susquehanna Door | | | | | $ - |
| | Susquehanna Valley Roofing | | | | | $ - |
| | Symtech | | | | | $ - |
| | Swift MD | | | | $ 225.00 | $ 225.00 |
| | Terapia Consulting | | | | | $ - |
| | The ALS Association | | | | | $ - |
| | The Cope Salt Co | | | | | $ - |
| | The Line Company | | | | | $ - |
| | The Sherman Engineering | | | | $ - | $ - |
| | The Sherwin Williams | | | | | $ - |
| | Thomas Bennett | | | | | $ - |
| | Thomas Edmonson | | | | | $ - |
| | Triangle Fire Protection | | | | $ 735.00 | $ 735.00 |
| | Tri-Dim Filter Corporation | | | | | $ - |
| | Trust Ambulance | | | $ 7,699.85 | | $ 7,699.85 |
| | Tyco Integrated Security | | | | | $ - |
| | Urgent Medical Staffing | | | | | $ - |
| | U.S. Regional Occupational Health | | | | | $ Desc - |

| Vnd# | VENDOR | WK #1 MECHANICS | WK #2 MECHANICS | WK#3 MECHANICS | WK#4 MECHANICS | TOTAL |
|---|---|---|---|---|---|---|
| | CASH FORECASTING FOR DECEMBER 2019 | | | | | |
| | Delcrest Lease | | $ 757.64 | | | $ 757.64 |
| | US Standard Products | | $ 725.29 | | | $ 725.29 |
| | Verbatim Solutions | | | | | $ - |
| | Waste Management | | | | $ 2,018.82 | $ 2,018.82 |
| | W.B. Mason | | | | $ 612.67 | $ 612.67 |
| | Wellspan Health | | | | | $ - |
| | Welch Allyn Inc. | | | | | $ - |
| | Woodlyn Assoc | | $ 1,011.00 | | | $ 1,011.00 |
| | Zoro Tools | | | | | $ - |
| | Totals | $ 24,130.79 | $ 62,694.39 | $ 89,078.91 | $ 23,504.20 | $ 199,408.29 |

|  | WK #1 | WK #2 | WK #3 | WK #4 | TOTAL |
|---|---|---|---|---|---|
| Payroll and PR Taxes | $ - | $ 225,000.00 | $ - | $ 225,000.00 | $ 450,000.00 |
| Real Estate Taxes | | | $ 6,208.33 | | $ 6,208.33 |
| Meritain Health ilns | $ 20,000.00 | $ - | $ - | | $ 20,000.00 |
| Bed Tax | $ - | | $ - | | $ - |
| Mgt Fee | $ - | $ 47,000.00 | | | $ 47,000.00 |
| Rent | $ 63,280.00 | | $ - | | $ 63,280.00 |
| LOC | $ 8,307.29 | | | | $ 8,307.29 |
| Direct Hits | $ - | | $ 1,931.21 | | $ 1,931.21 |
| **Total Cash Out** | $ 115,718.08 | $ 334,694.39 | $ 97,218.45 | $ 248,504.20 | $ 796,135.12 |
| **Receipts** | $ 199,559.50 | $ 199,559.50 | $ 199,559.50 | $ 199,559.50 | $ 798,238.00 |
| +/- | $ 83,841.42 | $ (135,134.89) | $ 102,341.05 | $ (48,944.70) | $ 2,102.88 |