IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Nos. 1:19-bk-04714-HWV
   FOX SUBACUTE AT : 1:19-bk-04716-HWV
   MECHANICSBURG, LLC, FOX : 1:19-bk-04717-HWV
   SUBACUTE AT CLARA BURKE, : 1:19-bk-04715-HWV
   INC., FOX SUBACUTE AT :
   SOUTH PHILADELPHIA, LLC, :
   and FOX NURSING HOME CORP. : Chapter 11
   d/b/a FOX SUBACUTE AT :
   WARRINGTON :
                              Debtors :

**CERTIFICATE OF SERVICE**

     I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on November 1, 2019, a true and correct copy of the attached **APPLICATION FOR ORDER UNDER FED. R. BANKR. P. 1015 FOR JOINT ADMINISTRATION OF CASES AND ACCOMPANYING NOTICE** was served via electronic means through the Court's ECF filing system, electronically and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

| | |
|---|---|
| Gregory B. Schiller<br>Office of the U.S. Trustee<br>228 Walnut Street, Room 1190<br>Harrisburg, PA  17108-0969 | PA Department of Revenue<br>Bureau of Compliance<br>Bankruptcy Division<br>Dept. 0946<br>Harrisburg, PA  17128-0946 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Bureau of Employer Tax Operations<br>Labor & Industry Bldg<br>651 Boas Street, Room 702<br>Harrisburg, PA 17106-8568 |
| Office of Attorney General<br>Financial Enforcement Section<br>Strawberry Square, 15th Floor<br>Fourth & Walnut Streets<br>Harrisburg, PA  17120 | U.S. Department of Justice<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC 20044 |
| Assistant U.S. Attorney<br>P. O. Box 11754<br>Harrisburg, PA  17108-1754 | United States Attorney<br>228 Walnut Street<br>Harrisburg, PA 17108 |

Securities Exchange Commission  
3 World Financial Center  
New York, NY 10281  

Sabra Health Care REIT, Inc.  
18500 Von Karman Avenue, Suite 550  
Irvine, CA 92612  

William Hallam, Esquire  
Rosenberg Martin Greenberg, LLP  
25 South Charles Street, 21st Floor  
Baltimore, Maryland 21201  

                                                 s/ *Joanne M Bartley*  
Joanne M. Bartley  
Assistant to Robert E. Chernicoff, Esquire

| | | |
|---|---|---|
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | A Vital Response, Inc.<br>1205 S 28th Street<br>Harrisburg, PA 17111-1046 | ADARA Healthcare Staffing<br>241 Maple Hollow Road<br>Duncansville, PA 16635-7006 |
| Alimed, Inc.<br>P.O. Box 9135<br>Dedham, MA 02027-9135 | All American Healthcare Services<br>494 Broad Street<br>Suite 302<br>Newark, NJ 07102-3230 | Allscripts Healthcare, LLC<br>24630 Network Place<br>Chicago, IL 60673-1246 |
| Altek Business Systems Inc.<br>P.O. Box 660831<br>Dallas, TX 75266-0831 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | Applied Computer Solutions<br>P.O. Box 749<br>Spring House, PA 19477-0749 |
| Ascend Healthcare Associates<br>1100 Bent Creek Blvd.<br>Suite 102<br>Mechanicsburg, PA 17050-1872 | Balfurd Healthcare & Linen Rentals<br>2467 Park Avenue<br>P.O. Box 109<br>Tipton, PA 16684-0109 | Blanche Lenard Consulting LLC<br>2225 Overlook Drive<br>Aston, PA 19014-1616 |
| Bortek Industries, Inc.<br>4713 Old Gettysburg Road<br>Mechanicsburg, PA 17055 | Capital Healthcare Solutions Inc.<br>P.O. Box 799<br>Gloucester, VA 23061-0799 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Woodlyn Associates LLC<br>340 E Maple Avenue, Suite 301<br>Langhorne, PA 19047-2853 | Christopher Fisher<br>c/o Fox Subacute at Mechanicsburg<br>120 Filber Street<br>Mechanicsburg, PA 17055-6593 | Colorworks by Chana<br>2187 Red Barn Road<br>Furlong, PA 18925-2118 |
| Comcast<br>P.O. Box 70219<br>Southeastern, PA 19176-0219 | Commercial Refrigeration of HBG<br>7841 Witmer Drive<br>Harrisburg, PA 17111-5403 | Community Life Team<br>P.O. Box 8<br>Indiana, PA 15701-0008 |
| Concentra<br>Occupational Health Ctr.<br>P.O. Box 8750<br>Elkridge, MD 21075-8750 | Cozen 'O'Connor<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103-7325 | Crest Healthcare Supply<br>P.O. Box 727<br>Dassel, MN 55325-0727 |
| Cummings Consultants<br>1617 North Front Street<br>Harrisburg, PA 17102-2414 | D&T Mechanical Contractors Inc.<br>714 Ayers Avenue<br>P.O. Box 42<br>Lemoyne, PA 17043-0042 | David Owens, Petty Cash<br>Fox Subacute at Warrington<br>2644 Bristol Road<br>Warrington, PA 18976-1404 |
| DeBrunner & Associates<br>112 Walnut Street<br>Harrisburg, PA 17101-1609 | Delcrest Medical Services, Inc<br>100 Commerce Drive<br>Ivyland, PA 18974-1561 | William Hallam, Esquire<br>Rosenberg Martin Greenberg LLP<br>25 South Charles Street, 21st Fl<br>Baltimore, MD 21201-3322 |

