IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Nos. 1:19-bk-04714-HWV |
|   FOX SUBACUTE AT | : |      1:19-bk-04716-HWV |
| MECHANICSBURG, LLC, FOX | : |      1:19-bk-04717-HWV |
| SUBACUTE AT CLARA BURKE, | : |      1:19-bk-04715-HWV |
| INC., FOX SUBACUTE AT | : | |
| SOUTH PHILADELPHIA, LLC, | : | |
| and FOX NURSING HOME CORP. | : | Chapter 11 |
| d/b/a FOX SUBACUTE AT | : | |
| WARRINGTON | : | |
| | : | |
|           Debtors | : | |

## SUA SPONTE ORDER REGARDING PATIENT CARE OMBUDSMAN

     It appearing from the Petition that the Debtors are health care businesses as defined in section 101(27A) of the Bankruptcy Code, and after consideration of F.R.B.P. 2007.2 which provides that the court may set a deadline for the United States Trustee or other party in interest to file a motion alleging that the appointment of a patient care ombudsman is not necessary ("2007.2 Motion"), and on the court's own motion, it is hereby

     ORDERED that the deadline to file a 2007.2 Motion is November 25, 2019.

Dated: November 6, 2019          By the Court,

                                          */s/ Henry W. Van Eck*
                                          Henry W. Van Eck, Bankruptcy Judge  (JH)