**Fill in this information to identify the case:**

Debtor name  **Fox Subacute at Mechanicsburg, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  **1:19-bk-04714**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☑ *Schedule H: Codebtors (Official Form 206H)*
- ☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☑ *Amended Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12|4|19**          X _____
                                  Signature of individual signing on behalf of debtor

                                  **James M. Foulke**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Debtor name    **Fox Subacute at Mechanicsburg, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **1:19-bk-04714**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................    $ _____5,167,139.15

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................    $ _____5,167,139.15

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____5,500,000.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................    $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____9,400,376.63

4.    Total liabilities ..........................................................................................
    Lines 2 + 3a + 3b    $ _____14,900,376.63

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Peoples Bank | Checking - Concentration | | $235,559.88 |
| 3.2. | Peoples Bank | Checking - Operating | | $0.00 |
| 3.3. | Peoples Bank | Checking - Payroll | | $0.00 |
| 3.4. | First National Bank | Checking - Concentration | | $500,082.39 |
| 3.5. | First National Bank | Checcking - Payroll | | $0.00 |
| 3.6. | First National Bank | Checking - Operating | | $0.00 |
| 3.7. | Peoples Bank | Lock Box (Gov) | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 3.8. | Peoples Bank | Lock Box (Non-Gov) | | $0.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $735,642.27 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **FSA Realty** | $27,008.00 |

| | | |
|---|---|---|
| 7.2. | **Delcrest** | $1,898.67 |

| | | |
|---|---|---|
| 7.3. | **Delcrest** | $1,297.16 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $30,203.83 |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable (See Attached List)**

11a. 90 days old or less: 4,035,080.22 - 0.00 = .... $4,035,080.22
face amount   doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | $4,035,080.22 |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Fox Subacute at Mechanicsburg
A/R Aging Report
October 2019

Facility Code: 01
User: JSVan
Page 1 of 17

Resident: All Status: Both Aging Type: A/R Aging Age By: Service Date Buckets: PCC Default Balance Filter Options: All Payers: All

| Resident Name (ID) | Payer | Total +10/19 | Total Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MCP | $1,575.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,575.00 |
| | Total | $1,575.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,575.00 |
| | PL | $2,382.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,382.48 |
| | Total | $2,382.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,382.48 |
| | PL | $12,884.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,884.82 |
| | Total | $12,884.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,884.82 |
| | PL | $5,715.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,715.87 |
| | Total | $5,715.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,715.87 |
| | HMA | $2,785.73 | $0.00 | $20,361.60 | ($21,502.43) | $289.36 | $3,637.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MP | $2,091.69 | $0.00 | $1,251.03 | $0.00 | $0.00 | $840.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $4,877.42 | $0.00 | $21,612.63 | ($21,502.43) | $289.36 | $4,477.86 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PP | $22,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,175.00 | $6,475.00 | $5,550.00 |
| | Total | $22,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,175.00 | $6,475.00 | $5,550.00 |
| | MAM | $3,350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $3,350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MA | $19,163.91 | $0.00 | $12,927.31 | $0.00 | $0.00 | $1,128.00 | $0.00 | $0.00 | $0.00 | $5,108.60 |
| | MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| | PL | $12,876.56 | $0.00 | $0.00 | $0.00 | $840.66 | $0.00 | $0.00 | $4,512.00 | $0.00 | $7,523.90 |
| | Total | $45,440.47 | $0.00 | $12,927.31 | $0.00 | $840.66 | $1,128.00 | $0.00 | $4,512.00 | $0.00 | $26,032.50 |
| | MA | $11,729.16 | $0.00 | $0.00 | $11,729.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,517.50 | $5,025.00 | $4,857.50 | $0.00 |
| | MCA | $488.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $488.83 | $0.00 | $0.00 | $0.00 |
| | PL | $3,594.45 | $0.00 | $0.00 | $1,198.15 | $1,198.15 | $1,198.15 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $29,212.44 | $0.00 | $0.00 | $12,927.31 | $1,198.15 | $1,198.15 | $4,006.33 | $5,025.00 | $4,857.50 | $0.00 |
| | MP | $4,825.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,825.44 | $0.00 | $0.00 | $0.00 |
| | PP | $226.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $226.23 | $0.00 | $0.00 | $0.00 |
| | Total | $5,051.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,051.67 | $0.00 | $0.00 | $0.00 |
| | GMR | $5,805.60 | $0.00 | $0.00 | $0.00 | $700.40 | $1,153.60 | $2,921.60 | $1,030.00 | $0.00 | $0.00 |
| | MP | $16,289.95 | $0.00 | $12,927.31 | $2,521.98 | $840.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $22,095.55 | $0.00 | $12,927.31 | $2,521.98 | $1,541.06 | $1,153.60 | $2,921.60 | $1,030.00 | $0.00 | $0.00 |
| | PL | $5,707.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,707.00 |
| | Total | $5,707.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,707.00 |
| | MAM | $11,710.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,710.50 |
| | PL | $10,022.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,022.10 |
| | Total | $21,732.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,732.60 |
| | MAM | $1,878.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,878.50 |
| | Total | $1,878.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,878.50 |
| | MAP | $1,172.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,172.50 | $0.00 |
| | Total | $1,172.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,172.50 | $0.00 |

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Facility Code: 01
User: JSVan
Page 2 of 17

**Fox Subacute at Mechanicsburg**
**A/R Aging Report**
**October 2019**

| Resident Name (ID) Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| MCP | $10,857.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,857.00 |
| Total | $10,857.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,857.00 |
| MAM | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,600.00 |
| Total | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,600.00 |
| MA | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAM | $7,039.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,039.50 |
| PL | $7,060.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,060.00 |
| Total | $14,099.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,099.50 |
| MAM | $7,875.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,875.00 |
| Total | $7,875.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,875.00 |
| PL | $4,037.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,037.70 |
| Total | $4,037.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,037.70 |
| MAP | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| PL | $25,797.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25,797.35 |
| Total | $39,197.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,197.35 |
| MA | $12,064.31 | $0.00 | $12,064.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| MCB | $604.20 | $0.00 | $604.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $12,720.00 | $0.00 | $863.00 | $863.00 | $863.00 | $863.00 | $863.00 | $863.00 | $838.00 | $6,704.00 |
| Total | $38,788.51 | $0.00 | $13,531.51 | $863.00 | $863.00 | $863.00 | $863.00 | $863.00 | $838.00 | $20,104.00 |
| MAM | $5,040.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,040.00 |
| Total | $5,040.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,040.00 |
| HMB-PART B | ($37.58) | $0.00 | $0.00 | $0.00 | ($37.58) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $0.00 | $0.00 | $0.00 | $0.00 | $39.00 | ($39.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | ($37.58) | $0.00 | $0.00 | $0.00 | $1.42 | ($39.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $8,201.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,201.43 |
| Total | $8,201.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,201.43 |
| PL | $3,567.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,567.00 |
| Total | $3,567.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,567.00 |
| PP | $26,825.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,825.00 |
| Total | $26,825.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,825.00 |
| MA | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAP | $2,010.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,010.00 |
| Total | $14,937.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,010.00 |
| MAI | ($129.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($45.00) | ($84.00) | $0.00 | $0.00 | $0.00 |
| MP | $1,260.99 | $0.00 | $0.00 | $0.00 | $0.00 | $1,260.99 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $1,131.99 | $0.00 | $0.00 | $0.00 | $0.00 | $1,215.99 | ($84.00) | $0.00 | $0.00 | $0.00 |
| HMA | $280.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $280.02 | $0.00 | $0.00 |
| Total | $280.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $280.02 | $0.00 | $0.00 |

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Fox Subacute at Mechanicsburg
A/R Aging Report
October 2019

Facility Code: 01
User: JSVan
Page 3 of 17

| Resident Name (ID) | Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▉ | MAP | $11,557.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,557.50 | |
| | Total | $11,557.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,557.50 | |
| ▉ | MAP | $4,112.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,112.50 | |
| | Total | $4,112.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,112.50 | |
| ▉ | PL | $3,822.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,822.00 | |
| | Total | $3,822.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,822.00 | |
| ▉ | MCL | $27,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,000.00 | |
| | Total | $27,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,000.00 | |
| ▉ | MAP | $2,391.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,391.14 | |
| | Total | $2,391.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,391.14 | |
| ▉ | MAM | $3,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,800.00 | |
| | Total | $3,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,800.00 | |
| ▉ | GWM | $24,760.00 | $0.00 | $6,600.00 | $18,160.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | MP | $6,672.16 | $0.00 | $6,672.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Total | $31,422.16 | $0.00 | $13,272.16 | $18,150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ▉ | MP | $21,436.83 | $0.00 | $0.00 | $8,826.93 | $12,609.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | PP | $2,775.00 | $0.00 | $0.00 | $0.00 | $925.00 | $1,850.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Total | $24,211.83 | $0.00 | $0.00 | $8,826.93 | $13,534.90 | $1,850.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ▉ | PL | $801.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $801.00 | |
| | Total | $801.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $801.00 | |
| ▉ | PP | $32,695.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,695.29 | |
| | Total | $32,695.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,695.29 | |
| ▉ | MAP | ($84.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | ($254.00) | $0.00 | $0.00 | |
| | Total | ($84.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $170.00 | ($254.00) | $0.00 | $0.00 | |
| ▉ | MAI | $6,197.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,197.50 | |
| | Total | $6,197.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,197.50 | |
| ▉ | PL | $2,613.22 | $0.00 | $0.00 | $0.00 | $2,613.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Total | $2,613.22 | $0.00 | $0.00 | $0.00 | $2,613.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ▉ | MAP | $3,852.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,852.50 | |
| | Total | $3,852.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,852.50 | |
| ▉ | MAI | $2,177.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,177.50 | |
| | Total | $2,177.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,177.50 | |
| ▉ | MA | $11,250.91 | $0.00 | $11,250.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Total | $11,250.91 | $0.00 | $11,250.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ▉ | PL | $16,432.70 | $0.00 | $1,676.40 | $1,676.40 | $1,676.40 | $1,676.40 | $511.40 | $511.40 | $511.40 | $8,192.90 | |
| | Total | $27,683.61 | $0.00 | $12,927.31 | $1,676.40 | $1,676.40 | $1,676.40 | $511.40 | $511.40 | $511.40 | $8,192.90 | |
| ▉ | MAM | $11,561.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,561.00 | |
| | PL | $2,045.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,045.00 | |
| | Total | $13,606.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,606.00 | |
| ▉ | HMA | $80,791.32 | $0.00 | $20,362.04 | $19,705.20 | $20,362.04 | $20,362.04 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | UNLMT | | | | | | | | | | | |
| | Total | $80,791.32 | $0.00 | $20,362.04 | $19,705.20 | $20,362.04 | $20,362.04 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | MBP | $436.75 | $0.00 | $107.67 | $140.68 | $188.38 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | |

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Fox Subacute at Mechanicsburg
A/R Aging Report
October 2019

Facility Code: 01
User: JSVan
Page 4 of 17

| Resident Name (ID) | Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MCB | $1,756.86 | $0.00 | $430.76 | $562.86 | $753.72 | $9.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MP | $100,885.95 | $0.00 | $12,927.31 | $12,609.90 | $13,030.23 | $13,030.23 | $12,063.60 | $12,465.72 | $12,063.60 | $12,695.36 |
| | Total | $103,079.56 | $0.00 | $13,465.74 | $13,313.44 | $13,972.33 | $13,039.77 | $12,063.60 | $12,465.72 | $12,063.60 | $12,695.36 |
| | MA | $12,985.81 | $0.00 | $12,927.31 | $58.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MCB | $86.68 | $0.00 | $0.00 | $86.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PL | $3,282.00 | $0.00 | $0.00 | $1,094.00 | $1,094.00 | $1,094.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $16,354.49 | $0.00 | $12,927.31 | $1,239.18 | $1,094.00 | $1,094.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MAI | $7,560.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,560.00 |
| | MP | $22,826.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $22,826.44 |
| | Total | $30,386.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,386.44 |
| | PL | $8,878.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,878.00 |
| | Total | $8,878.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,878.00 |
| | MAM | $11,637.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,637.00 |
| | PL | $5,679.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,679.50 |
| | Total | $17,316.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,316.50 |
| | MA | $21,119.31 | $0.00 | $12,927.31 | $919.00 | $919.00 | $919.00 | $919.00 | $919.00 | $919.00 | $2,678.50 |
| | MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| | Total | $34,519.31 | $0.00 | $12,927.31 | $919.00 | $919.00 | $919.00 | $919.00 | $919.00 | $919.00 | $16,078.00 |
| | MA | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PL | $2,208.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,208.57 |
| | Total | $2,208.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,208.57 |
| | PL | $718.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $718.00 |
| | Total | $718.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $718.00 |
| | PL | $11,684.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,684.05 |
| | Total | $11,684.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,684.05 |
| | PL | $7,175.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,175.12 |
| | Total | $7,175.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,175.12 |
| | MP | $14,486.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,486.01 |
| | Total | $14,486.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,486.01 |
| | MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| | PL | $2,948.27 | $0.00 | $0.00 | $0.00 | $0.00 | $1,002.27 | $0.00 | $0.00 | $0.00 | $1,946.00 |
| | Total | $16,348.27 | $0.00 | $0.00 | $0.00 | $0.00 | $1,002.27 | $0.00 | $0.00 | $0.00 | $15,346.00 |
| | MA | $14,486.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,486.01 |
| | Total | $14,486.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,486.01 |
| | MA | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MAM | $2,010.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,010.00 |
| | Total | $2,010.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,010.00 |
| | MA | $11,895.86 | $0.00 | $10,436.26 | $1,459.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MAM | $11,725.00 | $0.00 | $0.00 | $2,512.50 | $5,192.50 | $4,020.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MCA | $17,141.32 | $0.00 | $4,667.06 | $11,194.00 | $721.60 | $558.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MCB | $1,188.38 | $0.00 | $1,188.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PL | $406.00 | $0.00 | $406.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PP | $1,690.00 | $0.00 | $0.00 | $852.50 | $837.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

A-10

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Facility Code: 01
User: JSVan
Page 5 of 17

# Fox Subacute at Mechanicsburg
## A/R Aging Report
### October 2019

Resident Name (ID)

| Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| MAM | $18,544.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,544.00 |
| Total | $18,544.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,544.00 |
| MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| PL | $862.00 | $0.00 | $0.00 | $0.00 | $0.00 | $862.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $14,262.00 | $0.00 | $0.00 | $0.00 | $0.00 | $862.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| MAM | $7,537.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,537.50 |
| Total | $7,537.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,537.50 |
| MAM | $11,286.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,286.45 |
| Total | $11,286.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,286.45 |
| AMR | $41,403.00 | $0.00 | $18,897.00 | $21,570.00 | $936.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $41,403.00 | $0.00 | $18,897.00 | $21,570.00 | $936.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $3,892.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,892.00 |
| Total | $3,892.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,892.00 |
| MAM | $12,160.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,160.00 |
| PL | $3,726.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,726.00 |
| Total | $15,886.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,886.00 |
| MAM | $7,560.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,560.00 |
| PL | $2,570.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,570.60 |
| Total | $10,130.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,130.60 |
| MAM | $837.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $837.50 |
| Total | $837.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $837.50 |
| PL | $12,029.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,029.88 |
| Total | $12,029.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,029.88 |
| HBC | $31,659.73 | $0.00 | $30,252.60 | $0.00 | ($1,322.55) | $2,729.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $31,659.73 | $0.00 | $30,252.60 | $0.00 | ($1,322.55) | $2,729.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| HMA-UNLMT | $58,118.88 | $0.00 | $20,362.04 | $17,394.80 | $20,362.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HMB-PART B | $26,646.28 | $0.00 | $4,344.30 | $2,367.67 | $0.00 | $162.51 | $1,167.98 | $1,149.02 | $897.84 | $16,556.96 |
| Total | $84,765.16 | $0.00 | $24,706.34 | $19,762.47 | $20,362.04 | $162.51 | $1,167.98 | $1,149.02 | $897.84 | $16,556.96 |
| GWM | $16,150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,150.00 |
| Total | $16,150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,150.00 |
| MA | $2,539.75 | $0.00 | $0.00 | $1,480.04 | $1,059.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCB | $3,452.11 | $0.00 | $0.00 | $1,420.44 | $2,031.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $7,820.48 | $0.00 | $0.00 | $0.00 | $420.33 | $0.00 | $1,480.03 | $1,480.03 | $1,480.03 | $2,960.06 |
| PP | ($1,370.64) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($171.10) | ($372.01) | ($415.21) | ($412.32) |
| Total | $12,441.70 | $0.00 | $0.00 | $2,900.48 | $3,511.71 | $0.00 | $1,308.93 | $1,108.02 | $1,064.82 | $2,547.74 |
| PP | $12,025.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,025.00 |
| Total | $12,025.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,025.00 |
| Total | $44,046.56 | $0.00 | $17,550.20 | $16,003.60 | $5,914.10 | $4,578.86 | $0.00 | $0.00 | $0.00 | $0.00 |

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Facility Code: 01
User: JSVan
Page 6 of 17

