IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| FOX SUBACUTE AT MECHANICSBURG, LLC, | : | CASE NO. 1:19-bk-04714-HWV |
| FOX NURSING HOME CORP. d/b/a FOX | : | CASE NO. 1-19-bk-04715-HWV |
| SUBACUTE AT WARRINGTON, | : | CASE NO. 1-19-bk-04716-HWV |
| FOX SUBACUTE AT CLARA BURKE, INC., and | : | CASE NO. 1-19-bk-04717-HWV |
| FOX SUBACUTE AT SOUTH PHILADELPHIA, | : | |
| LLC, | : | (Jointly Administered) |
| | : | |
| DEBTORS-IN-POSSESSION | : | |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT
OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

NOW COMES the United States Trustee, through undersigned counsel, and respectfully gives notice of the appointment of the following creditors to the Official Committee of Unsecured Creditors in the above-captioned Chapter 11 case pursuant to 11 U.S.C. § 1102(a)(1):

1. American Health Care Services, Inc.
   2014 Ford Road, Suite M
   Bristol, PA 19007
   Attn.: Gary J. Romett, President
   Tel.: (215) 788-7692
   Fax: (215) 788-7694
   Email: gromett@ahcsmed.com

2. HSE Staffing Agency
   5585 Barbara Drive
   Mechanicsburg, PA 17050
   Attn.: Hagir Elsheikh, President
   Tel: (717) 379-1964
   Fax: None
   Email: hsestaffing@gmail.com

3. Infiniti Medical Solutions, LLC
   50 Randolph Road, Suite A2
   Somerset, NJ 08873
   Attn.: Andrew Bythell, President
   Tel: (908) 226-0444
   Fax: (908) 226-3569
   Email: qualitymedical@verizon.net

4. Prominent Medical Staffing, Inc.
   651 Market Street, Suite C
   Lemoyne, PA 17043
   Attn.: Denice Gipe, President
   Tel.: (717) 918-6107
   Fax: (717) 918-6108
   Email: dgipe@prominentmedicalstaffing.com

5. Specialty Medical Products, Inc.
   187 Pennsylvania Avenue
   Malvern, PA 19355
   Attn.: George J. Walmsley, III, CPA, Vice President of Operations
   Tel: (610) 644-1370
   Fax: (610) 644-3992
   Email: gjwalmsley@smpcares.com

   Respectfully submitted,

   ANDREW R. VARA
   ACTING UNITED STATES TRUSTEE

   Anne K. Fiorenza
   Assistant United States Trustee

By: /s/ Gregory B. Schiller
    Gregory B. Schiller, Esq.
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    Middle District of Pennsylvania
    228 Walnut Street, Suite 1190
    Harrisburg, PA 17101
    Tel. (717) 221-4515
    Fax (717) 221-4554
    Email: Gregory.B.Schiller@usdoj.gov

Dated: December 11, 2019