| | | |
|---|---|---|
| East Pennsboro Ambulance Service<br>P.O. Box 47<br>Enola, PA 17025-0047 | Eli Qureshi<br>20 Keefer Way<br>Mechanicsburg, PA 17055-9258 | F Hummel & Sons LLC<br>112 Woodside Drive<br>Mechanicsburg, PA 17055-5858 |
| FSA Realty Associates, LLP<br>251 Stenton Avenue<br>Philadelphia, PA 19145 | Fetrow Electric Service Company<br>P.O. box 162<br>Camp Hill, PA 17001-0162 | Fidelity Security Life Ins. Co.<br>P.O. Box 632530<br>Cincinnati, OH 45263-2530 |
| First Choice Medical Supply<br>P.O. Box 3608<br>Jackson, MS 39207-3608 | Fleischer Fleischer & Suglia<br>Four Greentree Centre, Suite 305<br>601 Rt 73 N<br>Marlton, NJ 08053-3475 | Follett LLC<br>P.O. Box 782806<br>Philadelphia, PA 19178-2806 |
| Vohra Post Acute Care Physicians<br>P.O. Box 742758<br>Atlanta, GA 30374-2758 | Fredom Medical Inc.<br>P.O. Box 822704<br>Philadelphia, PA 19182-2704 | Gatter & Diehl Inc.<br>100 Winding Creek Blvd.<br>Mechanicsburg, PA 17050-1883 |
| Geisinger Holy Spirit<br>503 N 21st Street<br>Camp Hill, PA 17011-2204 | Ginnie Rudisill<br>451 Maywood Road<br>York, PA 17402-4153 | Guardian<br>P.O. Box 824404<br>Philadelphia, PA 19182-4404 |
| Guernsey<br>P.O. Box 61770<br>Harrisburg, PA 17106-1770 | H&H Service Company Inc.<br>4510B Westport Drive<br>Mechanicsburg, PA 17055 | H&R Healthcare LP<br>1750 Oak Street<br>Lakewood, NJ 08701-5926 |
| H.B. McClure<br>P.O. Box 1745<br>Harrisburg, PA 17105-1745 | HSE Staffing Agency LLC<br>5585 Barbara Drive<br>Mechanicsburg, PA 17050-7216 | Hampden Township EMS<br>N 2930 State Road 22<br>Wautoma, WI 54982-5267 |
| HealthDrive Dental Group<br>888 Worcester Street<br>Wellesley, MA 02482-3717 | HealthDrive Eye Care Group<br>888 Worcester Street<br>Wellesley, MA 02482-3717 | HealthDrive Podiatry Group<br>888 Worcester Street<br>Wellesley, MA 02482-3717 |
| Hewlett Packard Financial Services<br>P.O. Box 402582<br>Atlanta, GA 30384-2582 | Hill-Rom<br>P.O. Box 643592<br>Pittsburgh, PA 15264-3592 | Holy Spirit EMS<br>P.O. Box 983029<br>Boston, MA 02298-3029 |
| West Shore EMS<br>205 Grandview Avenue<br>Suite 211<br>Camp Hill, PA 17011-1708 | Holy Spirit Hospital - BHC<br>503 North 21st Street<br>Camp Hill, PA 17011-2288 | WellSpan Health<br>P.O. Box 550<br>Mount Gretna, PA 17064-0550 |