**Fox Subacute at Mechanicsburg**
**A/R Aging Report**
**October 2019**

| Resident Name (ID) / Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| MAM | $9,184.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,184.00 |
| Total | $9,184.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,184.00 |
| PP | $7,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,400.00 |
| Total | $7,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,400.00 |
| MA | $12,397.31 | $0.00 | $12,397.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $2,120.00 | $0.00 | $530.00 | $530.00 | $530.00 | $530.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $14,517.31 | $0.00 | $12,927.31 | $530.00 | $530.00 | $530.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAM | $6,124.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,124.51 |
| PL | $326.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $326.00 |
| Total | $6,450.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,450.51 |
| PL | $6,940.00 | $0.00 | $0.00 | $0.00 | $0.00 | $776.00 | $776.00 | $776.00 | $776.00 | $3,836.00 |
| Total | $6,940.00 | $0.00 | $0.00 | $0.00 | $0.00 | $776.00 | $776.00 | $776.00 | $776.00 | $3,836.00 |
| MAP | $10,395.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,395.00 |
| Total | $10,395.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,395.00 |
| MAM | $4,560.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,560.00 |
| Total | $4,560.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,560.00 |
| MA | $12,927.31 | $0.00 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $12,927.31 | $0.00 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAI | $11,497.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,497.50 |
| Total | $11,497.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,497.50 |
| PP | $3,517.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,517.50 |
| Total | $3,517.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,517.50 |
| MAM | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,600.00 |
| Total | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,600.00 |
| PL | $8,933.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,933.11 |
| Total | $8,933.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,933.11 |
| MAI | $9,544.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,544.50 |
| Total | $9,544.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,544.50 |
| MA | ($115.20) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($115.20) |
| Total | ($115.20) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($115.20) |
| MA | $5,793.40 | $0.00 | $12,927.31 | $0.00 | ($7,133.91) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $5,793.40 | $0.00 | $12,927.31 | $0.00 | ($7,133.91) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAM | $10,804.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,804.00 |
| Total | $10,804.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,804.00 |
| MAM | $12,995.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,995.50 |
| Total | $12,995.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,995.50 |
| PL | $1,950.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,950.00 |
| Total | $1,950.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,950.00 |
| MAM | $14,945.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,945.50 |
| Total | $14,945.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,945.50 |
| PL | $1,425.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,425.00 |
| Total | $1,425.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,425.00 |
| PP | $39,775.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,775.00 |
| Total | $39,775.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,775.00 |
| Total | $39,775.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,775.00 |

A-10

Facility #: [redacted]  
Date: Nov 27, 2019  
Time: 10:40:17 ET  

Facility Code: 01  
User: JSVan  
Page 7 of 17

# Fox Subacute at Mechanicsburg
## A/R Aging Report
### October 2019

| Resident Name (ID) | Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAI | $1,675.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,675.00 |
| | **Total** | **$1,675.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,675.00** |
| | PL | $2,948.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,948.00 |
| | **Total** | **$2,948.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,948.00** |
| | MCP | $4,857.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,857.50 |
| | PL | $15,578.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,578.59 |
| | **Total** | **$20,436.09** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$20,436.09** |
| | MAI | $5,025.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,025.00 |
| | **Total** | **$5,025.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$5,025.00** |
| | PL | $15,111.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,111.54 |
| | **Total** | **$15,111.54** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$15,111.54** |
| | MP | $7,145.61 | $0.00 | $0.00 | $0.00 | $7,145.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Total** | **$7,145.61** | **$0.00** | **$0.00** | **$0.00** | **$7,145.61** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | AER | $8,904.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,904.00 |
| | **Total** | **$8,904.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$8,904.00** |
| | PL | $1,345.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,345.06 |
| | **Total** | **$1,345.06** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,345.06** |
| | MAM | $9,177.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,177.44 |
| | MCA | $13,700.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,700.69 |
| | **Total** | **$22,878.13** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$22,878.13** |
| | HMA | $6,161.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,161.10 |
| | PL | $3,012.55 | $0.00 | $0.00 | $0.00 | $586.91 | $586.91 | $625.91 | $625.91 | $586.91 | $0.00 |
| | **Total** | **$9,173.65** | **$0.00** | **$0.00** | **$0.00** | **$586.91** | **$586.91** | **$625.91** | **$625.91** | **$586.91** | **$6,161.10** |
| | MA | $12,559.31 | $0.00 | $12,559.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Total** | **$12,559.31** | **$0.00** | **$12,559.31** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | MAM | $9,380.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,380.00 |
| | MA | $13,169.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,169.10 |
| | **Total** | **$22,549.10** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$22,549.10** |
| | HBC | ($1,858.06) | $0.00 | $0.00 | $3,425.68 | ($5,283.74) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PP | $3,952.00 | $0.00 | $0.00 | $608.00 | $3,344.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Total** | **$2,093.94** | **$0.00** | **$0.00** | **$4,033.68** | **($1,939.74)** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | MAI | $10,430.00 | $0.00 | $5,285.50 | $3,015.00 | $0.00 | $472.50 | $1,657.00 | $0.00 | $0.00 | $0.00 |
| | MCA | $23,669.48 | $0.00 | $23,250.49 | $418.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PP | ($1,300.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($1,300.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Total** | **$32,799.48** | **$0.00** | **$28,535.99** | **$3,433.99** | **$0.00** | **($827.50)** | **$1,657.00** | **$0.00** | **$0.00** | **$0.00** |
| | MAM | $8,718.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,718.50 |
| | PL | $647.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $647.00 |

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Fox Subacute at Mechanicsburg
A/R Aging Report
October 2019

Facility Code: 01
User: JSVan
Page 8 of 17

| Resident Name (ID) Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | $9,365.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,365.50 |
| MAP | $3,517.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,517.50 |
| MP | $15,396.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,396.08 |
| **Total** | **$18,913.58** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$18,913.58** |
| MAM | $12,920.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,920.00 |
| **Total** | **$12,920.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$12,920.00** |
| PP | $4,408.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,408.00 |
| **Total** | **$4,408.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4,408.00** |
| MAP | $24,011.04 | $0.00 | $23,584.67 | $426.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCA | $4,944.50 | $0.00 | $4,944.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$28,955.54** | **$0.00** | **$28,529.17** | **$426.37** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| MAM | $12,880.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,880.00 |
| PL | $3,172.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,172.00 |
| **Total** | **$16,052.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$16,052.00** |
| MCP | $1,550.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,550.00 |
| **Total** | **$1,550.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,550.00** |
| MA | $11,238.21 | $0.00 | $11,238.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCL | $8,042.40 | $0.00 | $0.00 | $0.00 | $0.00 | $8,042.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $2,294.00 | $0.00 | $0.00 | $1,147.00 | $1,147.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$21,574.61** | **$0.00** | **$11,238.21** | **$1,147.00** | **$1,147.00** | **$8,042.40** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| MAM | $9,718.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,849.00 | $3,351.50 | $3,517.50 | $0.00 |
| MA | $17,899.30 | $0.00 | $11,572.06 | $1,841.00 | $1,841.00 | $1,841.00 | $804.24 | $0.00 | $0.00 | $0.00 |
| MCA | $1,373.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $651.77 | $721.60 | $0.00 | $0.00 |
| **Total** | **$28,990.67** | **$0.00** | **$11,572.06** | **$1,841.00** | **$1,841.00** | **$1,841.00** | **$4,305.01** | **$4,073.10** | **$3,517.50** | **$0.00** |
| MA | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,680.00 | $5,192.50 | $2,177.50 | $3,350.00 |
| MAP | $1,167.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,167.68 | $0.00 | $0.00 | $0.00 |
| PP | ($2,592.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,592.00) | $0.00 | $0.00 | $0.00 |
| **Total** | **$11,975.68** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,255.68** | **$5,192.50** | **$2,177.50** | **$3,350.00** |
| MAM | $4,971.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,971.00 |
| **Total** | **$4,971.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4,971.00** |
| HMB-PART B | $666.90 | $0.00 | $666.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MA | $14,453.73 | $0.00 | $11,066.73 | $1,129.00 | $1,129.00 | $1,129.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $13,024.06 | $0.00 | $1,860.58 | $1,860.58 | $1,860.58 | $1,860.58 | $1,860.58 | $1,860.58 | $1,860.58 | $0.00 |
| **Total** | **$28,144.69** | **$0.00** | **$13,594.21** | **$2,989.58** | **$2,989.58** | **$2,989.58** | **$1,860.58** | **$1,860.58** | **$1,860.58** | **$0.00** |
| MA | $14,111.31 | $0.00 | $12,927.31 | $1,184.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$14,111.31** | **$0.00** | **$12,927.31** | **$1,184.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| PL | $3,824.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,824.00 |
| **Total** | **$3,824.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3,824.00** |
| PL | $1,694.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,694.94 |
| **Total** | **$1,694.94** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,694.94** |
| MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| **Total** | **$13,400.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$13,400.00** |

Facility #: ███

Date: Nov 27, 2019
Time: 10:40:17 ET

Facility Code: 01
User: JSVan
Page 9 of 17

**Fox Subacute at Mechanicsburg**
**A/R Aging Report**
**October 2019**

| Resident Name (ID) Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| MCB | $1,727.36 | $0.00 | $161.80 | $970.32 | $576.55 | $18.69 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | ($1,184.00) | $0.00 | $0.00 | ($1,184.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$28,054.67** | **$0.00** | **$13,089.11** | **$970.32** | **$576.55** | **$18.69** | **$0.00** | **$0.00** | **$0.00** | **$13,400.00** |
| PL | $2,905.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,905.02 |
| **Total** | **$2,905.02** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,905.02** |
| MA | $15,019.31 | $0.00 | $12,927.31 | $1,046.00 | $1,046.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $1,077.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,077.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PP | $5,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,100.00 |
| **Total** | **$21,196.31** | **$0.00** | **$12,927.31** | **$1,046.00** | **$1,046.00** | **$1,077.00** | **$0.00** | **$0.00** | **$0.00** | **$5,100.00** |
| MAM | $10,680.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,680.00 |
| PL | $5,222.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,222.00 |
| **Total** | **$15,902.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$15,902.00** |
| MAM | $9,869.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,869.48 |
| **Total** | **$9,869.48** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,869.48** |
| MAP | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $670.00 | $3,350.00 | $5,192.50 | $4,187.50 | $0.00 |
| MP | $12,757.08 | $0.00 | $0.00 | $0.00 | $0.00 | $6,725.28 | $4,021.20 | $0.00 | $2,010.60 | $0.00 |
| **Total** | **$26,157.08** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$7,395.28** | **$7,371.20** | **$5,192.50** | **$6,198.10** | **$0.00** |
| MAM | $6,290.50 | $0.00 | $5,285.50 | $1,005.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCA | $27,456.50 | $0.00 | $24,697.40 | $2,688.04 | $71.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MP | $2,942.31 | $0.00 | $0.00 | $0.00 | $0.00 | $2,942.31 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$36,689.31** | **$0.00** | **$29,982.90** | **$3,693.04** | **$71.06** | **$2,942.31** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| MAM | $11,483.00 | $0.00 | $5,285.50 | $5,102.84 | $1,094.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCA | $18,828.39 | $0.00 | $17,674.93 | $537.81 | $615.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$30,311.39** | **$0.00** | **$22,960.43** | **$5,640.65** | **$1,710.31** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| MA | $2,512.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,512.50 |
| MAM | $8,662.85 | $0.00 | $6,484.59 | $2,160.71 | $17.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCB | $1,215.00 | $0.00 | $188.21 | $276.35 | $750.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$12,390.35** | **$0.00** | **$6,672.80** | **$2,437.06** | **$767.99** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,512.50** |
| HMB-PART B | $1,290.79 | $0.00 | $78.40 | $249.06 | $963.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MP | $8,340.20 | $0.00 | $0.00 | $8,340.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PP | ($218.85) | $0.00 | $0.00 | ($15,800.00) | $13,350.00 | $2,231.15 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$9,412.14** | **$0.00** | **$78.40** | **($7,210.74)** | **$14,313.33** | **$2,231.15** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| MA | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$12,927.31** | **$0.00** | **$12,927.31** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| PP | $59,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $59,200.00 |
| **Total** | **$59,200.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$59,200.00** |

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Facility Code: 01
User: JSVan
Page 10 of 17

**Fox Subacute at Mechanicsburg**
**A/R Aging Report**
**October 2019**

| Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| MCL | $6,960.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,960.00 |
| **Total** | **$6,960.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$6,960.00** |
| PL | $11,029.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,029.38 |
| **Total** | **$11,029.38** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$11,029.38** |
| MA | $6,862.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,862.81 |
| **Total** | **$6,862.81** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$6,862.81** |
| MA | $1,891.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,891.11 | $0.00 | $0.00 |
| PL | $767.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $767.71 |
| **Total** | **$2,658.82** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,891.11** | **$0.00** | **$767.71** |
| MAM | $10,143.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,143.00 |
| **Total** | **$10,143.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,143.00** |
| MA | $12,720.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,720.41 |
| **Total** | **$12,720.41** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$12,720.41** |
| MAM | $3,783.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,783.50 |
| **Total** | **$3,783.50** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3,783.50** |
| HMA | $11,170.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,170.64 |
| PL | $2,607.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,607.74 |
| **Total** | **$13,778.38** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$13,778.38** |
| MA | $24,162.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24,162.85 |
| PL | $5,766.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,766.06 |
| **Total** | **$29,928.91** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$29,928.91** |
| INS | $22,950.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $22,950.00 |
| MA | $1,058.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,058.00 |
| **Total** | **$24,008.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$24,008.00** |
| MAM | $6,254.50 | $0.00 | $3,239.50 | $3,015.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCA | $13,719.61 | $0.00 | $12,879.38 | $672.78 | $167.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$19,974.11** | **$0.00** | **$16,118.88** | **$3,687.78** | **$167.45** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| CBR | $13,467.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,467.00 | $0.00 |
| PP | $325.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $325.00 | $0.00 |
| **Total** | **$13,792.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$13,792.00** | **$0.00** |
| PP | $5,016.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,016.00 | $0.00 |
| **Total** | **$5,016.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$5,016.00** | **$0.00** |
| MAM | $7,370.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $837.50 | $5,025.00 | $1,507.50 |
| MCA | $116.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $116.39 | $0.00 | $0.00 |
| **Total** | **$7,486.39** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$953.89** | **$5,025.00** | **$1,507.50** |
| MAM | $11,311.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,311.00 |
| PL | $1,951.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,951.44 |
| **Total** | **$13,262.44** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$13,262.44** |
| PL | $4,748.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,748.61 |
| **Total** | **$4,748.61** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4,748.61** |

Facility #:  
Date: Nov 27, 2019  
Time: 10:40:17 ET

Resident Name (ID)

Fox Subacute at Mechanicsburg  
A/R Aging Report  
October 2019

| Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| MCL | $14,124.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,124.00 |
| Total | $14,124.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,124.00 |
| AER | ($3,402.00) | $0.00 | $0.00 | $0.00 | ($3,402.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | ($3,402.00) | $0.00 | $0.00 | $0.00 | ($3,402.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $4,549.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,549.30 |
| Total | $4,549.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,549.30 |
| HMA | ($48,842.31) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($48,842.31) |
| INS | $76,603.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $76,603.32 |
| MCP | ($682.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($682.50) |
| Total | $27,078.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,078.51 |
| MA | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCL | $26,184.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,184.24 |
| Total | $26,184.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,184.24 |
| HBC | ($4,522.56) | $0.00 | $0.00 | ($861.44) | ($3,661.12) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HMB-PART B | $413.16 | $0.00 | $0.00 | $413.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GMR | $782.80 | $0.00 | $0.00 | $0.00 | $453.20 | $329.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| MP | $420.33 | $0.00 | $0.00 | $0.00 | $420.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $1,203.13 | $0.00 | $0.00 | $0.00 | $873.53 | $329.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $1,380.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,380.00 |
| Total | $1,380.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,380.00 |
| MA | $3,152.26 | $0.00 | $1,618.63 | $1,533.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $7,296.00 | $0.00 | $608.00 | $0.00 | $2,584.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,104.00 |
| PP | $7,399.28 | $0.00 | $6,783.05 | $1,693.35 | ($1,077.12) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $17,847.54 | $0.00 | $9,009.68 | $3,226.98 | $1,506.88 | $0.00 | $0.00 | $0.00 | $0.00 | $4,104.00 |
| MAP | $2,138.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,138.50 |
| Total | $2,138.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,138.50 |
| GWM | $4,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,900.00 | $0.00 |
| Total | $4,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,900.00 | $0.00 |
| HMR | $45,658.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45,658.37 |
| PP | $7,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,400.00 |
| Total | $53,058.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $53,058.37 |
| HMA-UNLMIT | $35,604.92 | $0.00 | $1,313.68 | $13,929.20 | $20,362.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $35,604.92 | $0.00 | $1,313.68 | $13,929.20 | $20,362.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAM | $11,634.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,634.78 |
| PL | $1,005.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,005.80 |
| Total | $12,640.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,640.58 |
| MA | $2,277.15 | $0.00 | $2,189.40 | $29.25 | $58.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCA | $361.55 | $0.00 | $0.00 | $361.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCP | $7,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,800.00 |