| | | |
|---|---|---|
| Infiniti Medical Solutions, LLC<br>Rental)<br>50 Randolph Road, Suite A2<br>Somerset, NJ 08873-1240 | Integrated Medical Transport LLC<br>322 East Allen Road<br>Suite C<br>Mechanicsburg, PA 17055-3307 | IntelyCare, Inc.<br>1515 Hancock Street<br>Suite 203<br>Quincy, MA 02169-5230 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JOHNSON CONTROLS<br>5757 N GREEN BAY AVE LD-9<br>MILWAUKEE WI 53209-4408 | K&D Factory Service<br>1833-411 North Cameron Street<br>Harrisburg, PA 17103-1004 |
| KCI USA<br>P.O. Box 301557<br>Dallas, TX 75303-1557 | Keystone Guardianship Services<br>P.O. Box 804<br>Elizabethville, PA 17023-0804 | LW Consulting Inc.<br>5925 Stevenson Avenue<br>Suite G<br>Harrisburg, PA 17112-1788 |
| Lackawanna American Insurance Co.<br>46 Public Square<br>Suite 501<br>Wilkes Barre, PA 18701-2609 | MS Hershey<br>500 University Drive<br>Hershey, PA 17033-2390 | Marlin Business Bank<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 |
| Mary-Kate Spring Lee<br>1416 Regency Circle<br>Harrisburg, PA 17110-3027 | Matrixcare, Inc.<br>BIN #32<br>P.O. Box 1414<br>Minneapolis, MN 55480-1414 | McCartney's Maintenance INc.<br>P.O. Box 217<br>Lewisberry, PA 17339-0217 |
| Mechanicburg Fire Department<br>P.O. Box 1233<br>Mechanicsburg, PA 17055-1233 | Medliance<br>c/o Tabula Rasa Healthcase, Inc.<br>228 Strawbridge Drive, Suite 100<br>Moorestown, NJ 08057-4600 | MileStone Staffing Services<br>L3542<br>Columbus, OH 43260-0001 |
| Mr. Rooter Plumbing of Central PA<br>2 East Road<br>Mechanicsburg, PA 17050-2756 | Murray Associates Architects PC<br>1600 North Second Street<br>Harrisburg, PA 17102-2499 | National Seating & Mobility, Inc.<br>1957 Pioneer Road, Building C<br>Huntingdon Valley, PA 19006-2503 |
| NaviHealth<br>210 Westwood Place<br>Suite 400<br>Brentwood, TN 37027-7554 | Newtown Office Supply Solutions<br>31 Friends Lane<br>Newtown, PA 18940-1803 | Nsima Umana<br>Envision Ablaze Healthcare<br>208 West Allen Street<br>Mechanicsburg, PA 17055-6240 |
| OneCall Medical Staffing Inc.<br>316 East 6th Avenue<br>Tarentum, PA 15084-1509 | Optima Healthcare Solutions, LLC<br>P.O. Box 531734<br>Atlanta, GA 30353-1734 | Orkin Pest Control<br>RATT, Inc.<br>4450 Paxton Street<br>Harrisburg, PA 17111-2515 |
| Commonwealth of Pennsylvania<br>Department of Transportation<br>P.O. Box 68282<br>Harrisburg, PA 17106-8282 | PHCA<br>315 North Second Street<br>Harrisburg, PA 17101-1305 | Pennsylvania State Police<br>P.O. Box 62041<br>Harrisburg, PA 17106-2041 |