A-10

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

**Fox Subacute at Mechanicsburg**
**A/R Aging Report**
**October 2019**

Facility Code: 01
User: JSVan
Page 12 of 17

Resident Name (ID)

| Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| PL | $14,780.00 | $0.00 | $0.00 | $0.00 | $1,078.00 | $1,078.00 | $1,078.00 | $1,078.00 | $1,078.00 | $9,390.00 |
| PP | $837.50 | $0.00 | $837.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$28,056.20** | **$0.00** | **$2,189.40** | **$1,228.30** | **$1,138.50** | **$1,078.00** | **$1,078.00** | **$1,078.00** | **$1,078.00** | **$17,190.00** |
| MAM | $4,647.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,647.00 |
| MCA | $13,022.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,022.54 |
| PL | $1,388.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,388.00 |
| **Total** | **$19,057.54** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$19,057.54** |
| MA | $34,473.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $34,473.95 |
| **Total** | **$34,473.95** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$34,473.95** |
| MA | $9,432.91 | $0.00 | $9,403.66 | $29.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAP | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| MCB | $68.68 | $0.00 | $68.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PP | $4,712.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,712.00 |
| **Total** | **$27,613.59** | **$0.00** | **$9,472.34** | **$29.25** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$18,112.00** |
| PP | $1,273.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,273.70 |
| **Total** | **$1,273.70** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,273.70** |
| PL | $7,168.84 | $0.00 | $6,756.00 | $412.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$7,168.84** | **$0.00** | **$6,756.00** | **$412.84** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| HMA-UNLMT | $7,537.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,537.74 |
| MA | $7,704.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,704.00 |
| **Total** | **$15,241.74** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$15,241.74** |
| HAM | $9,942.90 | $0.00 | $0.00 | $0.00 | $1,045.20 | $2,961.50 | $5,195.85 | $740.35 | $0.00 | $0.00 |
| MP | $23,435.56 | $0.00 | $12,927.31 | $10,508.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PP | $9,625.00 | $0.00 | $0.00 | $4,625.00 | $4,675.00 | $325.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$43,003.46** | **$0.00** | **$12,927.31** | **$15,133.25** | **$5,720.20** | **$3,286.50** | **$5,195.85** | **$740.35** | **$0.00** | **$0.00** |
| MAI | $7,202.50 | $0.00 | $0.00 | $2,010.00 | $5,192.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCA | $1,000.93 | $0.00 | $0.00 | $279.33 | $721.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PP | $28,675.00 | $0.00 | $28,675.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$36,878.43** | **$0.00** | **$28,675.00** | **$2,289.33** | **$5,914.10** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| MA | $14,262.43 | $0.00 | $0.00 | $12,927.31 | $1,335.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $1,220.77 | $0.00 | $0.00 | $0.00 | ($1,294.17) | $0.00 | $0.00 | $0.00 | $0.00 | $2,514.94 |
| **Total** | **$15,483.20** | **$0.00** | **$0.00** | **$12,927.31** | **$40.95** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,514.94** |
| MAP | $8,820.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,820.00 |
| **Total** | **$8,820.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$8,820.00** |
| MCL | $19,320.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19,320.00 |
| MP | $1,668.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,668.04 |
| **Total** | **$20,988.04** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$20,988.04** |
| PL | $7,462.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,462.49 |
| MA | $2,928.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,928.60 |
| **Total** | **$10,391.09** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,391.09** |

Case 1:19-bk-04714-HWV   Doc 77   Filed 12/05/19   Entered 12/05/19 14:57:38   Desc
Main Document   Page 16 of 85

A-10

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Fox Subacute at Mechanicsburg
A/R Aging Report
October 2019

Facility Code: 01
User: JSVan
Page 13 of 17

| Resident Name (ID) Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| PL | $30,960.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,960.24 |
| Total | $30,960.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,960.24 |
| CBC | $40,635.00 | $0.00 | $0.00 | $0.00 | $15,093.00 | $25,542.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MP | $10,508.25 | $0.00 | $0.00 | $10,508.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PP | $18,500.00 | $0.00 | $0.00 | $1,850.00 | $16,650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $69,643.25 | $0.00 | $0.00 | $12,358.25 | $31,743.00 | $25,542.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAP | $5,527.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,527.50 |
| Total | $5,527.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,527.50 |
| MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| PL | $1,212.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,212.00 |
| Total | $14,612.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,612.00 |
| MAI | $3,481.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,481.50 |
| Total | $3,481.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,481.50 |
| HAM | $15,861.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,488.00 | $0.00 | $5,373.40 | $0.00 |
| MA | $9,190.20 | $0.00 | $9,190.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $10,554.05 | $0.00 | $2,110.81 | $2,110.81 | $2,110.81 | $2,110.81 | $2,110.81 | $0.00 | $0.00 | $0.00 |
| Total | $35,605.65 | $0.00 | $11,301.01 | $2,110.81 | $2,110.81 | $2,110.81 | $12,598.81 | $0.00 | $5,373.40 | $0.00 |
| HMA | $2,484.75 | $0.00 | $0.00 | $0.00 | $0.00 | $2,324.77 | $159.98 | $0.00 | $0.00 | $0.00 |
| Total | $2,484.75 | $0.00 | $0.00 | $0.00 | $0.00 | $2,324.77 | $159.98 | $0.00 | $0.00 | $0.00 |
| GWM | $18,040.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,040.71 | $0.00 | $0.00 | $0.00 |
| PP | $469.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $469.50 | $0.00 | $0.00 | $0.00 |
| Total | $18,510.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,510.21 | $0.00 | $0.00 | $0.00 |
| HMA | $42,651.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $473.84 | $22,543.20 | $19,634.40 | $0.00 |
| HMB-PART B | $3,099.55 | $0.00 | $1,365.58 | $0.00 | $30.46 | $996.83 | $706.68 | $0.00 | $0.00 | $0.00 |
| MP | $55,618.87 | $0.00 | $12,927.31 | $12,609.90 | $13,030.23 | $13,030.23 | $4,021.20 | $0.00 | $0.00 | $0.00 |
| Total | $101,369.86 | $0.00 | $14,292.89 | $12,609.90 | $13,060.69 | $14,027.06 | $5,201.72 | $22,543.20 | $19,634.40 | $0.00 |
| AET | $9,760.00 | $0.00 | $6,832.00 | $2,928.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $9,760.00 | $0.00 | $6,832.00 | $2,928.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $2,860.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,860.00 |
| Total | $2,860.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,860.00 |
| MCA | $7,065.63 | $0.00 | $0.00 | $0.00 | $7,065.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $7,065.63 | $0.00 | $0.00 | $0.00 | $7,065.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MA | $11,135.16 | $0.00 | $11,135.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $1,006.00 | $0.00 | $979.00 | ($979.00) | $27.00 | $0.00 | $979.00 | $0.00 | $0.00 | $0.00 |
| Total | $12,141.16 | $0.00 | $12,114.16 | ($979.00) | $27.00 | $0.00 | $979.00 | $0.00 | $0.00 | $0.00 |
| HMA | $18,429.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,429.84 |
| Total | $18,429.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,429.84 |
| HMA | $6,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,600.00 |
| MA | $16,890.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,890.10 |
| PL | $8,487.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,487.00 |
| Total | $31,977.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31,977.10 |

A-10

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Fox Subacute at Mechanicsburg
A/R Aging Report
October 2019

Facility Code: 01
User: JSVan
Page 14 of 17

Resident Name (ID)

| Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| PP) | $13,104.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,104.00 |
| Total | $13,104.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,104.00 |
| HMR | $3,039.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $218.14 | $2,820.91 |
| MA | $83.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $83.44 | $0.00 |
| Total | $3,122.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $301.58 | $2,820.91 |
| PL | $2,988.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,988.60 |
| Total | $2,988.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,988.60 |
| MAI | $6,030.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,030.00 |
| PP | $17,174.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,174.00 |
| Total | $23,204.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23,204.00 |
| MAM | $9,821.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,821.00 |
| Total | $9,821.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,821.00 |
| MAP | $8,542.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,542.50 |
| Total | $8,542.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,542.50 |
| MP | $834.02 | $0.00 | $834.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $834.02 | $0.00 | $834.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HMB-PART B | $3,299.63 | $0.00 | $39.20 | $933.71 | $0.00 | $283.17 | $579.55 | $707.53 | $756.47 | $0.00 |
| AER | $17,690.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,690.80 |
| MA | $10,758.91 | $0.00 | $10,758.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $1,755.06 | $0.00 | $0.00 | $1,080.39 | $0.39 | $674.28 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $33,504.40 | $0.00 | $10,798.11 | $2,014.10 | $0.39 | $957.45 | $579.55 | $707.53 | $756.47 | $17,690.80 |
| MCA | $780.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $780.11 |
| MAM | $5,360.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,360.00 |
| Total | $6,140.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,140.11 |
| PL | $1,902.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,902.56 |
| Total | $1,902.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,902.56 |
| PL | $5,769.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,769.88 |
| Total | $5,769.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,769.88 |
| PP | $12,880.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,880.00 |
| Total | $12,880.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,880.00 |
| HMA | $4,279.10 | $0.00 | $0.00 | $0.00 | $0.00 | $4,279.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $4,279.10 | $0.00 | $0.00 | $0.00 | $0.00 | $4,279.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAP | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,600.00 |
| PL | $6,390.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,390.00 |
| Total | $18,990.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,990.00 |
| MAM | $12,740.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,740.00 |
| Total | $12,740.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,740.00 |
| MAI | $5,472.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,472.00 |
| PL | $12,903.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,903.56 |
| Total | $18,375.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,375.56 |

Fox Subacute at Mechanicsburg
A/R Aging Report
October 2019

| Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| MA | $4,473.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,473.98 |
| PL | $3,646.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,646.04 |
| PP | $7,237.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,237.48 |
| **Total** | **$15,357.50** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$15,357.50** |
| MA | $12,223.31 | $0.00 | $12,202.31 | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,400.00 |
| PL | $6,525.00 | $0.00 | $725.00 | $725.00 | $725.00 | $725.00 | $0.00 | $0.00 | $0.00 | $3,625.00 |
| **Total** | **$32,148.31** | **$0.00** | **$12,927.31** | **$746.00** | **$725.00** | **$725.00** | **$0.00** | **$0.00** | **$0.00** | **$17,025.00** |
| HAM | $16,911.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,911.40 |
| MP | $16,397.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,397.76 |
| **Total** | **$33,309.16** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$33,309.16** |
| MAM | $10,857.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,857.00 |
| **Total** | **$10,857.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,857.00** |
| MAI | $8,977.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,977.50 |
| **Total** | **$8,977.50** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$8,977.50** |
| GWM | $3,584.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,584.70 |
| MA | $40,849.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,849.25 |
| PL | $13.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.90 |
| **Total** | **$44,447.85** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$44,447.85** |
| HMR | $29,610.90 | $0.00 | $0.00 | $0.00 | $19,492.20 | $4,301.10 | $5,817.60 | $0.00 | $0.00 | $0.00 |
| MP | $13,030.23 | $0.00 | $0.00 | $5,043.96 | $1,260.99 | $6,725.28 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$42,641.13** | **$0.00** | **$0.00** | **$5,043.96** | **$20,753.19** | **$11,026.38** | **$5,817.60** | **$0.00** | **$0.00** | **$0.00** |
| HMA | $16,698.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,698.15 |
| MCP | $7,245.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,245.00 |
| **Total** | **$23,943.15** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$23,943.15** |
| MA | $13,797.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,797.62 |
| PL | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.00 |
| **Total** | **$13,818.62** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$13,818.62** |
| MA | $11,998.31 | $0.00 | $11,998.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MAM | $13,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,852.50 | $5,025.00 | $3,852.50 | $670.00 | $0.00 |
| MCA | $505.69 | $0.00 | $0.00 | $0.00 | $0.00 | $505.69 | $0.00 | $0.00 | $0.00 | $0.00 |
| MCB | $2,515.00 | $0.00 | $560.85 | $1,954.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PL | $3,516.80 | $0.00 | $929.00 | $929.00 | $929.00 | $0.00 | $0.00 | $729.80 | $0.00 | $0.00 |
| **Total** | **$31,935.80** | **$0.00** | **$13,488.16** | **$2,883.15** | **$929.00** | **$4,358.19** | **$5,025.00** | **$4,582.30** | **$670.00** | **$0.00** |
| MA | $17,545.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,545.33 |
| MAM | $12,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,400.00 |
| PL | $12,203.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,203.29 |
| PP | $202.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.00 |
| **Total** | **$42,350.62** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$42,350.62** |
| UHR | $6,544.80 | $0.00 | $727.20 | $5,817.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$6,544.80** | **$0.00** | **$727.20** | **$5,817.60** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Facility Code: 01
User: JSVan
Page 16 of 17

## Fox Subacute at Mechanicsburg
### A/R Aging Report
### October 2019

| Resident Name (ID) | Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MA | $18.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.00 |
| | MAM | $13,160.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,160.00 |
| | PL | $787.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $787.03 |
| | Total | $13,965.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,965.03 |
| HMA-UNLMIT | | | | | | | | | | | |
| | Total | $24,789.00 | $0.00 | $20,362.04 | $3,532.40 | $894.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MAM | $12,666.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,666.05 |
| | Total | $12,666.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,666.05 |
| | MAM | $12,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,600.00 |
| | PL | $11,664.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,664.00 |
| | Total | $24,264.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24,264.00 |
| | MA | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Total | $12,927.31 | $0.00 | $12,927.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Facility #:
Date: Nov 27, 2019
Time: 10:40:17 ET

Facility Code: 01
User: JSVan
Page 17 of 17

**Fox Subacute at Mechanicsburg**
**A/R Aging Report**
**October 2019**

| Payer | Total +10/19 | Future Cash | Current 10/19 | 30 09/19 | 60 08/19 | 90 07/19 | 120 06/19 | 150 05/19 | 180 04/19 | 210 +03/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | $41,403.00 | $0.00 | $18,897.00 | $21,570.00 | $936.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮ | $9,760.00 | $0.00 | $2,928.00 | $6,832.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮ | $23,192.80 | $0.00 | $0.00 | $0.00 | ($3,402.00) | $0.00 | $0.00 | $0.00 | $0.00 | $26,594.80 |
| ▮ | $13,467.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,467.00 |
| ▮ | $40,635.00 | $0.00 | $0.00 | $0.00 | $15,093.00 | $25,542.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮ | $6,588.40 | $0.00 | $0.00 | $0.00 | $1,153.60 | $1,483.20 | $2,921.60 | $1,030.00 | $0.00 | $0.00 |
| ▮ | $67,425.41 | $0.00 | $6,600.00 | $18,150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,900.00 | $37,775.41 |
| ▮ | $42,715.70 | $0.00 | $0.00 | $0.00 | $1,045.20 | $2,961.50 | $0.00 | $0.00 | $5,373.40 | $16,911.40 |
| ▮ | $78,308.32 | $0.00 | $0.00 | $0.00 | $19,492.20 | $4,301.10 | $5,817.60 | $0.00 | $218.14 | $48,479.28 |
| ▮ | $25,279.11 | $0.00 | $30,252.60 | $2,564.24 | $0.00 | $2,729.68 | $0.00 | $0.00 | $0.00 | $33,202.00 |
| ▮ | $33,202.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $33,202.00 |
| ▮ | $35,378.73 | $0.00 | $6,494.38 | $3,963.60 | $956.21 | $1,442.51 | $2,454.21 | $1,856.55 | $1,654.31 | $16,556.96 |
| ▮ | $101,630.64 | $0.00 | $19,320.00 | $0.00 | $0.00 | $8,042.40 | $0.00 | $0.00 | $0.00 | $74,268.24 |
| ▮ | $62,698.46 | $0.00 | $20,361.60 | ($21,502.43) | $289.36 | $10,241.07 | $633.82 | $22,823.22 | $10,217.42 | $10,217.42 |
| ▮ | $206,472.96 | $0.00 | $69,155.80 | $54,974.44 | $61,980.68 | $20,362.04 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮ | $588,234.02 | $0.00 | $369,967.82 | $13,820.47 | ($1,063.15) | $3,889.00 | $2,890.92 | $2,810.11 | $1,002.44 | $194,916.41 |
| ▮ | $359,269.80 | $0.00 | $70,474.69 | $56,744.55 | $43,714.32 | $55,063.23 | $24,931.44 | $12,465.72 | $14,074.20 | $81,801.65 |
| ▮ | $163,242.07 | $0.00 | $106,753.93 | $16,666.71 | $9,285.15 | $1,064.35 | $651.77 | $1,326.82 | $0.00 | $27,503.34 |
| ▮ | $85,141.50 | $0.00 | $5,285.50 | $5,025.00 | $5,192.50 | $427.50 | $1,573.00 | $0.00 | $0.00 | $67,638.00 |
| ▮ | $591,768.21 | $0.00 | $13,810.50 | $11,557.50 | $6,365.00 | $11,222.50 | $7,874.00 | $11,559.00 | $14,237.50 | $515,142.21 |
| ▮ | $135,097.64 | $0.00 | $4,944.50 | $0.00 | $0.00 | $670.00 | $6,200.00 | $10,131.00 | $7,537.50 | $105,614.64 |
| ▮ | $12,614.27 | $0.00 | $3,202.88 | $5,270.80 | $4,112.38 | $28.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮ | $436.75 | $0.00 | $107.67 | $140.68 | $0.00 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮ | $99,553.32 | $0.00 | $140.68 | $188.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $99,553.32 |
| ▮ | $545,682.84 | $0.00 | $5,270.80 | $4,112.38 | $16,960.45 | $16,373.25 | $11,780.73 | $9,052.72 | $7,672.01 | $457,186.41 |
| ▮ | $349,761.01 | $0.00 | $9,366.00 | $40,603.00 | $2,181.15 | $2,181.15 | ($686.87) | $9,802.99 | $6,059.79 | $268,707.45 |
| ▮ | $6,544.80 | $0.00 | $727.20 | $5,817.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$3,725,503.76** | **$0.00** | **$777,423.14** | **$223,196.86** | **$212,634.87** | **$168,024.71** | **$82,726.07** | **$83,598.48** | **$82,363.69** | **$2,095,535.94** |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| **20.   Work in progress** | | | | |
| **21.   Finished goods, including goods held for resale** | | | | |
| **22.   Other inventory or supplies** **Respiratory Supplies, Medical Supplies, Marketing Supplies, Central Supply, Office Supplies, Dietary Supplies, Cleaning Supplies** | | | | $156,212.83 |

**23.   Total of Part 5.**                                                                                          $156,212.83

Add lines 19 through 22.  Copy the total to line 84.