| | | |
|---|---|---|
| People's Bank<br>3100 Market Street<br>Camp Hill, PA 17011-4543 | PharMerica<br>P.O. Box 409251<br>Atlanta, GA 30384-9251 | Physicians's Mobile x-ray<br>945 East Park Drive, Suite 102<br>Harrisburg, PA 17111-2804 |
| Pinnacle Health ABC, LLC<br>PO Box 829791<br>Philadelphia, PA 19182-9791 | Pinnacle Health Hospitals<br>111 South Front Street<br>Harrisburg, PA 17101-2099 | Praxair Distribution Inc.<br>Cylinders)<br>2301 SE Creekview Drive<br>Ankeny, IA 50021-8853 |
| Praxair Distribution, Inc. (Bulk)<br>2301 SECreekview Drive<br>Ankeny, IA 50021-8500 | Prominent Medical Staffing<br>219 East Main Street<br>Mechanicsburg, PA 17055-6541 | Quality Medical Group<br>50 Randolph Road, Suite A2<br>Somerset, NJ 08873-1240 |
| R.F. Fager Co.<br>2058 State Road<br>Camp Hill, PA 17011-5926 | (p)RELIAS LLC<br>ATTN LEGAL<br>1010 SYNC STREET<br>SUITE 100<br>MORRISVILLE NC 27560-5473 | Richter Healthcase Consultants<br>8948 Canyon Falls Blvd., Suite 400<br>Twinsburg, OH 44087-1900 |
| SWIFTMD<br>P.O. Box 829891<br>Philadelphia, PA 19182-9891 | Seasons<br>1416 Regency Circle<br>Harrisburg, PA 17110-3027 | Securities and Exchange Commission<br>3 World Financial Center<br>New York, NY 10281-1022 |
| Service Firest Restoration &<br>Remodeling<br>330 East Park Drive<br>Harrisburg, PA 17111-2729 | Sharon Gladfelter RHIT<br>5531 Bino Road<br>Greencastle, PA 17225-9396 | Sharps Compliance, Inc.<br>P.O. Box 679502<br>Dallas, TX 75267-9502 |
| Shredding Solutions<br>1235 Ritner Highway<br>Carlisle, PA 17013-9381 | Sun Life Financial<br>P.O. Box 7247-0381<br>Philadelphia, PA 19170-0381 | The Sherman Engineering Co.<br>1830 County Line Road, Unit 303<br>Huntingdon Valley, PA 19006-1703 |
| Tri-Med Medical Supply, Inc.<br>4110 Butler Pike, Suite 106<br>Plymouth Meeting, PA 19462-1547 | Tri-Med Rentals<br>4110 Butler Pike<br>Suite 106<br>Plymouth Meeting, PA 19462-1547 | Triangle Fire Protection<br>20 Roadway Drive<br>Carlisle, PA 17015-8807 |
| Trinity Pharmacy Services, L.V.<br>3910 Adler Place<br>Suite 210<br>Bethlehem, PA 18017-9299 | Trinity Pharmacy Services, L.V.<br>Note)<br>3910 Adler Place, Suite 210<br>Bethlehem, PA 18017-9299 | Trust Ambulance Inc<br>1131 Primrose Avenue<br>Camp Hill, PA 17011-6924 |
| Tyco Integrated Sercurity LLC<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | UPMC Pinnacle<br>PO Box 826813<br>Philadelphia, PA 19182-6813 | United Healthcare<br>Recovery Services<br>P.O. Box 740804<br>Atlanta, GA 30374-0804 |

| | | |
|---|---|---|
| Welch Allyn Inc.<br>P.O. Box 73040<br>Chicago, IL 60673-7040 | ACUTE CARE<br>P.O. Box 589<br>Madisonville, KY 42431-5011 | Ace Linen Services, Inc.<br>3120 W. 6th Street<br>Chester, PA 19013-1745 |
| Acute Care Med. Transports, Inc.<br>2940 Turnpike Drive BLDG #17<br>Hatboro, PA 19040-4229 | Verizon<br>P.O. Box 28000<br>Lehigh Valley, PA 18002-8000 | Warrington Township Water&Sewer Dept.<br>852 Easton Road<br>Warrington, PA 18976-2090 |
| AmeriFactors<br>P.O. Box 628328<br>Orlando, FL 32862-8328 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Health Care Services, Inc.<br>2014 Ford Rd., Suite M<br>Bristol, PA 19007-6743 |
| Warrington Community Ambulance Corps<br>P.O. Box 207<br>Allentown, PA 18105-0207 | Belmed Ambulance, Inc<br>2612 Pickertown Road<br>Warrington, PA 18976-1710 | Bimbo Foods, Inc.<br>P.O. Box 642022<br>Pittsburgh, PA 15264-2022 |
| Blue Bell Heating & AC, Inc.<br>2153 Hoffmansville Road<br>Frederick, PA 19435-9714 | Bridge Healthcare<br>4900 University Ave<br>Suite 200<br>West Des Moines, IA 50266-6733 | Buchanan Floor Covering<br>228 N. Penn Street<br>Hatboro, PA 19040-2608 |
| COMCAST (1523)<br>Acct# 8499101570111523<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Workplace Central<br>31 Friends Lane<br>Newtown, PA 18940-1803 |
| Cindy McGrath<br>1146 Halls Lane<br>West Chester, PA 19380-1685 | Clarion Medical, LLC<br>154 Hansen Access Road<br>King of Prussia, PA 19406-2404 | Colorworks by Chana<br>2187 Red Barn Road<br>Furlong, PA 18925-2118 |
| Courier Times, Inc.<br>P.O. Box 360276<br>Pittsburgh, PA 15251-6276 | Unitex Textile Rental Services<br>401 S. Macquesten Parkway<br>Mount Vernon, NY 10550-1700 | David Owens, Petty Cash<br>Fox Subacute at Warrington<br>2644 Bristol Road<br>Warrington, PA 18976-1404 |
| Weintraub Telecomm LLC<br>1002 W. 9th Avenue - Rear<br>King of Prussia, PA 19406-1235 | Woodlyn Associates LLC<br>340 E Maple Avenue, Suite 301<br>Langhorne, PA 19047-2853 | Delcrest Medical Services, Inc Lease)<br>100 Commerce Drive<br>Ivyland, PA 18974-1561 |
| Doylestown Hospital<br>595 West State Street<br>Doylestown, PA 18901-2597 | Dr. Gerald Meis<br>1 Bartol Avenue<br>Suite 14<br>Ridley Park, PA 19078-2214 | ELDERCARE SOLUTIONS<br>P.O. Box 755<br>Williamsport, PA 17703-0755 |