**24.   Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| **40.   Office fixtures** | | | |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** **Computers & Computer Software (See** | | | $10,000.00 |

Fox Subacute at Mechanicsburg

Computer Equipment
        WBD
        WBD
        Careworx PointClick
        Optimus EMR Computer Software
        Optimus EMR Dell T1700
        Tiger Direct 2 Notebooks
        Tiger Direct Notebooks/Desktops
        Hewlet Packard HP Comp Equip
        Newegg Business Ipad Tablet

Computer Software
        Paycheks PR Service

A-41

**attached list)**

---

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

| 43. | **Total of Part 7.** | | $10,000.00 |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.     **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.     **Aircraft and accessories** | | | |
| 50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Leasehold Improvements & Moveable Equipment (See attached list)** | | | $200,000.00 |

| 51. | **Total of Part 8.** | | $200,000.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Fox Subacute at Mechanicsburg

Leasehold Improvements
      Direct Supply Cooling Units
      Direct Supply Cooling Units
      Direct Supply Cooling Units
      Direct Supply Cooling Units
      Direct Supply Cooling Units
      K&D Oven
      Johnson Controls 2 Condensing Units
      Johnson Controls Condenser Fan Motor
      Johnson Controls Heater Imp
      K&D Factory Svs Reach in cooler
      Duty's Locks Locks
      Johnson controls AC Compressor
      Emergency Systems Battery Replacement
      Colorwoks Furniture
      Duty's Locks Rekey Cylinders
      Connect-Tek Upgrade Phone system
      AM Communications Televisions
      Delcrest Medical Equipment
      HB McClure Ventilator
      Johnson Controls Kitchen Chiller
      The  Sherman Engineering co.
      Johnson Controls

Fixed Equipment
      WBD
      WBD
      iNfOCUS Technologies vnt-p2 Patient Staion
      Tri State McQuay HVAC Equipment
      KD Factory Services Reach In Freezer

Moveable Equipment
      Delcrest Pump
      Delcrest Probe
      Delcrest AED 10
      Xpadx Floor Machine
      Tri Med 12 leg ECG
      Safe lease Copier
      Dellcrest Signs
      Dellcrest Signs
      Delcrest Resident chairs
      Hill-Rom Service on Beds
      Quality Medical Group Slings, Battery Charger

GR Sponaugle Install data and voice jacks
GR Sponaugle Repairs
GR Sponaugle Wire runs and cross connections
Connect-Tek Phone Services
Connect-Tek Phone Services
Connect-Tek Phone Services
Diret Supply Recliners
Home Depot Snow Blower
AM Comm LCD TV and related supplies
Arjo Sling Medibo Clips
Xpedx Sanitizer Dispensers
SimpleGrinnell Fire Alarm Service
Family Home Medical Corupst Wheel chair
Arjo Sling Medibo Clips
Eastern time Maintenance Contract
SimplexGrinnel Labor Progress
SimplexGrinnel Fire Alarm Materials
Quality medical Group Battery Packs
Family Home Medical Corupst Wheel chair
Delcrest Wheetchair 9000XDT
Home Depot Refridgerator
Central Med Equip Wheelchair Alfano
quality med Vents
Tri Med Batteries
Follett corp Ice Machine
US Renak Care Gerichairs
Central med Equi Wheelchairs
Central Med Equip Wheelchairs
Franklin chem Flooe Brush
Delcrest power Lifter
Moore Medical Lab Mach
Medicus Health Isolation Station
QMG Rental Vents
Crest healthcare Supply Pillow Speakers
H&H Service Co. 3 AC/ Units
Firest choie Med Supply Neo Adult Oxy Sensor
Tri Med Onsite Defribilator
K&D Factory  Serv. Inc. 2 Door Freezer
McKesson Med Illumination Device
Delcrest Bed Purchase lease
Hill-Rom Wound Surface mattress
H&R Healthcare Bariatric Geri Chair
Infiniti Medical Solutiosn Vents
Dynamic Healthcare Wheelchair
Dynamic Healthcare Wheelchair
Dynamic Healthcare Wheelchair
National Seating & Mobility Battery Replacement

A-50

Delcrest
Costo TV and Wall Mount
Delcrest EKG Machine
Follett corp. Water Cooker
Delcrest Ultrasound Unit
Reinhart Food Service Food Carts
National Seating & Mobility Wheelchair
Infinity medical Solutions Ventilaors
HearSay hearing Centers Hearing Machine
Delcrest Mattresses
Delcrest
Delcrest
Delcrest
Delcrest
H&R Healthcare
H&R Healthcare
Delcrest
National Seating & Mobility
Bills Outdoor Power Inc.

Telephone Equipment
WBD
Connect-Tek Power Supply

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Department of Health (License No. 22220201)** **Medicare Provider** **Medicaid Provider** **National Provider** | | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.    **Total of Part 10.**                                                          $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

**Litigation - Fox Subacute at Mechanicsburg, LLC v. Diane Estep**                                                     **$0.00**

| Nature of claim | **Litigation** |
|---|---|
| **Amount requested** | **$563,851.77** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $735,642.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,203.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,035,080.22 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $156,212.83 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $200,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,167,139.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,167,139.15 |

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  People's Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All Personal Property** | **$5,500,000.00** | **$5,167,139.15** |
| **3100 Market Street**<br>**Camp Hill, PA 17011**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$5,500,000.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **William Hallam, Esquire**<br>**Rosenberg Martin Greenberg LLP**<br>**25 South Charles Street, 21st Fl**<br>**Baltimore, MD 21201** | Line  **2.1** | |

Fill in this information to identify the case:

Debtor name    **Fox Subacute at Mechanicsburg, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **1:19-bk-04714**

☐ Check if this is an
    amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

    **1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

      ■ No. Go to Part 2.

      ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

    **3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                            **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,957.99 |
|---|---|---|---|
| | **A Vital Response, Inc.**<br>**1205 S 28th Street**<br>**Harrisburg, PA 17111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,422.35 |
|---|---|---|---|
| | **ADARA Healthcare Staffing**<br>**241 Maple Hollow Road**<br>**Duncansville, PA 16635** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.98 |
|---|---|---|---|
| | **Alimed, Inc.**<br>**P.O. Box 9135**<br>**Dedham, MA 02027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,715.00 |
|---|---|---|---|
| | **All American Healthcare Services**<br>**494 Broad Street**<br>**Suite 302**<br>**Newark, NJ 07102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,392.76 |
|---|---|---|---|

**Allscripts Healthcare, LLC**
**24630 Network Place**
**Chicago, IL 60673-1246**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,705.24 |
|---|---|---|---|

**Altek Business Systems Inc.**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,562.64 |
|---|---|---|---|

**American Express**
**P.O. Box 1270**
**Newark, NJ 07101**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,079.51 |
|---|---|---|---|

**Applied Computer Solutions**
**P.O. Box 749**
**Spring House, PA 19477**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,143.38 |
|---|---|---|---|

**Ascend Healthcare Associates**
**1100 Bent Creek Blvd.**
**Suite 102**
**Mechanicsburg, PA 17050**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.08 |
|---|---|---|---|

**Associated Products Services, Inc.**
**2 East Road**
**P.O. Box 231**
**Mechanicsburg, PA 17055**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,524.38 |
|---|---|---|---|

**Balfurd Healthcare & Linen Rentals**
**2467 Park Avenue**
**P.O. Box 109**
**Tipton, PA 16684-0109**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|
| | **Blanche Lenard Consulting LLC**<br>**2225 Overlook Drive**<br>**Aston, PA 19014-1616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,011.84 |
|---|---|---|---|
| | **Bortek Industries, Inc.**<br>**4713 Old Gettysburg Road**<br>**Mechanicsburg, PA 17055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,650.38 |
|---|---|---|---|
| | **Capital Healthcare Solutions Inc.**<br>**P.O. Box 799**<br>**Gloucester, VA 23061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.93 |
|---|---|---|---|
| | **Cardmember Services**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **1326** | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|
| | **Carlisle NeuroCare**<br>**220 Wilson Street**<br>**Suite 210**<br>**Carlisle, PA 17013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.80 |
|---|---|---|---|
| | **Christopher Fisher**<br>**c/o Fox Subacute at Mechanicsburg**<br>**120 Filber Street**<br>**Mechanicsburg, PA 17055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $856.73 |
|---|---|---|---|
| | **Colorworks by Chana**<br>**2187 Red Barn Road**<br>**Furlong, PA 18925** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.61 |
|---|---|---|---|

**Comcast**
P.O. Box 70219
Southeastern, PA 19176-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3420**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,795.84 |
|---|---|---|---|

**Comcast**
P.O. Box 70219
Southeastern, PA 19176-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5941**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.74 |
|---|---|---|---|

**Comcast**
P.O. Box 70219
Southeastern, PA 19176-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7347**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,559.19 |
|---|---|---|---|

**Commercial Refrigeration of HBG**
7841 Witmer Drive
Harrisburg, PA 17111-5403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,105.00 |
|---|---|---|---|

**Community Life Team**
P.O. Box 8
Indiana, PA 15701-0008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,422.50 |
|---|---|---|---|

**Concentra**
**Occupational Health Ctr.**
P.O. Box 8750
Elkridge, MD 21075-8750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.00 |
|---|---|---|---|

**Cozen "O'Connor**
**One Liberty Place**
1650 Market Street, Suite 2800
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,023.45 |
| --- | --- | --- | --- |
| | **Crest Healthcare Supply**<br>**P.O. Box 727**<br>**Dassel, MN 55325-0727** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.35 |
| --- | --- | --- | --- |
| | **Crystal Springs**<br>**P.O. Box 660579**<br>**Dallas, TX 75266-0579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.08 |
| --- | --- | --- | --- |
| | **Culligan of Mechanicsburg**<br>**12 Waterford Drive**<br>**Mechanicsburg, PA 17050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
| --- | --- | --- | --- |
| | **Cummings Consultants**<br>**1617 North Front Street**<br>**Harrisburg, PA 17112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,986.99 |
| --- | --- | --- | --- |
| | **D&T Mechanical Contractors Inc.**<br>**714 Ayers Avenue**<br>**P.O. Box 42**<br>**Lemoyne, PA 17043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,885.08 |
| --- | --- | --- | --- |
| | **DeBrunner & Associates**<br>**112 Walnut Street**<br>**Harrisburg, PA 17101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226,584.28 |
| --- | --- | --- | --- |
| | **Delcrest Medical Services, Inc**<br>**100 Commerce Drive**<br>**Ivyland, PA 18974** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,621.01** |
| | **Delcrest Medical Services, Inc** **(Lease)** **100 Commerce Drive** **Ivyland, PA 18974** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| | **Dominion Elevator Inspection Serv.** **7475 Carlisle Road** **Wellsville, PA 17365** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
| | **Donna Jean Foster** **950 Flickes Road** **Dillsburg, PA 17019** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.74** |
| | **East Coas Food Equipment, Inc.** **570 Industrial Drive** **Lewisberry, PA 17339** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283.60** |
| | **East Pennsboro Ambulance Service** **P.O. Box 47** **Enola, PA 17025** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| | **Eli Qureshi** **20 Keefer Way** **Mechanicsburg, PA 17055** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,406.07** |
| | **F Hummel & Sons LLC** **112 Woodside Drive** **Mechanicsburg, PA 17055** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.15 |
|---|---|---|---|

**Fetrow Electric Service Company**
P.O. box 162
Camp Hill, PA 17001-0162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.04 |
|---|---|---|---|

**Fidelity Security Life Ins. Co.**
P.O. Box 632530
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,535.56 |
|---|---|---|---|

**First Choice Medical Supply**
P.O. Box 3608
Jackson, MS 39207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,699.56 |
|---|---|---|---|

**Flaster Greenberg**
1835 Market Street
Suite 1050
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Fleischer Fleischer & Suglia**
Four Greentree Centre, Suite 305
601 Rt 73 N
Marlton, NJ 08053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.35 |
|---|---|---|---|

**Follett LLC**
P.O. Box 782806
Philadelphia, PA 19178-2806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.00 |
|---|---|---|---|

**Fredom Medical Inc.**
P.O. Box 822704
Philadelphia, PA 19182-2704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1:19-bk-04714-HWV     Doc 77     Filed 12/05/19     Entered 12/05/19 14:57:38     Desc
Main Document      Page 38 of 85

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
| --- | --- | --- | --- |
| | **Gatter & Diehl Inc.**<br>**100 Winding Creek Blvd.**<br>**Mechanicsburg, PA 17050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,745.79 |
| --- | --- | --- | --- |
| | **Geisinger Holy Spirit**<br>**503 N 21st Street**<br>**Camp Hill, PA 17011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $721.45 |
| --- | --- | --- | --- |
| | **Ginnie Rudisill**<br>**451 Maywood Road**<br>**York, PA 17402-4153** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.11 |
| --- | --- | --- | --- |
| | **GNXCOR, Inc.**<br>**425 Hespeler Road**<br>**Suite 103**<br>**Cambridge N1R 8J6** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,836.77 |
| --- | --- | --- | --- |
| | **Guardian**<br>**P.O. Box 824404**<br>**Philadelphia, PA 19182-4404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.55 |
| --- | --- | --- | --- |
| | **Guernsey**<br>**P.O. Box 61770**<br>**Harrisburg, PA 17106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,302.84 |
| --- | --- | --- | --- |
| | **H&H Service Company Inc.**<br>**4510B Westport Drive**<br>**Mechanicsburg, PA 17055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:19-bk-04714-HWV    Doc 77    Filed 12/05/19    Entered 12/05/19 14:57:38    Desc
Main Document     Page 39 of 85

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $745.00 |
|---|---|---|---|

**H&R Healthcare LP**
**1750 Oak Street**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,143.93 |
|---|---|---|---|

**H.B. McClure**
**P.O. Box 1745**
**Harrisburg, PA 17105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.74 |
|---|---|---|---|

**Hampden Township EMS**
**N 2930 State Road 22**
**Wautoma, WI 54982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366.96 |
|---|---|---|---|

**Harrisburg Dairies**
**P.O. Box 2001**
**2001 Herr Street**
**Harrisburg, PA 17105-2001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $731.80 |
|---|---|---|---|

**Health System Services**
**6867 Williams Road**
**Niagara Falls, NY 14304-2993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.42 |
|---|---|---|---|

**Heather Quiles**
**1210 Poplar Street**
**Langhorne, PA 19047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $672.83 |
|---|---|---|---|

**Hershocks**
**3501 North 6th Street**
**P.O. Box 5800**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$7,270.00** |
| --- | --- | --- | --- |
| | **Hill-Rom** | ☐ Contingent | |
| | **P.O. Box 643592** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15264-3592** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$21,826.08** |
| --- | --- | --- | --- |
| | **Holy Spirit EMS** | ☐ Contingent | |
| | **P.O. Box 983029** | ☐ Unliquidated | |
| | **Boston, MA 02298-3029** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$11,676.44** |
| --- | --- | --- | --- |
| | **Holy Spirit Hospital** | ☐ Contingent | |
| | **503 North 21st Street** | ☐ Unliquidated | |
| | **Camp Hill, PA 17011** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$25,462.50** |
| --- | --- | --- | --- |
| | **Holy Spirit Hospital - BHC** | ☐ Contingent | |
| | **503 North 21st Street** | ☐ Unliquidated | |
| | **Camp Hill, PA 17011** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$292.02** |
| --- | --- | --- | --- |
| | **Home Depot Card Services** | ☐ Contingent | |
| | **P.O. Box 9001030** | ☐ Unliquidated | |
| | **Louisville, KY 40290-1030** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **0824** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$68,356.64** |
| --- | --- | --- | --- |
| | **HSE Staffing Agency LLC** | ☐ Contingent | |
| | **5585 Barbara Drive** | ☐ Unliquidated | |
| | **Mechanicsburg, PA 17050** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$140,347.70** |
| --- | --- | --- | --- |
| | **Infiniti Medical Solutions, LLC** | ☐ Contingent | |
| | **50 Randolph Road** | ☐ Unliquidated | |
| | **Suite A2** | ☐ Disputed | |
| | **Somerset, NJ 08873** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128,522.00** |
|---|---|---|---|