Emerald Green Landscaping, Inc.
251 Stenton Avenue
Plymouth Meeting, PA 19462-1246

U.S. Regional Occupational
Health II PC
P.O. Box 827918
Philadelphia, PA 19182-7819

Gemalto Cogent Inc.
P.O. Box 845552
Dallas, TX 75284-5552

The Sherman Engineering Co.
1830 County Line Road, Unit 303
Huntingdon Valley, PA 19006-1703

TNT Service Center LLC
2521 Bristol Road
Warrington, PA 18976-1401

Home Depot Credit Services
Acct#6035322149340824
P.O. Box 9001030
Louisville, KY 40290-1030

Sharps Compliance, Inc.
P.O. Box 679502
Dallas, TX 75267-9502

Josephine Pobre-So, M.D.
P.O. Box 955
Montgomeryville, PA 18936-0955

MLH Company LLC
551 Easton Road, Suite B
Warrington, PA 18976-2458

Richter & Associates, Inc.
DO NOT USE)
8948 Canyon Falls Blvd., Suite 400
Twinsburg, OH 44087-1900

Fast Service, Inc.
2010-38
Wheatsheaf Lane
Philadelphia, PA 19124

Tracey Mechanical, Inc.
8 Campus Boulevard
Newtown Square, PA 19073-3200

Tower Health Urgent Care
Attn: Poslting Department
278 Eagleview Blvd.
Exton, PA 19341-1157

Tennant
P.O. Box 71414
Chicago, IL 60694-1414

Sun Life Financial
Policy#002-Fox Subacute-Warrington
P.O. Box 7247-0381
Philadelphia, PA 19170-0381

Stryker Sales Corporation
P.O. Box 93308
Chicago, IL 60673-3300

Roto-Rooter Service Company
5672 Collections Center Drive
Chicago, IL 60693-0056

Kennedy, PC
P.O. Box 5100
Harrisburg, PA 17110-0100

Mary E. McFadden, RHIA
1422 Rosewood Lane
Warrington, PA 18976-1363

McKesson Medical-Surgical
P.O. Box 634404
Cincinnati, OH 45263-4404

Feasterville Awning Co.
210 Camars Drive
Warwick, PA 18974-3876

Fresenius Medical Care
c/o Liberty Dialysis-Doylestown LLC
16343 Collections Center Dr.
Chicago, IL 60693-0001

HD Supply Facilities MaintenanceLtd
P.O. Box 509058
San Diego, CA 92150-9058

Healthcare Services Group
3220 Tillman Drive
Suite 300
Bensalem, PA 19020-2028

Hoffmann Electrical Contractors
760 Collins Avenue
Lansdale, PA 19446-5649

Sheeran Infection Control
Consulting LLC
241 Prince William Way
Chalfont, PA 18914-3957

Joanne M. Kaminski, PSY.D.
2801 Stanbridge Street A319
East Norriton, PA 19401-1646

Lackawanna American Ins. Co.
Policy #WCP 0004028 03
46 Public Square, Suite 501
Wilkes Barre, PA 18701-2609