**Infiniti Medical Solutions, LLC**
**(Rental)**
**50 Randolph Road, Suite A2**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,445.46** |
|---|---|---|---|

**Integrated Medical Transport LLC**
**322 East Allen Road**
**Suite C**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,420.69** |
|---|---|---|---|

**IntelyCare, Inc.**
**1515 Hancock Street**
**Suite 203**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,671.12** |
|---|---|---|---|

**Johnson Controls**
**P.O. Box 730068**
**Dallas, TX 75373-0068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**Jon Pheasant**
**7790 Gumboro Road**
**Pittsville, MD 21850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,438.23** |
|---|---|---|---|

**K&D Factory Service**
**1833-411 North Cameron Street**
**Harrisburg, PA 17103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,354.74** |
|---|---|---|---|

**KCI USA**
**P.O. Box 301557**
**Dallas, TX 75303-1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556.77 |
|---|---|---|---|

**Keystone Fire Protection Co.**
433 Industrial Drive
North Wales, PA 19454

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Keystone Guardianship Services**
P.O. Box 804
Elizabethville, PA 17023

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,983.52 |
|---|---|---|---|

**LW Consulting Inc.**
5925 Stevenson Avenue
Suite G
Harrisburg, PA 17112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,712.87 |
|---|---|---|---|

**Marlin Business Bank**
P.O. Box 13604
Philadelphia, PA 19101

Date(s) debt was incurred _

Last 4 digits of account number  **8002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.00 |
|---|---|---|---|

**Mary-Kate Spring Lee**
1416  Regency Circle
Harrisburg, PA 17110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,551.02 |
|---|---|---|---|

**Masimo**
28932 Network Place
Dept. 6773
Chicago, IL 60673-1289

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,264.80 |
|---|---|---|---|

**Matrixcare, Inc.**
BIN #32
P.O. Box 1414
Minneapolis, MN 55480-1414

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1:19-bk-04714-HWV    Doc 77    Filed 12/05/19    Entered 12/05/19 14:57:38    Desc
Main Document      Page 43 of 85

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**McCartney's Maintenance INc.**
P.O. Box 217
Lewisberry, PA 17339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Mechanicburg Fire Department**
P.O. Box 1233
Mechanicsburg, PA 17055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00**

**Medliance**
c/o Tabula Rasa Healthcase, Inc.
228 Strawbridge Drive, Suite 100
Moorestown, NJ 08057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,131.90**

**MileStone Staffing Services**
L3542
Columbus, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$258.54**

**Mr. Rooter Plumbing of Central PA**
2 East Road
Mechanicsburg, PA 17050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,060.28**

**MS Hershey Medical Center**
500 University Drive
Hershey, PA 17033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$808.33**

**Murray Associates Architects PC**
1600 North Second Street
Harrisburg, PA 17102-2499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,223.19 |
|---|---|---|---|

**National Seating & Mobility, Inc.**
1957 Pioneer Road, Building C
Huntingdon Valley, PA 19006

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,060.00 |
|---|---|---|---|

**NaviHealth**
210 Westwood Place
Suite 400
Brentwood, TN 37027

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.40 |
|---|---|---|---|

**Newtown Office Supply Solutions**
31 Friends Lane
Newtown, PA 18940

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,487.28 |
|---|---|---|---|

**Nsima Umana**
Envision Ablaze Healthcare
208 West Allen Street
Mechanicsburg, PA 17055

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,115.50 |
|---|---|---|---|

**OneCall Medical Staffing Inc.**
316 East 6th Avenue
Tarentum, PA 15084

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.43 |
|---|---|---|---|

**Optima Healthcare Solutions, LLC**
P.O. Box 531734
Atlanta, GA 30353-1734

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.55 |
|---|---|---|---|

**Orkin Pest Control**
RATT, Inc.
4450 Paxton Street
Harrisburg, PA 17111

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Case 1:19-bk-04714-HWV    Doc 77    Filed 12/05/19    Entered 12/05/19 14:57:38    Desc
Main Document    Page 45 of 85

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$432.78**

Padona
6103 Liberty Drive
Groveland, FL 34736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,852.79**

PCA Industrial & Paper Supplies
2425 Maryland Road
Willow Grove, PA 19090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.50**

Pennsylvania State Police
P.O. Box 62041
Harrisburg, PA 17106-2041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1363

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,960,000.00**

People's Bank
3100 Market Street
Camp Hill, PA 17011-1000

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **First Mortgage on Facility located at 120 S Filbert Street, Mechanicsburg, PA 17055 owned by FSA Realty Associates, LLP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680,323.33**

PharMerica
P.O. Box 409251
Atlanta, GA 30384-9251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,277.12**

PHCA
315 North Second Street
Harrisburg, PA 17101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,141.95**

Physicians's Mobile X-ray
945 East Park Drive, Suite 102
Harrisburg, PA 17111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,080.00 |
|---|---|---|---|

**Pinnacle Health ABC, LLC**
**PO Box 829791**
**Philadelphia, PA 19182-9791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,028.33 |
|---|---|---|---|

**Praxair Distribution Inc.**
**(Cylinders)**
**2301 SE Creekview Drive**
**Ankeny, IA 50021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,649.33 |
|---|---|---|---|

**Praxair Distribution, Inc. (Bulk)**
**2301 SECreekview Drive**
**Ankeny, IA 50021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,038.03 |
|---|---|---|---|

**Prominent Medical Staffing**
**219 East Main Street**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,087.50 |
|---|---|---|---|

**Quality Medical Group**
**50 Randolph Road, Suite A2**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.93 |
|---|---|---|---|

**R.F. Fager Co.**
**2058 State Road**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,738.64 |
|---|---|---|---|

**Reinhart Foodservice, LLC**
**100 Industrial Park Road**
**Coal Township, PA 17866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,898.00 |
|---|---|---|---|

**Relias Learning, LLC**
P.O. Box 74008620
Chicago, IL 60674-8620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,760.00 |
|---|---|---|---|

**Richter Healthcase Consultants**
8948 Canyon Falls Blvd., Suite 400
Twinsburg, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Seasons**
1416 Regency Circle
Harrisburg, PA 17110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,412.26 |
|---|---|---|---|

**Service Firest Restoration &
Remodeling**
330 East Park Drive
Harrisburg, PA 17111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $787.50 |
|---|---|---|---|

**Sharon Gladfelter RHIT**
5531 Bino Road
Greencastle, PA 17225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,665.00 |
|---|---|---|---|

**Sharps Compliance, Inc.**
P.O. Box 679502
Dallas, TX 75267-9502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169.00 |
|---|---|---|---|

**Shredding Solutions**
1235 Ritner Highway
Carlisle, PA 17013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,763.12 |
|---|---|---|---|
| | **Sun Life Financial**<br>**P.O. Box 7247-0381**<br>**Philadelphia, PA 19170-0381** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,060.00 |
|---|---|---|---|
| | **SWIFTMD**<br>**P.O. Box 829891**<br>**Philadelphia, PA 19182** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172,682.60 |
|---|---|---|---|
| | **Tri-Med Medical Supply, Inc.**<br>**4110 Butler Pike, Suite 106**<br>**Plymouth Meeting, PA 19462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,314.40 |
|---|---|---|---|
| | **Tri-Med Rentals**<br>**4110 Butler Pike**<br>**Suite 106**<br>**Plymouth Meeting, PA 19462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.00 |
|---|---|---|---|
| | **Triangle Fire Protection**<br>**20 Roadway Drive**<br>**Carlisle, PA 17015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,907.67 |
|---|---|---|---|
| | **Trinity Pharmacy Services, L.V.**<br>**3910 Adler Place**<br>**Suite 210**<br>**Bethlehem, PA 18017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,481.47 |
|---|---|---|---|
| | **Trinity Pharmacy Services, L.V.**<br>**(Note)**<br>**3910 Adler Place, Suite 210**<br>**Bethlehem, PA 18017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1:19-bk-04714-HWV    Doc 77    Filed 12/05/19    Entered 12/05/19 14:57:38    Desc
Main Document     Page 49 of 85

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,429.00** |
|---|---|---|---|

**Trust Ambulance Inc**
1131 Primrose Avenue
Camp Hill, PA 17011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,292.40** |
|---|---|---|---|

**Tyco Integrated Sercurity LLC**
P.O. Box 371967
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Tyler Robinson**
2214 Wood Street
Lancaster, PA 17603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**United Healthcare**
**Recovery Services**
P.O. Box 740804
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,755.22** |
|---|---|---|---|

**UPMC Pinnacle**
PO Box 826813
Philadelphia, PA 19182-6813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,644.97** |
|---|---|---|---|

**US Standard Products**
P.O. Box 668985
Pompano Beach, FL 33066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$251.04** |
|---|---|---|---|

**Verizon**
P.O. Box 28000
Lehigh Valley, PA 18002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **129Y**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,415.34 |
|---|---|---|---|

**Vohra Post Acute Care Physicians**
P.O. Box 742758
Atlanta, GA 30374-2758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,042.92 |
|---|---|---|---|

**W.B. Mason Co., Inc.**
P.O. Box 981101
Boston, MA 02298-1101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,037.58 |
|---|---|---|---|

**Waste Management of PA, Inc.**
P.O. Box 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,325.66 |
|---|---|---|---|

**Welch Allyn Inc.**
P.O. Box 73040
Chicago, IL 60673-7040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,150.00 |
|---|---|---|---|

**WellSpan Health**
P.O. Box 550
Mount Gretna, PA 17064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,811.86 |
|---|---|---|---|

**West Shore EMS**
205 Grandview Avenue
Suite 211
Camp Hill, PA 17011-1708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,964.02 |
|---|---|---|---|

**Windstream**
P.O. Box 9001013
Louisville, KY 40290-1013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4526**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**　**List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **William Hallam, Esquire**<br>**Rosenberg Martin Greenberg, LLP**<br>**25 South Charles Street, 21st Fl**<br>**Baltimore, MD 21201** | Line  **3.99**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **9,400,376.63** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **9,400,376.63** |

**Fill in this information to identify the case:**

Debtor name   **Fox Subacute at Mechanicsburg, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  **1:19-bk-04714**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Room Furnishings** | |
| | State the term remaining | | **Delcrest Medical Services, LLC**<br>**100 Commerce Drive**<br>**Ivyland, PA 18974** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Facility Located at:**<br>**120 S Filbert Street**<br>**Mechanicsburg, PA**<br>**17055** | |
| | State the term remaining | | **FSA Realty Associates, LLP**<br>**251 Stenton Avenue**<br>**Philadelphia, PA 19145** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **HP Pro Book** | |
| | State the term remaining | | **Hewlett Packard Financial Services**<br>**P.O. Box 402582**<br>**Atlanta, GA 30384** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Resident Room Furniture** | |
| | State the term remaining | | **Marlin Business Bank**<br>**P.O. Box 13604**<br>**Philadelphia, PA 19101** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest    **Software**

State the term remaining

List the contract number of any government contract

**PointClickCare**
**5570 Explorer Drive**
**Mississauga, ON L4W 0C4**

Debtor name **Fox Subacute at Mechanicsburg, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:19-bk-04714**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Ellen Foulke | 4 Garden Path<br>Doylestown, PA 18901 | People's Bank | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |
| 2.2 | Ellen Foulke | 4 Garden Path<br>Doylestown, PA 18901 | People's Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Fox Nursing Home Corp. | dba Fox Subacute at Warrington<br>251 Stenton Avenue<br>Plymouth Meeting, PA 19462 | People's Bank | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |
| 2.4 | Fox Nursing Home Corp. | dba Fox Subacute at Warrington<br>251 Stenton Avenue<br>Plymouth Meeting, PA 19462 | People's Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Fox Subacute at Clara Burke, Inc. | 251 Stenton Avenue<br>Plymouth Meeting, PA 19462-1220 | People's Bank | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |

Case 1:19-bk-04714-HWV    Doc 77    Filed 12/05/19    Entered 12/05/19 14:57:38    Desc
Main Document    Page 55 of 85

| | ■ Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Fox Subacute at Clara Burke, Inc. | 251 Stenton Avenue<br>Plymouth Meeting, PA 19462 | People's Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Fox Subacute at South Philadelphia | 1930 S Broad Street<br>Philadelphia, PA 19145 | People's Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Fox Subacute at South Philadelphia | 1930 S Broad Street<br>Philadelphia, PA 19145 | People's Bank | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |
| 2.9 | Fox Subacute Management, Inc. | 251 Stenton Avenue<br>Plymouth Meeting, PA 19462-1220 | People's Bank | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |
| 2.10 | Fox Subacute Management, Inc. | 251 Stenton Avenue<br>Plymouth Meeting, PA 19462 | People's Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | FSA Realty Associates L.P. | 120 S. Filbert Street<br>Mechanicsburg, PA 17055 | People's Bank | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |
| 2.12 | FSA Realty Associates, L.P. | 120 S. Filbert Street<br>Mechanicsburg, PA 17055 | People's Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | James M. Foulke | 4 Grden Path<br>Doylestown, PA 18901 | People's Bank | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **James M. Foulke** | **4 Garden Path**<br>**Doylestown, PA 18901** | **People's Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Joseph F. Murray** | **310 Friendship Drive**<br>**Paoli, PA 19301** | **People's Bank** | ☐ D _____<br>■ E/F ___3.99___<br>☐ G _____ |
| 2.16 | **Joseph J. Murray** | **310 Friendship Drive**<br>**Paoli, PA 19301** | **People's Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Case 1:19-bk-04714-HWV    Doc 77    Filed 12/05/19    Entered 12/05/19 14:57:38    Desc
Main Document     Page 57 of 85

Debtor name **Fox Subacute at Mechanicsburg, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) **1:19-bk-04714**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$8,947,270.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$10,462,187.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other _____ | **$8,388,495.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached List** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **4. Pearlcare Search Group, LLC f/k/a/ Pearlcare Medical Staffing, LLC vs. Fox Nursing Home Corporation a/k/a Fox Subacute at Warrington a/k/a Fox Subacute Management, Inc.; Fox subacute at Clara Burke, Inc.; Fox Subacute at Mechanicsburg, LLC; Fox Subacute at South Philadelphia, LLC and Fox Subacute Foundation 2019-6083** | Collection | **Montgomery County Common Pleas Swede and Airy Streets P.O. Box 311 Norristown, PA 19404-0311** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

12/1/2019

Date: Dec 1, 2019
Time: 11:51:54 ET
User: Ralph Van

Check Register

Fox Subacute at Mechanicsburg
Check Register
8/1/2019 - 10/31/2019

Page # 1

**Check Numbers: 1 - 99999999**      **Bank: MB-PEOPLES BANK OPERATING**

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 11289 | IntelyCare, Inc | IntelyCare, Inc | 67-1 | 8/1/2019 | ($674.30) | Payment | Reversed |
| 11289 | IntelyCare, Inc | IntelyCare, Inc | 898-1 | 8/1/2019 | $674.30 | Payment | |
| 11290 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 898-2 | 8/1/2019 | $1,133.76 | Payment | |
| 11291 | IntelyCare, Inc | IntelyCare, Inc | 899-1 | 8/1/2019 | $683.57 | Payment | |
| 11292 | H & R Healthcare, L.P. | H & R Healthcare, L.P. | 900-1 | 8/1/2019 | $651.00 | Payment | |
| 11293 | Infiniti Medical Solutions, LLC (Rental) | Infiniti Medical Solutions, LLC (Rental) | 901-1 | 8/1/2019 | $7,584.00 | Payment | |
| 11294 | H & H Service Company, Inc. | H & H Service Company, Inc. | 902-1 | 8/2/2019 | $369.71 | Payment | |
| 11295 | Keystone Fire Protection Co. | Keystone Fire Protection Co. | 903-1 | 8/2/2019 | $1,836.14 | Payment | |
| 11296 | Richter Healthcare Consultants | Richter Healthcare Consultants | 904-1 | 8/6/2019 | $1,780.00 | Payment | |
| 11297 | Verizon (450-162-819-0001 29 Y) | Verizon (450-162-819-0001 29 Y) | 905-1 | 8/6/2019 | $124.70 | Payment | |
| 11298 | American Express | American Express | 906-1 | 8/7/2019 | $5,002.59 | Payment | |
| 11299 | Marcy C. Levy, RD,LDN,CFSM | Marcy C. Levy, RD,LDN,CFSM | 907-1 | 8/7/2019 | $515.00 | Payment | |
| 11300 | Joe Murray | Joe Murray | 908-1 | 8/7/2019 | $1,051.13 | Payment | |
| 11301 | Pinnacle Health ABC, LLC | Pinnacle Health ABC, LLC | 908-2 | 8/7/2019 | $6,375.00 | Payment | |
| 11302 | Altek Business Systems, Inc.(290 &277) | Altek Business Systems, Inc.(290 &277) | 909-1 | 8/7/2019 | $1,167.37 | Payment | |
| 11303 | Applied Computer Solutions | Applied Computer Solutions | 909-2 | 8/7/2019 | $654.23 | Payment | |
| 11304 | COMCAST (3420) | COMCAST (3420) | 909-3 | 8/7/2019 | $247.87 | Payment | |
| 11305 | COMCAST (5941) | COMCAST (5941) | 909-4 | 8/7/2019 | $897.92 | Payment | |
| 11306 | COMCAST (7347) | COMCAST (7347) | 909-5 | 8/7/2019 | $157.87 | Payment | |
| 11307 | Windstream (4526) | Windstream (4526) | 909-6 | 8/7/2019 | $1,993.98 | Payment | |
| 11308 | IntelyCare, Inc | IntelyCare, Inc | 910-1 | 8/8/2019 | $1,102.83 | Payment | |
| 11309 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 910-2 | 8/8/2019 | $1,550.74 | Payment | |
| 11310 | Crystal Springs | Crystal Springs | 911-1 | 8/8/2019 | $75.16 | Payment | |
| 11311 | Culligan of Mechanicsburg | Culligan of Mechanicsburg | 911-2 | 8/8/2019 | $299.98 | Payment | |
| 11312 | Jackie Love | Jackie Love | 912-1 | 8/9/2019 | $31.80 | Payment | |