Masimo
28932 Network Place
Dept. 6773
Chicago, IL 60673-1289

Reinhart Foodservice, LLC
100 Industrial Park Road
Coal Township, PA 17866-4136

Meka Alarm System
54 Neptune Lane
Levittown, PA 19054-3302

Millie A. Seliga, Tax Collector
3400 Pickertown Road, Unit 1
Chalfont, PA 18914-3558

MobilexUSA
P.O. Box 17462
Baltimore, MD 21297-0518

360 Healthcare Staffing
P.O. Box 674009
Dallas, TX 75267-4009

Network Connections III/Bucks Count
c/o Karen Rosenberg
94 Hillcroft Way
Newtown, PA 18940-2322

Newtown Ambulance Squad
2651 S. Eagle Road
Newtown, PA 18940-1569

PANAT, Inc.
261 Old York Road, Suite 824
Jenkintown, PA 19046-3713

PCA Industrial & Paper Supplies
2425 Maryland Road
Willow Grove, PA 19090-1710

PECO (01009)
Acct#89367-01009
P.O. Box 37629
Philadelphia, PA 19101-0629

PECO (58059)
Acct#18120-58059
P.O. Box 37629
Philadelphia, PA 19101-0629

ASD healthcare
P.O. Box 848104
Dallas, TX 75284-8104

Pall Corporation
P.O. Box 419501
Boston, MA 02241-9501

Patterson Medical
P.O. Box 93040
Chicago, IL 60673-3040

Pearlcare Medical Staffing, LLC
P.O. Box 75343
Chicago, IL 60675-5343

Pearlcare Staffing Solutions, LLC
P.O. Box 75343
Chicago, IL 60675-5343

Pennsylvania State Police
Account# 20011363
P.O. Box 62041
Harrisburg, PA 17106-2041

ASEPSIS, Inc.
940 Miller Avenue
Croydon, PA 19021-7512

Phila OccHealth
P.O. Box 827842
Philadelphia, PA 19182-7842

Alimed, Inc.
P.O. Box 9135
Dedham, MA 02027-9135

Pitney Bowes, Inc.
P.O. Box 371896
Pittsburgh, PA 15250-7896

Altek Business Systems Inc. 290&277
P.O. Box 660831
Dallas, TX 75266-0831

American Funding Solutions
P.O. box 572
Blue Springs, MO 64013-0572

ProCare Medical Staffing
c/o LSQ Funding Group, LLC
P.O. Box 404322
Atlanta, GA 30384-4322

Angel Rose Florist
2810 Pickertown Road
Warrington, PA 18976-1621

Aqua PA
P.O. Box 70279
Philadelphia, PA 19176-0279

Atlantic City Poker Entertainment
20 Azalea Court
Barnegat, NJ 08005-2049

Atlantic Diagnostic Laboratories
3520 Progress Drive
Suite C
Bensalem, PA 19020-5810