https://www4.pointclickcare.com/glab/reports/chkreg.jsp

**Date: Dec 1, 2019**
**Time: 11:51:54 ET**
**User: Ralph Van**

## Fox Subacute at Mechanicsburg
### Check Register
### 8/1/2019 - 10/31/2019

Page # 2

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 11313 | Delcrest Medical Services, Inc. | Delcrest Medical Services, Inc. | 913-1 | 8/12/2019 | $34,489.72 | Payment | |
| 11314 | Delcrest Medical Services, Inc. (Lease) | Delcrest Medical Services, Inc. (Lease) | 913-2 | 8/12/2019 | $1,612.01 | Payment | |
| 11315 | Balfurd Healthcare & Linen Rentals | Balfurd Healthcare & Linen Rentals | 914-1 | 8/14/2019 | $3,802.15 | Payment | |
| 11316 | Cumberland County Prothonotary | Cumberland County Prothonotary | 914-2 | 8/14/2019 | $120.25 | Payment | |
| 11317 | Freedom Medical, Inc. | Freedom Medical, Inc. | 914-3 | 8/14/2019 | $3,080.00 | Payment | |
| 11318 | IntelyCare, Inc | IntelyCare, Inc | 915-1 | 8/15/2019 | $674.30 | Payment | |
| 11319 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 915-2 | 8/15/2019 | $1,565.12 | Payment | |
| 11320 | Infiniti Medical Solutions, LLC (Rental) | Infiniti Medical Solutions, LLC (Rental) | 916-1 | 8/16/2019 | $8,781.00 | Payment | |
| 11321 | Quality Medical Group | Quality Medical Group | 916-2 | 8/16/2019 | $3,951.00 | Payment | |
| 11322 | Bank Direct Capital Finance | Bank Direct Capital Finance | 917-1 | 8/16/2019 | $7,368.11 | Payment | |
| 11323 | Lackawanna American Insurance Co. | Lackawanna American Insurance Co. | 917-2 | 8/16/2019 | $591.76 | Payment | |
| 11324 | Carolina Speech Pathology, LLC | Carolina Speech Pathology, LLC | 918-1 | 8/19/2019 | $1,185.00 | Payment | |
| 11325 | Lackawanna American Insurance Co. | Lackawanna American Insurance Co. | 919-1 | 8/20/2019 | $6,397.21 | Payment | |
| 11326 | Altek Business Systems, Inc.(290 &277) | Altek Business Systems, Inc.(290 &277) | 920-1 | 8/20/2019 | $408.82 | Payment | |
| 11327 | Guardian | Guardian | 921-1 | 8/21/2019 | $1,917.12 | Payment | |
| 11328 | Sun Life Financial | Sun Life Financial | 921-2 | 8/21/2019 | $3,350.67 | Payment | |
| 11329 | Tri-Med Medical Supplies, Inc. | Tri-Med Medical Supplies, Inc. | 922-1 | 8/21/2019 | $25,345.65 | Payment | |
| 11331 | IntelyCare, Inc | IntelyCare, Inc | 923-1 | 8/22/2019 | $280.31 | Payment | |
| 11332 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 923-2 | 8/22/2019 | $1,430.69 | Payment | |
| 11333 | Ginnie Rudisill, Petty Cash | Ginnie Rudisill, Petty Cash | 924-1 | 8/22/2019 | $345.85 | Payment | |

Date: Dec 1, 2019
Time: 11:51:54 ET
User: Ralph Van

**Fox Subacute at Mechanicsburg**
**Check Register**
**8/1/2019 - 10/31/2019**

Page # 3

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 11334 | Altek Business Systems, Inc.(290 &277) | Altek Business Systems, Inc.(290 &277) | 925-1 | 8/27/2019 | $190.63 | Payment | |
| 11335 | COMCAST (3420) | COMCAST (3420) | 925-2 | 8/27/2019 | $247.87 | Payment | |
| 11336 | COMCAST (5941) | COMCAST (5941) | 925-3 | 8/27/2019 | $897.92 | Payment | |
| 11337 | COMCAST (7347) | COMCAST (7347) | 925-4 | 8/27/2019 | $157.87 | Payment | |
| 11338 | Crystal Springs | Crystal Springs | 925-5 | 8/27/2019 | $272.91 | Payment | |
| 11339 | Culligan of Mechanicsburg | Culligan of Mechanicsburg | 925-6 | 8/27/2019 | $95.40 | Payment | |
| 11340 | Verizon (450-162-819-0001 29 Y) | Verizon (450-162-819-0001 29 Y) | 925-7 | 8/27/2019 | $123.84 | Payment | |
| 11341 | Waste Management of PA,, Inc. | Waste Management of PA,, Inc. | 925-8 | 8/27/2019 | $2,018.82 | Payment | |
| 11342 | IntelyCare, Inc | IntelyCare, Inc | 926-1 | 8/29/2019 | $899.69 | Payment | |
| 11343 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 926-2 | 8/29/2019 | $1,460.73 | Payment | |
| 11344 | Bortek Industries, Inc. | Bortek Industries, Inc. | 927-1 | 8/29/2019 | $390.48 | Payment | |
| 11345 | W.B. Mason Co., Inc. | W.B. Mason Co., Inc. | 927-2 | 8/29/2019 | $612.67 | Payment | |
| 11346 | Infiniti Medical Solutions, LLC (Rental) | Infiniti Medical Solutions, LLC (Rental) | 928-1 | 8/30/2019 | $7,584.00 | Payment | |
| 11347 | Sharps Compliance, Inc. | Sharps Compliance, Inc. | 928-2 | 8/30/2019 | $407.00 | Payment | |
| 11348 | Medliance | Medliance | 928-3 | 8/30/2019 | $1,400.00 | Payment | |
| 11349 | Cardmember Service | Cardmember Service | 929-1 | 9/3/2019 | $314.73 | Payment | |
| 11350 | Orkin Pest Control | Orkin Pest Control | 930-1 | 9/4/2019 | $128.97 | Payment | |
| 11351 | Windstream (4526) | Windstream (4526) | 931-1 | 9/4/2019 | $2,025.87 | Payment | |
| 11352 | American Express | American Express | 932-1 | 9/4/2019 | $3,258.94 | Payment | |
| 11353 | Brittney Jackson | Brittney Jackson | 932-2 | 9/4/2019 | $210.92 | Payment | |
| 11354 | Choice for Life Ministry | Choice for Life Ministry | 932-3 | 9/4/2019 | $100.00 | Payment | |
| 11355 | Cummings Consultants | Cummings Consultants | 932-4 | 9/4/2019 | $3,000.00 | Payment | |
| 11356 | Donna Jean Foster | Donna Jean Foster | 932-5 | 9/4/2019 | $300.00 | Payment | |
| 11357 | Lorraine C. Gustin | Lorraine C. Gustin | 932-6 | 9/4/2019 | $213.87 | Payment | |
| 11358 | Mary-Kate Spring Lee | Mary-Kate Spring Lee | 932-7 | 9/4/2019 | $65.00 | Payment | |
| 11359 | One Track Entertainment | One Track Entertainment | 932-8 | 9/4/2019 | $175.00 | Payment | |
| 11360 | Emergency Systems Services Co. | Emergency Systems Services Co. | 933-1 | 9/5/2019 | $2,684.55 | Payment | |
| 11361 | IntelyCare, Inc | IntelyCare, Inc | 934-1 | 9/5/2019 | $1,732.08 | Payment | |

## Fox Subacute at Mechanicsburg
## Check Register
## 8/1/2019 - 10/31/2019

Page # 4

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 11362 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 934-2 | 9/5/2019 | $1,350.89 | Payment | |
| 11363 | RKL LLP | RKL LLP | 935-1 | 9/5/2019 | $9,000.00 | Payment | |
| 11364 | ACMA | ACMA | 936-1 | 9/6/2019 | $911.15 | Payment | |
| 11364 | ACMA | ACMA | 68-1 | 9/6/2019 | ($911.15) | Payment | |
| 11365 | ACMA | ACMA | 937-1 | 9/6/2019 | $750.00 | Payment | |
| 11366 | Brittiney Jackson | Brittiney Jackson | 937-2 | 9/6/2019 | $161.15 | Payment | |
| 11367 | Tri-Med Medical Supplies, Inc. | Tri-Med Medical Supplies, Inc. | 938-1 | 9/6/2019 | $26,389.87 | Payment | |
| 11368 | Prothonotary of Blair County | Prothonotary of Blair County | 939-1 | 9/9/2019 | $361.50 | Payment | |
| 11368 | Prothonotary of Blair County | Prothonotary of Blair County | 69-1 | 9/9/2019 | ($361.50) | Payment | Reversed |
| 11369 | Prothonotary of Blair County | Prothonotary of Blair County | 940-1 | 9/9/2019 | $120.50 | Payment | |
| 11369 | Prothonotary of Blair County | Prothonotary of Blair County | 70-3 | 9/9/2019 | ($120.50) | Payment | Reversed |
| 11370 | Prothonotary of Blair County | Prothonotary of Blair County | 70-2 | 9/9/2019 | ($120.50) | Payment | Reversed |
| 11370 | Prothonotary of Blair County | Prothonotary of Blair County | 941-1 | 9/9/2019 | $120.50 | Payment | |
| 11371 | Prothonotary of Blair County | Prothonotary of Blair County | 70-1 | 9/9/2019 | ($120.50) | Payment | Reversed |
| 11371 | Prothonotary of Blair County | Prothonotary of Blair County | 942-1 | 9/9/2019 | $120.50 | Payment | |
| 11372 | Prothonotary of Blair County | Prothonotary of Blair County | 943-1 | 9/9/2019 | $140.50 | Payment | |
| 11373 | Prothonotary of Blair County | Prothonotary of Blair County | 944-1 | 9/9/2019 | $140.50 | Payment | |
| 11374 | Prothonotary of Blair County | Prothonotary of Blair County | 945-1 | 9/9/2019 | $140.50 | Payment | |
| 11375 | Pennsylvania One Call System, Inc. | Pennsylvania One Call System, Inc. | 946-1 | 9/9/2019 | $125.00 | Payment | |
| 11376 | Trust Ambulance Inc. | Trust Ambulance Inc. | 946-2 | 9/10/2019 | $8,306.70 | Payment | |
| 11377 | Tyler Robinson | Tyler Robinson | 946-3 | 9/10/2019 | $1,250.00 | Payment | |
| 11378 | Applied Computer Solutions | Applied Computer Solutions | 947-1 | 9/10/2019 | $658.68 | Payment | |
| 11379 | Hewlett-Packard Financial Services Co. | Hewlett-Packard Financial Services Co. | 947-2 | 9/10/2019 | $1,233.84 | Payment | |
| 11380 | Keystone Fire Protection Co. | Keystone Fire Protection Co. | 947-3 | 9/10/2019 | $4,163.68 | Payment | |

https://www4.polimaticare.com/qapp/reports/checkreg.aspx

**Date: Dec 1, 2019**
**Time: 11:51:54 ET**
**User: Ralph Van**

## Fox Subacute at Mechanicsburg
### Check Register
### 8/1/2019 - 10/31/2019

Page # 5

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 11381 | Dominion Elevator Inspection Services | Dominion Elevator Inspection Services | 948-1 | 9/12/2019 | $200.00 | Payment | |
| 11381 | Dominion Elevator Inspection Services | Dominion Elevator Inspection Services | 71-1 | 9/12/2019 | ($200.00) | Payment | Reversed |
| 11382 | Dominion Elevator Inspection Services | Dominion Elevator Inspection Services | 949-1 | 9/12/2019 | $200.00 | Payment | |
| 11383 | Delcrest Medical Services, Inc. | Delcrest Medical Services, Inc. | 950-1 | 9/12/2019 | $30,712.81 | Payment | |
| 11384 | Delcrest Medical Services, Inc. (Lease) | Delcrest Medical Services, Inc. (Lease) | 950-2 | 9/12/2019 | $1,612.01 | Payment | |
| 11385 | Infinil Medical Solutions, LLC (Rental) | Infinil Medical Solutions, LLC (Rental) | 951-1 | 9/13/2019 | $7,584.00 | Payment | |
| 11386 | IntelyCare, Inc | IntelyCare, Inc | 952-1 | 9/13/2019 | $992.97 | Payment | |
| 11387 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 952-2 | 9/13/2019 | $1,459.24 | Payment | |
| 11388 | Verbatim Solutions | Verbatim Solutions | 953-1 | 9/13/2019 | $381.00 | Payment | |
| 11389 | Balfurd Healthcare & Linen Rentals | Balfurd Healthcare & Linen Rentals | 954-1 | 9/16/2019 | $5,816.33 | Payment | |
| 11390 | Lackawanna American Insurance Co. | Lackawanna American Insurance Co. | 955-1 | 9/17/2019 | $6,988.97 | Payment | |
| 11391 | Harrisburg Dairies | Harrisburg Dairies | 956-1 | 9/19/2019 | $375.46 | Payment | |
| 11392 | IntelyCare, Inc | IntelyCare, Inc | 957-1 | 9/19/2019 | $2,443.76 | Payment | |
| 11393 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 957-2 | 9/19/2019 | $1,591.11 | Payment | |
| 11394 | Bank Direct Capital Finance | Bank Direct Capital Finance | 958-1 | 9/19/2019 | $12,589.65 | Payment | |
| 11395 | Masimo | Masimo | 959-1 | 9/20/2019 | $7,319.75 | Payment | |
| 11396 | Pennsylvania State Police (20011363) | Pennsylvania State Police (20011363) | 960-1 | 9/23/2019 | $242.00 | Payment | |
| 11397 | Prothonotary of Blair County | Prothonotary of Blair County | 961-1 | 9/25/2019 | $140.50 | Payment | |
| 11398 | Richter Healthcare Consultants | Richter Healthcare Consultants | 962-1 | 9/25/2019 | $1,660.00 | Payment | |

https://www4.pointclickcare.com/qa/reports/checkreg.jsp

Case 1:19-bk-04714-HWV  Doc 77  Filed 12/05/19  Entered 12/05/19 14:57:38  Desc
Main Document   Page 65 of 85

**Fox Subacute at Mechanicsburg**
**Check Register**
**8/1/2019 - 10/31/2019**

Date: Dec 1, 2019
Time: 11:51:54 ET
User: Ralph Yan

Page # 6

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 11399 | Waste Management of PA., Inc. | Waste Management of PA., Inc. | 962-2 | 9/25/2019 | $2,024.50 | Payment | |
| 11400 | Woodlyn Associates LLC | Woodlyn Associates LLC | 962-3 | 9/25/2019 | $2,052.50 | Payment | |
| 11401 | IntelyCare, Inc | IntelyCare, Inc | 963-1 | 9/26/2019 | $1,528.59 | Payment | |
| 11402 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 963-2 | 9/26/2019 | $1,588.01 | Payment | |
| 11403 | Guardian | Guardian | 964-1 | 9/27/2019 | $1,965.86 | Payment | |
| 11404 | Home Depot Credit Services | Home Depot Credit Services | 965-1 | 9/27/2019 | $495.06 | Payment | |
| 11405 | Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | 966-1 | 9/27/2019 | $10,500.00 | Payment | |
| 11406 | Post & Schell, P.C. | Post & Schell, P.C. | 967-1 | 9/27/2019 | $200.00 | Payment | |
| 11407 | PADONA | PADONA | 968-1 | 9/30/2019 | $10,039.80 | Payment | |
| 11408 | W.B. Mason Co., Inc. | W.B. Mason Co., Inc. | 969-1 | 10/1/2019 | $938.00 | Payment | |
| 11409 | Heather Rehard | Heather Rehard | 970-1 | 10/1/2019 | $257.52 | Payment | |
| 11410 | GNXCOR Inc. | GNXCOR Inc. | 971-1 | 10/2/2019 | $60.22 | Payment | |
| 11411 | East Coast Food Equipment Inc. | East Coast Food Equipment Inc. | 972-1 | 10/2/2019 | $128.26 | Payment | |
| 11412 | IntelyCare, Inc | IntelyCare, Inc | 973-1 | 10/3/2019 | $3,077.10 | Payment | |
| 11413 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 973-2 | 10/3/2019 | $1,153.17 | Payment | |
| 11414 | Applied Computer Solutions | Applied Computer Solutions | 974-1 | 10/3/2019 | $658.68 | Payment | |
| 11415 | Choice for Life Ministry | Choice for Life Ministry | 974-2 | 10/3/2019 | $100.00 | Payment | |
| 11416 | COMCAST (4501) | COMCAST (4501) | 974-3 | 10/3/2019 | $10.00 | Payment | |
| 11417 | COMCAST (5941) | COMCAST (5941) | 974-4 | 10/3/2019 | $897.92 | Payment | |
| 11418 | COMCAST (7347) | COMCAST (7347) | 974-5 | 10/3/2019 | $157.87 | Payment | |
| 11419 | Fire & Life Safety Solutions, LLC | Fire & Life Safety Solutions, LLC | 974-6 | 10/3/2019 | $125.00 | Payment | |
| 11420 | Harrisburg Dairies | Harrisburg Dairies | 974-7 | 10/3/2019 | $158.13 | Payment | |
| 11421 | Pitney Bowes Global Financial Svc. LLC | Pitney Bowes Global Financial Svc. LLC | 974-8 | 10/3/2019 | $259.99 | Payment | |
| 11422 | Donna Jean Foster | Donna Jean Foster | 974-9 | 10/3/2019 | $150.00 | Payment | |
| 11423 | Windstream (4526) | Windstream (4526) | 974-10 | 10/3/2019 | $1,995.89 | Payment | |
| 11424 | Altek Business Systems, Inc.(290 &277) | Altek Business Systems, Inc.(290 &277) | 974-11 | 10/3/2019 | $353.70 | Payment | |
| 11425 | COMCAST (3420) | COMCAST (3420) | 975-1 | 10/4/2019 | $247.87 | Payment | |