Ben Manis Plumbing
2785 Philmont Avenue
Huntingdon Valley, PA 19006-5325

Clarion Medical, LLC
154 Hansen Access Road
King of Prussia, PA 19406-2404

Carstens
P.O. Box 99110
Chicago, IL 60693-9110

| | | |
|---|---|---|
| Delcrest Medical Services, Inc.<br>Lease)<br>100 Commerce Drive<br>Ivyland, PA 18974-1561 | DirecTV<br>PO Box 5006<br>Carol Stream, IL 60197-5006 | Doylestown Hospital<br>595 West State Street<br>Doylestown, PA 18901-2597 |
| Dr. Gerald Meis<br>1 Bartol Avenue<br>Suite 14<br>Ridley Park, PA 19078-2214 | Dr. Scott Yarmark<br>190 W Germantown Pike<br>Suite 155<br>Norristown, PA 19401-1383 | Emerald Green Landscaping, Inc.<br>251 Stenton Avenue<br>Plymouth Meeting, PA 19462-1246 |
| Emergency Systems Services co.<br>401 O'Neill Drive<br>Quakertown, PA 18951-4227 | Richter Healthcase Consultants<br>8948 Canyon Falls Blvd., Suite 400<br>Twinsburg, OH 44087-1900 | Whitemarsh Ambulance<br>P.O. Box 146<br>Allentown, PA 18105-0146 |
| Fresenius Medical Care<br>c/o Liberty Dialysis-Doylestown LLC<br>16343 Collections Center Dr.<br>Chicago, IL 60693-0001 | SABRA Healthcare REIT, Inc.<br>18500 Von Karman Avenu<br>Suite 550<br>Irvine, CA 92612-0539 | HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150-9058 |
| Health System Services<br>6867 Williams Road<br>Niagara Falls, NY 14304-2993 | Sheeran Infection Control<br>Consulting LLC<br>241 Prince William Way<br>Chalfont, PA 18914-3957 | Specialty Medical Products, Inc.<br>50 Pennsylvania Avenue<br>Malvern, PA 19355-2417 |
| Supplemental Health Care, Inc.<br>P.O. Box 677896<br>Dallas, TX 75267-7896 | The Elias Organization, LLC<br>World Business Campus<br>3103 Philmont Avenue, Sutie 140<br>Huntingdon Valley, PA 19006-4264 | Hobart Services<br>P.O. Box 2517<br>Carol Stream, IL 60132-2517 |
| Home Depot Credit Services<br>P.O. Box 9001030<br>Louisville, KY 40290-1030 | Whitemarsh Township Authority<br>462 Germantown Pike, Suite 1<br>P.O. Box 447<br>Lafayette Hill, PA 19444-0447 | Infiniti Medical Solutions, LLC<br>Rental)<br>50 Randolph Road, Suite A2<br>Somerset, NJ 08873-1240 |
| The Penn City Elevator Co. Inc.<br>P.O. Box 607<br>Medford, NJ 08055-0607 | J.P. Mascaro & sons<br>Souderton Division<br>P.O. Box 7250<br>Audubon, PA 19407-7250 | JKR Partners, LLC<br>100 East Penn Square<br>Suite 1080<br>Philadelphia, PA 19107-3324 |
| Joanne M. Kaminski, PSY.D.<br>2801 Stanbridge Street A319<br>East Norriton, PA 19401-1646 | Keystone Fire Protection Co.<br>433 Industrial Drive<br>North Wales, PA 19454-4150 | L&W Supply<br>111 Titus Avenue<br>Warrington, PA 18976-2424 |
| LInda Barnum<br>16 Lindbigh Avenue<br>Broomall, PA 19008-2603 | Lackawanna American Ins. Co.<br>Policy #WCP 0004028 03<br>46 Public Square, Suite 501<br>Wilkes Barre, PA 18701-2609 | Law Offices of Suzanne N. Pritchard<br>319 West Front Street<br>Media, PA 19063-3252 |

| | | |
|---|---|---|
| Lifeline Medical Srvices Inc.<br>298 Sanfod Street<br>East Orange, NJ 07018-1020 | Marvin Diamond Burwell<br>1917 East Washington Lane<br>Philadelphia, PA 19138-1229 | Mary E. McFadden, RHIA<br>1422 Rosewood Lane<br>Warrington, PA 18976-1363 |
| Masimo<br>28932 Network Place<br>Dept. 6773<br>Chicago, IL 60673-1289 | Mastroieni & Associates, INc.<br>6198 Butler Pike<br>Suite 151<br>Blue Bell, PA 19422-2600 | Tower Health Urgent Care<br>Attn: Poslting Department<br>278 Eagleview Blvd.<br>Exton, PA 19341-1157 |
| Tyler Robinson<br>2214 Wood Street<br>Lancaster, PA 17603-2253 | MobilexUSA<br>P.O. Box 17462<br>Baltimore, MD 21297-0518 | Unitex Textile Rental Services<br>401 S. Macquesten Parkway<br>Mount Vernon, NY 10550-1700 |
| National Union of Healthcare Worker<br>1319 Locust Street<br>Philadelphia, PA 19107-5405 | Whitemarsh Township<br>Lockbox 5235<br>P.O. Box 95000<br>Philadelphia, PA 19195-5235 | Outreach Non Credit Registration<br>P.O. Box 410<br>State College, PA 16804-0410 |
| Water and Fire Response Team<br>52 Rogers Road<br>Furlong, PA 18925-1033 | Pearlcare Medical Staffing, LLC<br>P.O. Box 75343<br>Chicago, IL 60675-5343 | Pearlcare Staffing Solutions, LLC<br>P.O. Box 75343<br>Chicago, IL 60675-5343 |
| Penn Valley Chemical Co., Inc.<br>P.O. Box 847<br>201 Kreibel Avenue<br>Lansdale, PA 19446-2566 | Pennsylvania Department of<br>Labor & Industry - Occupational<br>P.O. Box 68572<br>Harrisburg, PA 17106-8572 | Pennsylvania State Police<br>P.O. Box 62041<br>Harrisburg, PA 17106-2041 |
| Wells Fargo Equipment Finance<br>P.O. Box 7777<br>San Francisco, CA 94120-7777 | W.B. Mason<br>59 Centre St<br>Brockton, MA 02301-4075 | Philadelphia Media Network LLC<br>P.O. Box 13942<br>Philadelphia, PA 19101-3942 |
| Physician's Mobile X-Ray<br>945 East Park Drive<br>Suite 824<br>Jenkintown, PA 19046 | Pitney Bowes Global Financial Serv.<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Praxair Distribution Inc.<br>Cylinders)<br>2301 SE Creekview Drive<br>Ankeny, IA 50021-8853 |
| Pride Healthcare, LLC<br>420 Lexington Avenue<br>Room 2903<br>New York, NY 10170-2904 | ProCare Medical Staffing<br>c/o LSQ Funding Group, LLC<br>P.O. Box 404322<br>Atlanta, GA 30384-4322 | Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 |
| Continental Health Equipment, Inc.<br>529 Butler Road<br>Kittanning, PA 16201-1989 | Ready Nurse<br>P.O. Box 301076<br>Dallas, TX 75303-1076 | AMR Mid Atlantic<br>P.O. Box 409880<br>Atlanta, GA 30384-9880 |