Date: Dec 1, 2019
Time: 11:51:54 ET
User: Ralph Van

Fox Subacute at Mechanicsburg
Check Register
8/1/2019 - 10/31/2019

Page # 7

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 11426 | Verizon (450-162-819-0001 29 Y) | Verizon (450-162-819-0001 29 Y) | 975-2 | 10/4/2019 | $123.84 | Payment | |
| 11427 | American Express | American Express | 976-1 | 10/8/2019 | $4,122.16 | Payment | |
| 11428 | Fidelity Security Life Insurance Company | Fidelity Security Life Insurance Company | 977-1 | 10/9/2019 | $1,968.70 | Payment | |
| 11429 | HealthDrive Dental Group | HealthDrive Dental Group | 977-2 | 10/9/2019 | $2,363.00 | Payment | |
| 11430 | HealthDrive Eye Care Group | HealthDrive Eye Care Group | 977-3 | 10/9/2019 | $778.00 | Payment | |
| 11431 | HealthDrive Podiatry Group | HealthDrive Podiatry Group | 977-4 | 10/9/2019 | $70.00 | Payment | |
| 11432 | Orkin Pest Control | Orkin Pest Control | 977-5 | 10/9/2019 | $1,249.74 | Payment | |
| 11433 | Praxair Distribution, Inc.(Bulk Del.) | Praxair Distribution, Inc.(Bulk Del.) | 977-6 | 10/9/2019 | $7,451.79 | Payment | |
| 11434 | Praxair Distribution, Inc.(Cylinders) | Praxair Distribution, Inc.(Cylinders) | 977-7 | 10/9/2019 | $4,589.68 | Payment | |
| 11435 | Sharps Compliance, Inc. | Sharps Compliance, Inc. | 977-8 | 10/9/2019 | $1,369.00 | Payment | |
| 11436 | IntelyCare, Inc | IntelyCare, Inc | 978-1 | 10/10/2019 | $5,483.42 | Payment | |
| 11437 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 978-2 | 10/10/2019 | $1,557.10 | Payment | |
| 11438 | Sun Life Financial | Sun Life Financial | 979-1 | 10/10/2019 | $10,243.83 | Payment | |
| 11439 | Delcrest Medical Services, Inc. | Delcrest Medical Services, Inc. | 980-1 | 10/14/2019 | $43,788.72 | Payment | |
| 11440 | Delcrest Medical Services, Inc. (Lease) | Delcrest Medical Services, Inc. (Lease) | 980-2 | 10/14/2019 | $1,612.01 | Payment | |
| 11441 | Bortek Industries, Inc. | Bortek Industries, Inc. | 981-1 | 10/15/2019 | $1,574.55 | Payment | |
| 11442 | Physician's Mobile X-Ray | Physician's Mobile X-Ray | 982-1 | 10/16/2019 | $10,478.22 | Payment | |
| 11443 | Tri-Med Medical Supplies, Inc. | Tri-Med Medical Supplies, Inc. | 983-1 | 10/16/2019 | $25,066.24 | Payment | |
| 11444 | IntelyCare, Inc | IntelyCare, Inc | 984-1 | 10/17/2019 | $3,126.10 | Payment | |
| 11445 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 984-2 | 10/17/2019 | $1,379.03 | Payment | |
| 11446 | PharMerica | PharMerica | 985-1 | 10/9/2019 | $39,904.00 | Payment | |

12/1/2019

**Fox Subacute at Mechanicsburg**
**Check Register**
**8/1/2019 - 10/31/2019**

Page # 8

| Check Number | Vendor Name | Remit to | Reference | Check/Reversal Date | Amount | Type | Status |
|---|---|---|---|---|---|---|---|
| 11447 | Lackawanna American Insurance Co. | Lackawanna American Insurance Co. | 986-1 | 10/18/2019 | $15,783.00 | Payment | |
| 11448 | Bank Direct Capital Finance | Bank Direct Capital Finance | 987-1 | 10/18/2019 | $8,632.42 | Payment | |
| 11449 | Lackawanna American Insurance Co. | Lackawanna American Insurance Co. | 988-1 | 10/18/2019 | $6,988.97 | Payment | |
| 11450 | Richter Healthcare Consultants | Richter Healthcare Consultants | 989-1 | 10/21/2019 | $2,840.00 | Payment | |
| 11451 | Balfurd Healthcare & Linen Rentals | Balfurd Healthcare & Linen Rentals | 990-1 | 10/21/2019 | $7,640.97 | Payment | |
| 11452 | Pennsylvania State Police (20011363) | Pennsylvania State Police (20011363) | 991-1 | 10/23/2019 | $286.00 | Payment | |
| 11453 | IntelyCare, Inc | IntelyCare, Inc | 992-1 | 10/24/2019 | $2,953.49 | Payment | |
| 11454 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 992-2 | 10/24/2019 | $1,350.26 | Payment | |
| 11455 | Waste Management of PA., Inc. | Waste Management of PA., Inc. | 993-1 | 10/25/2019 | $2,027.69 | Payment | |
| 11456 | Infiniti Medical Solutions, LLC (Rental) | Infiniti Medical Solutions, LLC (Rental) | 994-1 | 10/25/2019 | $7,584.00 | Payment | |
| 11457 | David Owens, Petty Cash | David Owens, Petty Cash | 995-1 | 10/28/2019 | $128.18 | Payment | |
| 11458 | Kim Remetta | Kim Remetta | 996-1 | 10/30/2019 | $58.00 | Payment | |
| 11459 | Woodlyn Associates LLC | Woodlyn Associates LLC | 997-1 | 10/30/2019 | $3,842.23 | Payment | |
| 11460 | IntelyCare, Inc | IntelyCare, Inc | 998-1 | 10/31/2019 | $3,699.20 | Payment | |
| 11461 | Reinhart Foodservice, L.L.C. | Reinhart Foodservice, L.L.C. | 998-2 | 10/31/2019 | $1,275.74 | Payment | |
| 11462 | W.B. Mason Co., Inc. | W.B. Mason Co., Inc. | 999-1 | 10/31/2019 | $645.36 | Payment | |
| 11463 | The Sherman Engineering Company | The Sherman Engineering Company | 1000-1 | 10/31/2019 | $11,759.50 | Payment | |
| 11464 | Trust Ambulance Inc. | Trust Ambulance Inc. | 1001-1 | 10/31/2019 | $12,083.80 | Payment | |
| 11465 | Trust Ambulance Inc. | Trust Ambulance Inc. | 1002-1 | 10/31/2019 | $12,871.00 | Payment | |

**Summary**

176 check(s) issued                     $623,254.75

0 check(s) voided

$0.00

Check Register

12/1/2019

**Date:** Dec 1, 2019
**Time:** 11:51:54 ET
**User:** Ralph Van

**Fox Subacute at Mechanicsburg**
**Check Register**
**8/1/2019 - 10/31/2019**

Page # 9

7 check(s) reversed
0 direct payment(s) issued

($2,508.45)
$0.00

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Trinity Pharmacy Services Lehigh Valley, LLC vs. Fox Subacute at Mechanicsburg, LLC, Fox Nursing Home Corp., And Fox Subacute at Clara Burke**<br>**2019-C-0153** | **Collection** | **Lehigh County Common Pleas**<br>**455 W. Hamilton Street**<br>**Allentown, PA 18101-1614** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **City Floors of York, Inc. vs. Fox Subacute at Mechanicsburg, LLC**<br>**2019-SU-2075** | **Collection** | **York County Court of Common Pleas**<br>**45 N George Street**<br>**York, PA 17401** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Adara Healthcare Staffing, Inc. vs. Fox Subacute at Mechanicsburg**<br>**2019-2856** | **Collection** | **Blair County Common Pleas**<br>**423 Allegheny Street**<br>**Hollidaysburg, PA 16648** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Adara Healthcare Staffing, Inc. vs. Fox Subacute at Mechanicsburg**<br>**2019-2857** | **Collection** | **Blair County Common Pleas**<br>**423 Allegheny Street**<br>**Hollidaysburg, PA 16648** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Adara Healthcare Staffing, Inc. vs. Fox Subacute at Mechanicsburg**<br>**2019-2858** | **Collection** | **Blair County Common Pleas**<br>**423 Allegheny Street**<br>**Hollidaysburg, PA 16648** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Adara Healthcare Staffing, Inc. vs. Fox Subacute at Mechanicsburg**<br>**2019-3037** | **Collection** | **Blair County Common Pleas**<br>**423 Allegheny Street**<br>**Hollidaysburg, PA 16648** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Service 1st Restoration and Remodeling, LLC v. Fox Subacute at Mechanicsburg, LLC**<br>**2019-CV-634-CV** | **Collection** | **Dauphin County Court of Common Pleas**<br>**Front & Market Streets**<br>**Harrisburg, PA 17101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Prominent Medical Staffing, Inc. v. Fox Subacute at Mechanicsburg, LLC**<br>**2019-01462** | **Collection** | **Cumberland Common Pleas**<br>**One Courthouse Square**<br>**Carlisle, PA 17013** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Nsima Umana (Envision Ablaze) v. Fox Subacute at Mechanicsburg, LLC**<br>**2019-08994** | **Collection** | **Cumberland County Court of Common Pleas**<br>**1 Courthouse Square**<br>**Carlisle, PA 17013** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **HSE Staffing Agency, LLC v. Fox Subacute at Mechanicsburg, LLC**<br>**2017-08378** | **Collection** | **Cumberland County Court of Common Pleas**<br>**1 Courthouse Square**<br>**Carlisle, PA 17013** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Fox Subacute at Mechanicsburg, LLC v. Diane Estep**<br>**2015-00608** | **Collection** | **Cumberland County Court of Common Pleas**<br>**1 Courthouse Square**<br>**Carlisle, PA 17013** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Flood damage to basement and equipment** | **$17,271.92** | **09/29/2018** | **Unknown** |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cunningham, Chernicoff & Warshawsky<br>Po Box 60457<br>Harrisburg, PA 17106-0457** | | | **See Attached** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

Rider to Statement Pursuant to 2016(b)
Fox Subacute at Mechanicsburg, LLC
Chapter 11

Debtor has paid $6,300.00 as a joint retainer with its affiliates, Fox Subacute at Clara Burke, LLC, Fox Subacute at South Philadelphia, LLC and Fox Nursing Home Corp. d/b/a Fox Subacute at Warrington (the "Affiliates"), to Cunningham, Chernicoff & Warshawsky, P.C. and Debtor has paid the filing fee of $1,717.00. Any retainer will be credited against billings rendered for all services in connection to the within case and related matters. All services will be billed at Cunningham, Chernicoff & Warshawsky, P.C.'s hourly rates then in effect at the time of billing. Upon the retainer being utilized in full, any services not paid by the retainer will be billed to the Debtor at such hourly rates. Any additional billings will be submitted to the Court on Supplemental Statements or Applications as necessary. In the year prior to filing, the Debtor paid Cunningham, Chernicoff & Warshawsky, P.C. $13,700.00, jointly with its Affiliates, for current services in connection with current financial problems.

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Fox Subacute at Mechanicsburg, LLC 120 S. Filbert Street Mechanicsburg, PA 17055** | **Skilled Nursing Facility** | **49** |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. **120 S. Filbert Street Mechanicsburg, PA  17055** | **How are records kept?** *Check all that apply:* ☑ Electronically ☑ Paper |

---

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Personal Information Medical History**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:
Name of plan                                                    Employer identification number of the plan

**Fox Subacute 401(k) Profit Sharing Plan**                    EIN: **23-2467051**

Has the plan been terminated?
☑ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Isdaner & Company, LLC** **Three Bala Plaza** **Suite 501 West** **Bala Cynwyd, PA 19004-3484** | **2005 to present** |
| 26a.2.   **Ralph Van** **955 Troxel Road** **Lansdale, PA 19446** | **08/31/1999 to present** |
| 26a.3.   **Anna Kreszl** **7112 Kelly Drive** **Norristown, PA 19401** | **09/12/2016 to present** |
| 26a.4.   **Joseph Van** **320 Thomas Drive** **King of Prussia, PA 19406** | **09/25/2019 to present** |
| 26a.5.   **Ivan Hantman** **406 Merion Hill Lane** **Conshohocken, PA 19428** | **10/04/2018 to present** |
| 26a.6.   **Veronica Boyd** **1620 A Robbins Avenue** **Philadelphia, PA 19149** | **01/02/2000 to present** |
| 26a.7.   **Louise Holland** **142 Crossfield Road** **King of Prussia, PA 19406** | **12/04/2017 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26a.8.  **Kathleen Palladino**<br>**521 Philadelphia Avenue**<br>**King of Prussia, PA 19406** | **08/20/2004 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Johnson Kendall & Johnson**<br>**109 Pheasant Run**<br>**Newtown, PA 18940** |
| 26d.2.  **Propel Insurance**<br>**1201 Pacific Avenue**<br>**Suite 1000**<br>**Tacoma, WA 98402** |
| 26d.3.  **Walters Appraisal Services**<br>**601 North Front Street**<br>**Harrisburg, PA 17101** |
| 26d.4.  **Pennsylvania Health & Wellness**<br>**238 Capitol Building**<br>**Harrisburg, PA 17120** |
| 26d.5.  **PA Department of Human Services**<br>**525 health and Welfare Bulilding**<br>**Harrisburg, PA 17120** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James F. Foulke** | **4 Garden Path**<br>**Doylestown, PA 18901** | **President** | **90%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Joseph F. Murray | 310 Friendship Drive Paoli, PA 19301 | **Vice President** | **5%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 12/4/19

Signature of individual signing on behalf of the debtor        **James M. Foulke**
                                                               Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Fox Subacute at Mechanicsburg, LLC**            Case No.    **1:19-bk-04714**

Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **See Attached** |
   | Prior to the filing of this statement I have received | $ | **See Attached** |
   | Balance Due | $ | **See Attached** |

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____12/4/19_____
Date

_Signature of Attorney_
**Robert E Chernicoff**
*Signature of Attorney*
**Cunningham Chernicoff & Warshawsky, P.C.**
**2320 North Second Street**
**Harrisburg, PA 17110**
**7172386570  Fax: 7172384809**
**rec@cclawpc.com**
*Name of law firm*

Rider to Statement Pursuant to 2016(b)
Fox Subacute at Mechanicsburg, LLC
Chapter 11

Debtor has paid $6,300.00 as a joint retainer with its affiliates, Fox Subacute at Clara Burke, LLC, Fox Subacute at South Philadelphia, LLC and Fox Nursing Home Corp. d/b/a Fox Subacute at Warrington (the "Affiliates"), to Cunningham, Chernicoff & Warshawsky, P.C. and Debtor has paid the filing fee of $1,717.00. Any retainer will be credited against billings rendered for all services in connection to the within case and related matters. All services will be billed at Cunningham, Chernicoff & Warshawsky, P.C.'s hourly rates then in effect at the time of billing. Upon the retainer being utilized in full, any services not paid by the retainer will be billed to the Debtor at such hourly rates. Any additional billings will be submitted to the Court on Supplemental Statements or Applications as necessary. In the year prior to filing, the Debtor paid Cunningham, Chernicoff & Warshawsky, P.C. $13,700.00, jointly with its Affiliates, for current services in connection with current financial problems.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Fox Subacute at Mechanicsburg, LLC**

Debtor(s)

Case No.   **1:19-bk-04714**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   12/4/19

James M. Foulke/President
Signer/Title

Best Case Bankruptcy

FOX SUBACUTE AT MECHANICSBURG, LLC
251 STENTON AVENUE
PLYMOUTH MEETING, PA 19462-1220

.