H&R Healthcare, LP
Cooper 206
One HAAC Drive
Lakewood, NJ 08701

HR Direct
P.O. Box 669390
Pompano Beach, FL 33066-9390

Health System Services
6867 Williams Road
Niagara Falls, NY 14304-2993

Henry Debutts, III, DO
401 Horsham Road
Horsham, PA 19044-2013

ATC Healthcare Services, Inc.
75 Remittance Drive
Dept. 6773
Chicago, IL 60675-6773

Aardvark Pest Managment, Inc.
849 Holly Street
Philadelphia, PA 19104-1575

AccuVein Inc.
Dept CH 16850
Palatine, IL 60055-0001

Aetna Life Insurance Company
P.O. Box 14560
Lexington, KY 40512-4560

Atlantic Diagnostic Laboratories
3520 Progress Drive
Suite C
Bensalem, PA 19020-5810

Ameircan Medical Response
P.O. Box 409880
Atlanta, GA 30384-9880

Kindred Hospital - South Phila
1930 South Broad Street
Unit 12
Philadelphia, PA 19145-2328

CLIA Laboratory Program
P.O. Box 530882
Atlanta, GA 30353-0882

Chana Kostenko
2187 Red Barn road
Furlong, PA 18925-2118

Medtronic USA, Inc.
4642 Collection Center Drive
Chicago, IL 60693-0046

MobilexUSA
P.O. Box 17462
Baltimore, MD 21297-0518

PCA Industrial & Paper Supplies
2425 Maryland Road
Willow Grove, PA 19090-1710

Parkway
150 N Broad Street
Philadelphia, PA 19102-1499

Colleen Tores
5046 James Street
Philadelphia, PA 19137-1219

Penn Valley Chemical Co., Inc.
P.O. Box 847
201 Kreibel Avenue
Lansdale, PA 19446-2566

Continental Health Equipment, Inc.
529 Butler Road
Kittanning, PA 16201-1989

Dr. Hammad Raza
100 Pratt Lane
West Chester, PA 19382-6980

Romed Ambulance
2860 Hedley Street
Suite 101
Philadelphia, PA 19137-1919

Victor Kostenko
9282 Scarlet Ridge
Ooltewah, TN 37363-2212

Pitney Bowes Global Financial Serv.
P.O. Box 371887
Pittsburgh, PA 15250-7887

Specialty Medical Products, Inc.
50 Pennsylvania Avenue
Malvern, PA 19355-2417

St. Agnes MOB, LLC
c/o Stonehenge Advisors, Inc.
4328-42 Ridge Avenue, Unit 104
Philadelphia, PA 19129

Gemalto Cogent Inc.
P.O. Box 845552
Dallas, TX 75284-5552

W.B. Mason Co., Inc.
P.O. Box 981101
Boston, MA 02298-1101

Total Renal Care, Inc.
P.O. Box 781607
Philadelphia, PA 19178-1607

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

Val-U-chem Inc.
P.O. Box 82310
Phoenix, AZ 85071-2310

Unitex Textile Rental Services
401 S. Macquesten Parkway
Mount Vernon, NY 10550-1700