ROBERT E CHERNICOFF
CUNNINGHAM CHERNICOFF & WARSHAWSKY P.C.
2320 NORTH SECOND STREET
HARRISBURG, PA 17110

A VITAL RESPONSE, INC.
1205 S 28TH STREET
HARRISBURG, PA 17111

ADARA HEALTHCARE STAFFING
241 MAPLE HOLLOW ROAD
DUNCANSVILLE, PA 16635

ALIMED, INC.
P.O. BOX 9135
DEDHAM, MA 02027

ALL AMERICAN HEALTHCARE SERVICES
494 BROAD STREET
SUITE 302
NEWARK, NJ 07102

ALLSCRIPTS HEALTHCARE, LLC
24630 NETWORK PLACE
CHICAGO, IL 60673-1246

ALTEK BUSINESS SYSTEMS INC.
P.O. BOX 660831
DALLAS, TX 75266-0831

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101

APPLIED COMPUTER SOLUTIONS
P.O. BOX 749
SPRING HOUSE, PA 19477

ASCEND HEALTHCARE ASSOCIATES
1100 BENT CREEK BLVD.
SUITE 102
MECHANICSBURG, PA 17050

ASSOCIATED PRODUCTS SERVICES, INC.
2 EAST P ROAD
P.O. BOX 231
MECHANICSBURG, PA 17055

BALFURD HEALTHCARE & LINEN RENTALS
2467 PARK AVENUE
P.O. BOX 109
TIPTON, PA 16684-0109

BLANCHE LENARD CONSULTING LLC
2225 OVERLOOK DRIVE
ASTON, PA 19014-1616

BORTEK INDUSTRIES, INC.
4713 OLD GETTYSBURG ROAD
MECHANICSBURG, PA 17055

CAPITAL HEALTHCARE SOLUTIONS INC.
P.O. BOX 799
GLOUCESTER, VA 23061

CARDMEMBER SERVICES
P.O. BOX 790408
SAINT LOUIS, MO 63179-0408

CARLISLE NEUROCARE
220 WILSON STREET
SUITE 210
CARLISLE, PA 17013

CHRISTOPHER FISHER
C/O FOX SUBACUTE AT MECHANICSBURG
120 FILBER STREET
MECHANICSBURG, PA 17055

COLORWORKS BY CHANA
2187 RED BARN ROAD
FURLONG, PA 18925

COMCAST
P.O. BOX 70219
SOUTHEASTERN, PA 19176-0219

COMMERCIAL REFRIGERATION CH
7841 WITMER DRIVE
HARRISBURG, PA 17111-5403

COMMUNITY LIFE TEAM
P.O. BOX 8
INDIANA, PA 15701-0008

CONCENTRA
OCCUPATIONAL HEALTH CTR.
P.O. BOX 8750
ELKRIDGE, MD 21075-8750

COZEN "O'CONNOR
ONE LIBERTY PLACE
1650 MARKET STREET, SUITE 280
PHILADELPHIA, PA 19103

CREST HEALTHCARE SUPPLY
P.O. BOX 727
DASSEL, MN 55325-0727

CRYSTAL SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

CULLIGAN OF MECHANICSBURG
12 WATERFORD DRIVE
MECHANICSBURG, PA 17050

CUMMINGS CONSULTANTS
617 NORTH FRONT STREET
HARRISBURG, PA 17112

D&T MECHANICAL CONTRACTORS IN
714 AYERS AVENUE
P.O. BOX 42
LEMOYNE, PA 17043

DEBRUNNER & ASSOCIATES
112 WALNUT STREET
HARRISBURG, PA 17101

FETROW ELECTRIC SERVICE COMPANY
P.O. BOX 162
CAMP HILL, PA 17001-0162

GINNIE RUDISILL
451 MAYWOOD ROAD
YORK, PA 17402-4153

DELCREST MEDICAL SERVICES, INC
100 COMMERCE DRIVE
IVYLAND, PA 18974

FIDELITY SECURITY LIFE INS. CO.
P.O. BOX 632530
CINCINNATI, OH 45263

GNXCOR, INC.
425 HESPELER ROAD
SUITE 103
CAMBRIDGE N1R 8J6

DELCREST MEDICAL SERVICES, INC
(LEASE)
100 COMMERCE DRIVE
IVYLAND, PA 18974

FIRST CHOICE MEDICAL SUPPLY
P.O. BOX 3608
JACKSON, MS 39207

GUARDIAN
P.O. BOX 824404
PHILADELPHIA, PA 19182-4404

DELCREST MEDICAL SERVICES, LLC
100 COMMERCE DRIVE
IVYLAND, PA 18974

FLASTER GREENBERG
1835 MARKET STREET
SUITE 1050
PHILADELPHIA, PA 19103

GUERNSEY
P.O. BOX 61770
HARRISBURG, PA 17106

DOMINION ELEVATOR INSPECTION SERV
7475 CARLISLE ROAD
WELLSVILLE, PA 17365

FLEISCHER FLEISCHER & SUGLIA
FOUR GREENTREE CENTRE, SUITE 305
601 RT 73 N
MARLTON, NJ 08053

H&H SERVICE COMPANY INC.
4510B WESTPORT DRIVE
MECHANICSBURG, PA 17055

DONNA JEAN FOSTER
950 FLICKES ROAD
DILLSBURG, PA 17019

FOLLETT LLC
P.O. BOX 782806
PHILADELPHIA, PA 19178-2806

H&R HEALTHCARE LP
1750 OAK STREET
LAKEWOOD, NJ 08701

EAST COAS FOOD EQUIPMENT, INC.
570 INDUSTRIAL DRIVE
LEWISBERRY, PA 17339

FREDOM MEDICAL INC.
P.O. BOX 822704
PHILADELPHIA, PA 19182-2704

H.B. MCCLURE
P.O. BOX 1745
HARRISBURG, PA 17105

EAST PENNSBORO AMBULANCE SERVICE
P.O. BOX 47
ENOLA, PA 17025

FSA REALTY ASSOCIATES, LLP
251 STENTON AVENUE
PHILADELPHIA, PA 19145

HAMPDEN TOWNSHIP EMS
N 2930 STATE ROAD 22
WAUTOMA, WI 54982

ELI QURESHI
20 KEEFER WAY
MECHANICSBURG, PA 17055

GATTER & DIEHL INC.
100 WINDING CREEK BLVD.
MECHANICSBURG, PA 17050

HARRISBURG DAIRIES
P.O. BOX 2001
2001 HERR STREET
HARRISBURG, PA 17105-2001

F HUMMEL & SONS LLC
112 WOODSIDE DRIVE
MECHANICSBURG, PA 17055

GEISINGER HOLY SPIRIT
503 N 21ST STREET
CAMP HILL, PA 17011

HEALTH SYSTEM SERVICES
6867 WILLIAMS ROAD
NIAGARA FALLS, NY 14304-2993

HEATHER QUILES
1210 POPLAR STREET
LANGHORNE, PA 19047

INFINITI MEDICAL SOLUTIONS, LLC
(RENTAL)
50 RANDOLPH ROAD, SUITE A2
SOMERSET, NJ 08873

MARLIN BUSINESS BANK
P.O. BOX 13604
PHILADELPHIA, PA 19101

HERSHOCKS
3501 NORTH 6TH STREET
P.O. BOX 5800
HARRISBURG, PA 17110

INTEGRATED MEDICAL TRANSPORT LLC
322 EAST ALLEN ROAD
SUITE C
MECHANICSBURG, PA 17055

MARY-KATE SPRING LEE
1416 REGENCY CIRCLE
HARRISBURG, PA 17110

HEWLETT PACKARD FINANCIAL SERVICES
P.O. BOX 402582
ATLANTA, GA 30384

ISTELYCARE, INC.
1515 HANCOCK STREET
SUITE 203
QUINCY, MA 02169

MASIMO
28932 NETWORK PLACE
DEPT. 6773
CHICAGO, IL 60673-1289

HILL-ROM
P.O. BOX 643592
PITTSBURGH, PA 15264-3592

JOHNSON CONTROLS
P.O. BOX 730068
DALLAS, TX 75373-0068

MATRIXCARE, INC.
BIN #32
P.O. BOX 1414
MINNEAPOLIS, MN 55480-1414

HOLY SPIRIT EMS
P.O. BOX 983029
BOSTON, MA 02298-3029

JON PHEASANT
7790 GUMBORO ROAD
PITTSVILLE, MD 21850

MCCARTNEY'S MAINTENANCE INC
P.O. BOX 217
LEWISBERRY, PA 17339

HOLY SPIRIT HOSPITAL
503 NORTH 21ST STREET
CAMP HILL, PA 17011

K&D FACTORY SERVICE
1833-411 NORTH CAMERON STREET
HARRISBURG, PA 17103

MECHANICBURG FIRE DEPARTME
P.O. BOX 1233
MECHANICSBURG, PA 17055

HOLY SPIRIT HOSPITAL - BHC
503 NORTH 21ST STREET
CAMP HILL, PA 17011

KCI USA
P.O. BOX 301557
DALLAS, TX 75303-1557

MEDLIANCE
C/O TABULA RASA HEALTHCASE,IN
228 STRAWBRIDGE DRIVE, SUITE10
MOORESTOWN, NJ 08057

HOME DEPOT CARD SERVICES
P.O. BOX 9001030
LOUISVILLE, KY 40290-1030

KEYSTONE FIRE PROTECTION CO.
433 INDUSTRIAL DRIVE
NORTH WALES, PA 19454

MILESTONE STAFFING SERVICES
L3542
COLUMBUS, OH 43260

HSE STAFFING AGENCY LLC
5585 BARBARA DRIVE
MECHANICSBURG, PA 17050

KEYSTONE GUARDIANSHIP SERVICES
P.O. BOX 804
ELIZABETHVILLE, PA 17023

MR. ROOTER PLUMBING OF CEN
2 EAST ROAD
MECHANICSBURG, PA 17050

INFINITI MEDICAL SOLUTIONS, LLC
50 RANDOLPH ROAD
SUITE A2
SOMERSET, NJ 08873

LW CONSULTING INC.
5925 STEVENSON AVENUE
SUITE G
HARRISBURG, PA 17112

MS HERSHEY MEDICAL CENTER
500 UNIVERSITY DRIVE
HERSHEY, PA 17033

| | | |
|---|---|---|
| MURRAY ASSOCIATES ARCHITECTS PC<br>1600 NORTH SECOND STREET<br>HARRISBURG, PA 17102-2499 | PENNSYLVANIA STATE POLICE<br>P.O. BOX 62041<br>HARRISBURG, PA 17106-2041 | PROMINENT MEDICAL STAFFING<br>219 EAST MAIN STREET<br>MECHANICSBURG, PA 17055 |
| NATIONAL SEATING & MOBILITY, INC.<br>1957 PIONEER ROAD, BUILDING C<br>HUNTINGDON VALLEY, PA 19006 | PEOPLE'S BANK<br>3100 MARKET STREET<br>CAMP HILL, PA 17011-1000 | QUALITY MEDICAL GROUP<br>50 RANDOLPH ROAD, SUITE A2<br>SOMERSET, NJ 08873 |
| NAVIHEALTH<br>210 WESTWOOD PLACE<br>SUITE 400<br>BRENTWOOD, TN 37027 | PEOPLE'S BANK<br>3100 MARKET STREET<br>CAMP HILL, PA 17011 | R.F. FAGER CO.<br>2058 STATE ROAD<br>CAMP HILL, PA 17011 |
| NEWTOWN OFFICE SUPPLY SOLUTIONS<br>31 FRIENDS LANE<br>NEWTOWN, PA 18940 | PHARMERICA<br>P.O. BOX 409251<br>ATLANTA, GA 30384-9251 | REINHART FOODSERVICE, LLC<br>100 INDUSTRIAL PARK ROAD<br>COAL TOWNSHIP, PA 17866 |
| NSIMA UMANA<br>ENVISION ABLAZE HEALTHCARE<br>208 WEST ALLEN STREET<br>MECHANICSBURG, PA 17055 | PHCA<br>315 NORTH SECOND STREET<br>HARRISBURG, PA 17101 | RELIAS LEARNING, LLC<br>P.O. BOX 74008620<br>CHICAGO, IL 60674-8620 |
| ONECALL MEDICAL STAFFING INC.<br>316 EAST 6TH AVENUE<br>TARENTUM, PA 15084 | PHYSICIANS'S MOBILE X-RAY<br>945 EAST PARK DRIVE, SUITE 102<br>HARRISBURG, PA 17111 | RICHTER HEALTHCASE CONSULT<br>8948 CANYON FALLS BLVD., SUIT40<br>TWINSBURG, OH 44087 |
| OPTIMA HEALTHCARE SOLUTIONS, LLC<br>P.O. BOX 531734<br>ATLANTA, GA 30353-1734 | PINNACLE HEALTH ABC, LLC<br>PO BOX 829791<br>PHILADELPHIA, PA 19182-9791 | SEASONS<br>1416 REGENCY CIRCLE<br>HARRISBURG, PA 17110 |
| ORKIN PEST CONTROL<br>RATT, INC.<br>4450 PAXTON STREET<br>HARRISBURG, PA 17111 | POINTCLICKCARE<br>5570 EXPLORER DRIVE<br>MISSISSAUGA, ON L4W 0C4 | SERVICE FIREST RESTORATION &<br>REMODELING<br>330 EAST PARK DRIVE<br>HARRISBURG, PA 17111 |
| PADONA<br>6103 LIBERTY DRIVE<br>GROVELAND, FL 34736 | PRAXAIR DISTRIBUTION INC.<br>(CYLINDERS)<br>2301 SE CREEKVIEW DRIVE<br>ANKENY, IA 50021 | SHARON GLADFELTER RHIT<br>5531 BINO ROAD<br>GREENCASTLE, PA 17225 |
| PCA INDUSTRIAL & PAPER SUPPLIES<br>2425 MARYLAND ROAD<br>WILLOW GROVE, PA 19090 | PRAXAIR DISTRIBUTION, INC. (BULK)<br>2301 SECREEKVIEW DRIVE<br>ANKENY, IA 50021 | SHARPS COMPLIANCE, INC.<br>P.O. BOX 679502<br>DALLAS, TX 75267-9502 |

SHREDDING SOLUTIONS
1235 RITNER HIGHWAY
CARLISLE, PA 17013

SUN LIFE FINANCIAL
P.O. BOX 7247-0381
PHILADELPHIA, PA 19170-0381

SWIFTMD
P.O. BOX 829891
PHILADELPHIA, PA 19182

TRI-MED MEDICAL SUPPLY, INC.
4110 BUTLER PIKE, SUITE 106
PLYMOUTH MEETING, PA 19462

TRI-MED RENTALS
4110 BUTLER PIKE
SUITE 106
PLYMOUTH MEETING, PA 19462

TRIANGLE FIRE PROTECTION
20 ROADWAY DRIVE
CARLISLE, PA 17015

TRINITY PHARMACY SERVICES, L.V.
3910 ADLER PLACE
SUITE 210
BETHLEHEM, PA 18017

TRINITY PHARMACY SERVICES, L.V.
(NOTE)
3910 ADLER PLACE, SUITE 210
BETHLEHEM, PA 18017

TRUST AMBULANCE INC
1131 PRIMROSE AVENUE
CAMP HILL, PA 17011

TYCO INTEGRATED SERCURITY LLC
P.O. BOX 371967
PITTSBURGH, PA 15250

TYLER ROBINSON
2214 WOOD STREET
LANCASTER, PA 17603

UNITED HEALTHCARE
RECOVERY SERVICES
P.O. BOX 740804
ATLANTA, GA 30374

UPMC PINNACLE
PO BOX 826813
PHILADELPHIA, PA 19182-6813

US STANDARD PRODUCTS
P.O. BOX 668985
POMPANO BEACH, FL 33066

VERIZON
P.O. BOX 28000
LEHIGH VALLEY, PA 18002

VOHRA POST ACUTE CARE PHYSICIANS
P.O. BOX 742758
ATLANTA, GA 30374-2758

W.B. MASON CO., INC.
P.O. BOX 981101
BOSTON, MA 02298-1101

WASTE MANAGEMENT OF PA, INC.
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

WELCH ALLYN INC.
P.O. BOX 73040
CHICAGO, IL 60673-7040

WELLSPAN HEALTH
P.O. BOX 550
MOUNT GRETNA, PA 17064

WEST SHORE EMS
205 GRANDVIEW AVENUE
SUITE 211
CAMP HILL, PA 17011-1708

WILLIAM HALLAM, ESQUIRE
ROSENBERG MARTIN GREENBERLL
25 SOUTH CHARLES STREET, 21ST FL
BALTIMORE, MD 21201

WILLIAM HALLAM, ESQUIRE
ROSENBERG MARTIN GREENBERLL
25 SOUTH CHARLES STREET, 21ST FL
BALTIMORE, MD 21201

WINDSTREAM
P.O. BOX 9001013
LOUISVILLE, KY 40290-1013