IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | |
| | | |
| FOX SUBACUTE AT MECHANICSBURG, LLC, FOX SUBACUTE AT CLARA BURKE, INC., FOX SUBACUTE AT SOUTH PHILADELPHIA, LLC, and FOX NURSING HOME CORP. D/B/A FOX SUBACUTE AT WARRINGTON, | * * * * | Case Nos. 1:19-bk-04714-HWV 1:19-bk-04716-HWV 1:19-bk-04717-HWV 1:19-bk-04715-HWV (Chapter 11) (Jointly Administered) |
| Debtors. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT THIRD INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND CONTINUING FINAL HEARING

Upon Debtor's Motions for Approval for Debtor to Utilize Cash Collateral filed by Fox Nursing Home Corp. d/b/a Fox Subacute at Warrington ("Warrington"), Fox Subacute at Clara Burke, Inc. ("Clara Burke"), Fox Subacute at Mechanicsburg, Inc. ("Mechanicsburg"), and Fox Subacute at South Philadelphia, LLC (individually, "South Philly" and with Warrington, Clara Burke, and Mechanicsburg collectively, the "Debtors"), Debtors-in-Possession herein, for authority to use cash collateral (the "Motions") and Sabra Health Care Pennsylvania LLC's Objections to the Motions (the "Sabra Objections"), and the Court having held a preliminary hearing on the Motions in accordance with Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure on November 5, 2019 (the "Initial Hearing") and entered an Order Authorizing Interim Use of Cash Collateral and Scheduling Hearing (the "First Interim Order") authorizing the Debtors to use the cash collateral of PeoplesBank, A Codorus Valley Company (the "Bank") and Sabra Health Care Pennsylvania, LLC ("Sabra") on an interim basis pending a final hearing on the Motions and overruling the Sabra

Objections without prejudice to Sabra's right to renew its objections at such final hearing without further filing or notice, and the Court having held a second hearing on the use of cash collateral on an interim basis on November 26, 2019 (the "Second Hearing") and having entered a Consent Second Interim Order Authorizing Use of Cash Collateral and Continuing Final Hearing (the "Second Interim Order") authorizing the Debtors to use cash collateral pending a further hearing scheduled for January 28, 2020 (the "Third Hearing"), and it appearing that the Bank, Sabra, and Official Committee of Unsecured Creditors appointed under § 1102 of the Bankruptcy Code (the "Committee") have consented to the granting of the relief provided for herein on an interim basis, and it further appearing that good cause exists for granting the relief provided for herein for the reasons stated on the record at the First Hearing, the Second Hearing, and the Third Hearing, it is hereby

ORDERED, that the Debtors be, and hereby are, authorized to use cash collateral on an interim basis through and including the earlier to occur of: (a) March 6, 2020; or (b) the occurrence of an event of default under this Order (the "Third Interim Period") subject to the following conditions:

1. The Debtors shall use cash collateral only: (a) for the purposes specified in the Budget attached hereto as Exhibit A (the "Approved Budget"); (b) to pay United States Trustee's fees; and (c) to pay professional fees and reimbursement for expenses allowed by the Court that the Bank and Sabra consent to being paid from cash collateral or for which the Bank's and/or Sabra's collateral is surcharged pursuant to 11. U.S.C. § 506(c);

2. The amount of cash collateral that each Debtor may use for each of the purposes specified in the Approved Budget shall not exceed the amount specified in the Approved Budget applicable to such Debtor by more than ten percent (10%) for any such individual purpose or more than five percent (5%) for all purposes in the aggregate in any calendar month (the "Acceptable Variance") unless the Bank and Sabra consent, in writing, to use of a greater amount;

2

3. On or before the fifth (5th) day of each month during the Third Interim Period, the Debtors shall remit to the Bank a payment in the amount of all accrued and unpaid interest under the "Note," as defined in the Interim Order. Further, on or before the fifth (5th) day of each month during the Third Interim Period, Warrington and Clara Burke shall each pay $75,000.00 to Sabra as partial payment of rent due by such Debtors for each of the Warrington and Clara Burke facilities. Nothing contained in this paragraph shall be construed as the consent or agreement of Sabra to the deferral of any rent obligations of Warrington or Clara Burke for the month of March, or any month beyond the Third Interim Period. Sabra reserves all rights in under its leases, other agreements, or otherwise with Warrington and Clara Burke, including but not limited to claims for all other rent and other amounts due, all other rights and claims of Sabra, and any other obligations of Warrington and Clara Burke under the leases, other agreements, or otherwise;

4. During the Third Interim Period, the Debtors shall maintain "Eligible Accounts Receivable," as defined in the "Loan Agreement," as defined in the First Interim Order, in the amount required to ensure that the principal balance outstanding under the Note and the Loan Agreement is at all times equal to or less than seventy percent (70%) of the Debtors' outstanding Eligible Accounts Receivable (the "Required Balance");

5. On Monday of each week during the Third Interim Period, the Debtors shall provide to the Bank, Sabra, and the Committee: (a) a Borrowing Base Certificate reflecting their Eligible Accounts Receivable as of Friday of the prior week; (b) an aging of each of the Debtors' total outstanding accounts receivable as of Friday of the prior week; (c) an aging report of the Debtor's total outstanding post-petition payables as of Friday of the prior week; and (d) a report of all expenditures of cash collateral, by Approved Budget purpose, during the prior week;

6. On or before the fifth (5th) day of each month during the Third Interim Period, the Debtors shall remit to the Bank a fee in the amount of Five Hundred Dollars ($500.00)

(the "Administrative Fee") to compensate the Bank for the personnel time required to monitor the Debtors' compliance with this Order. The Administrative Fee shall not reduce the Debtors' obligations to the Bank under the Note or the Loan Agreement, but shall be payable in addition to any amounts payable thereunder;

7. Except for funds deposited to concentration accounts established for receipt of electronic payments from government and insurance company payors that are transferred immediately to debtor-in-possession accounts, all cash collateral shall be deposited only to accounts maintained by the Debtors with the Bank;

8. On or before the twentieth (20th) day of each calendar month during the Third Interim Period, the Debtors shall provide to Sabra and the Committee copies of deposit account statements for all deposit accounts maintained by any of the Debtors as of the last day of the immediately preceding month and shall provide to the Bank copies of deposit account statements for all deposit accounts maintained by any of the Debtors with a depository other than the Bank as of the last day of the immediately preceding month;

9. Clara Burke and Warrington shall maintain in effect at all times during the Third Interim Period all insurance required by the Sabra Lease and shall provide all financial and operational reporting to Sabra as required by the Sabra Lease; and it is further

ORDERED, that to the extent that cash collateral in existence on the date of the filing of the Debtors' petitions (the "Petition Date") is used by the Debtors, the Bank shall have, and is hereby granted, a replacement lien on the post-petition assets of the Debtors and Sabra shall have, and is hereby granted, a replacement lien on the post-petition assets of Clara Burke and Warrington with the same respective priorities as their pre-petition lien to the same extent that the Bank and Sabra would have had perfected liens on such assets absent the filing of the Petition initiating this case (the "Replacement Liens"); and it is further

ORDERED, that to the extent that the other protections granted herein are insufficient to provide adequate protection for the Bank's and Sabra's interests in cash collateral, the

Bank and Sabra are each granted a claim against the Debtors and the Debtors-in-Possession having: (a) the same priority as United States Trustee's fees and professional fees and reimbursement for expenses allowed by the Court that are authorized to be paid from cash collateral pursuant to paragraph 1 of this Order; and (b) priority over any and all other administrative expenses of any kind including, but not limited to, the administrative expenses described in 11 U.S.C. §§ 503(b) and 507(b); and it is further

ORDERED, that the following shall constitute events of default under this Consent Order:

1. The failure of the Debtors to maintain the Required Balance;

2. Use by any Debtor of cash collateral for purposes other than those specified in the Approved Budget without the Bank's and Sabra's written consent;

3. Use by any Debtor of cash collateral for any purpose in an amount in excess of the amount specified in the Approved Budget subject to the Acceptable Variance without the Bank's and Sabra's written consent;

4. The failure of the Debtors to make the payments to the Bank and/or Sabra provided for herein when and as due;

5. The failure of any Debtor to pay any obligation arising on or after the Petition Date under any unexpired lease of nonresidential property by the later of: (a) the date payment of such obligation is due under the applicable lease; or (b) such date, if any, as may be set by the Court pursuant to 11 U.S.C. § 365(d)(3); or

6. The violation by any Debtor of any other term or condition of this Order; and it is further

ORDERED, that if an event of default occurs under this Order, after the expiration of five (5) business days' notice via e-mail to the Debtors, counsel to the Debtors, the Committee, and to counsel for Sabra, the Bank may freeze the Debtors' deposit accounts at the Bank and notify all depositories with whom it has control agreements, if any, to freeze

5

accounts maintained by the Debtors with such depositories and the Debtors shall be enjoined from using cash collateral absent further order of this Court; and it is further

ORDERED, if an event of default occurs, the Debtors, the Bank, and/or Sabra may seek an expedited hearing on continued use of cash collateral by the Debtors; and it is further

ORDERED, that the entry of this Consent Order is made without prejudice to Sabra's right to object to the use of cash collateral after the expiration of the Third Interim Period on any grounds, including the inadequacy of the partial rent payments to be paid by Clara Burke or Warrington or the failure of Clara Burke or Warrington to subordinate payment of management fees to the payment of rent to Sabra; and it is further

ORDERED, that the entry of this Consent Order is made without prejudice to the right of Sabra to seek additional protections other than as stated herein, including in any Final Order entered on the Motions; and it is further

ORDERED, that notwithstanding anything in this Order to the contrary, the Committee shall have thirty (30) days (or such longer period as the Committee may obtain for cause shown before the expiration of such period) from the date of this Order to investigate the facts including the validity of any alleged pre-petition debt or security interest of the Bank and/or Sabra and bring any appropriate proceedings as representative of the estate, and it is further

ORDERED, that the final hearing on the Motions is continued to March 3, 2020 at 10:00 a.m.; and it is further

ORDERED, that the Debtors shall serve this Order on the creditors appearing on the list of the Twenty Largest Unsecured Creditors filed pursuant to Rule 1007(d) of the <u>Federal Rules of Bankruptcy Procedure</u>, the Bank, Sabra, the Committee, and the United States Trustee.

4834-3999-5826, v. 2

Dated: January 28, 2020

By the Court,

_Henry W. Van Eck_ (LS)
Henry W. Van Eck, Chief Bankruptcy Judge

# EXHIBIT A

**FOX SUBACUTE AT CLARA BURKE**
**CASH FORECASTING FOR FEBRUARY 2020**

| VENDOR | 2/1/2020 CLARA | 2/8/2020 CLARA | 2/15/2020 CLARA | 2/22/2020 CLARA | TOTAL | Checks Cut | Cash Transfers | Payroll |
|---|---|---|---|---|---|---|---|---|
| Other Vendor Payments | $ 15,478.06 | $ 32,655.72 | $ 31,115.19 | $ 56,746.06 | $ 135,995.03 | $ - | | |
| Medical Supplies | $ - | $ 43,000.00 | | | $ 43,000.00 | $ - | | |
| Pharmacy | $ 29,808.92 | | | | $ 29,808.92 | $ - | | |
| Respratory Supplies | $ 20,000.00 | | | | $ 20,000.00 | $ - | | |
| Dialysis | | | | $ 6,500.00 | $ 6,500.00 | | | |
| Property/Liability Ins. | | $ 14,283.24 | | | $ 14,283.24 | $ - | | |
| Workers Comp. | | $ 9,723.79 | | | $ 9,723.79 | $ - | | |
| | | | | | $ - | | | |
| Payroll and PR Taxes | $ 252,000.00 | | $ 252,000.00 | | $ 504,000.00 | | | $ - |
| Real Estate Taxes 1MO | $ - | 117,180.74 | $ - | | $ 117,180.74 | $ - | | |
| Meritain Health ilns | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| Bed Tax | $ - | | $ - | | $ - | | | |
| Mgt Fee | $ - | | | $ 51,650.03 | $ 51,650.03 | | $ - | |
| Rent | $ 75,000.00 | | $ - | | $ 75,000.00 | | $ - | |
| LOC | $ 9,166.67 | | $ - | | $ 9,166.67 | | $ - | |
| Direct Hits | $ - | | $ 4,020.62 | | $ 4,020.62 | | | |
| **Total Cash Out** | $ 426,453.65 | $ 216,843.49 | $ 287,135.81 | $ 114,896.09 | $ 1,045,329.04 | $ - | $ - | $ - |
| | | | | | | | | |
| Receipts | $ 239,765.00 | $ 239,765.00 | $ 239,765.00 | $ 239,765.00 | $ 959,060.00 | | | |
| | | | | | $ - | | | |
| +/- | $ (186,688.65) | $ 22,921.51 | $ (47,370.81) | $ 124,868.91 | $ (86,269.04) | | | |

**FOX SUBACUTE AT WARRINGTON**
**CASH FORECASTING FOR FEBRUARY 2020**

| VENDOR | 2/1/2020 FOX | 2/8/2020 FOX | 2/15/2020 FOX | 2/22/2020 FOX | TOTAL | Checks Cut | Cash Transfers | Payroll |
|---|---|---|---|---|---|---|---|---|
| Other Vendor Payments | $ 7,195.37 | $ 38,542.59 | $ 56,285.60 | $ 40,850.07 | $ 142,873.63 | $ - | | |
| Medical Supplies | | $ 46,795.25 | | | $ 46,795.25 | $ - | | |
| Pharmacy | | | | $ 42,684.84 | $ 42,684.84 | $ - | | |
| Respratory Supplies | | $ 20,000.00 | | | $ 20,000.00 | $ - | | |
| Dialysis | | | | $ 5,665.79 | $ 5,665.79 | | | |
| Property/Liability Ins. | | $ 13,548.28 | | | $ 13,548.28 | $ - | | |
| Workers Comp. | | | $ 9,421.92 | | $ 9,421.92 | $ - | | |
| Payroll and PR Taxes | $ - | $ 230,000.00 | $ - | $ 230,000.00 | $ 460,000.00 | | | $ - |
| Real Estate Taxes | $ - | | $ 67,483.47 | | $ 67,483.47 | | | |
| Meritain Health ilns | $ 25,000.00 | $ - | $ - | | $ 25,000.00 | | $ - | |
| Bed Tax | $ - | | | | $ - | | | |
| Mgt Fee | $ - | $ 47,454.88 | | | $ 47,454.88 | | | |
| Rent | $ 75,000.00 | | $ - | | $ 75,000.00 | | $ - | |
| LOC | $ 8,307.29 | | $ - | | $ 8,307.29 | | $ - | |
| Direct Hits Leases | $ - | | $ 7,794.78 | | $ 7,794.78 | | $ - | |
| **Total Cash Out** | $ 115,502.66 | $ 396,341.00 | $ 140,985.77 | $ 319,200.70 | $ 972,030.13 | $ - | $ - | $ - |
| Receipts | $ 240,664.97 | $ 240,664.97 | $ 240,664.97 | $ 240,664.97 | $ 962,659.88 | | | |
| | | | | | $ - | | | |
| | | | | | $ - | | | |
| +/- | $ 125,162.31 | $ (155,676.03) | $ 99,679.20 | $ (78,535.73) | $ (9,370.25) | | | |

# FOX SUBACUTE AT MECHANICSBURG
## CASH FORECASTING FOR FEBRUARY 2020

| Vnd# | VENDOR | 2/1/2020 MECHANICS | 2/8/2020 MECHANICS | 2/15/2020 MECHANICS | 2/22/2020 MECHANICS | TOTAL | Checks Cut | Cash Tran. | Payroll |
|---|---|---|---|---|---|---|---|---|---|
| | Other Vendor Payments | $ 30,964.62 | $ 19,810.57 | $ 42,637.87 | $ 35,155.23 | $ 128,568.29 | $ - | | |
| | Medical supplies | | $ 46,094.35 | | | $ 46,094.35 | $ - | | |
| | Pharmacy | | | $ 43,858.04 | | $ 43,858.04 | $ - | | |
| | Respiratory Supplies | | | $ 17,000.00 | | $ 17,000.00 | $ - | | |
| | Property/Liability Ins. | | $ 8,632.42 | | | $ 8,632.42 | $ - | | |
| | Workers Comp. | | $ 6,988.97 | | | $ 6,988.97 | $ - | | |
| | Payroll and PR Taxes | $ - | $ 225,000.00 | $ - | $ 225,000.00 | $ 450,000.00 | | | $ - |
| | Real Estate Taxes | | | $ 6,208.33 | | $ 6,208.33 | | | $ - |
| | Meritain Health ilns | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| | Bed Tax | $ - | | $ - | | $ - | | | |
| | Mgt Fee | $ - | $ 45,089.64 | | | $ 45,089.64 | | $ - | |
| | Rent | $ 63,280.00 | | $ - | | $ 63,280.00 | | $ - | |
| | LOC | $ 8,307.29 | | | | $ 8,307.29 | | $ - | |
| | Direct Hits | $ - | | $ 1,931.21 | | $ 1,931.21 | | $ - | |
| | **Total Cash Out** | $ 127,551.91 | $ 351,615.95 | $ 111,635.45 | $ 260,155.23 | $ 850,958.54 | | | |
| | | | | | | | $ - | $ - | $ - |
| | Receipts | $ 211,045.26 | $ 211,045.26 | $ 211,045.26 | $ 211,045.26 | $ 844,181.04 | | | |
| | +/- | $ 83,493.35 | $ (140,570.69) | $ 99,409.81 | $ (49,109.97) | $ (6,777.50) | | | |

## FOX SUBACUTE AT SOUTH PHILADELPHIA
## CASH FORECASTING FOR FEBRUARY 2020

| VENDOR | 2/1/2020 S. PHILA | 2/8/2020 S. PHILA | 2/15/2020 S. PHILA | 2/22/2020 S. PHILA | TOTAL | Checks Cut | Cash Tran. | Payroll |
|---|---|---|---|---|---|---|---|---|
| Other Vendor Payments | $ 23,015.77 | $ 47,884.43 | $ 33,944.65 | $ 34,764.16 | $ 139,609.01 | $ - | $ - | |
| Medical supplies | | $ 38,000.00 | | | $ 38,000.00 | $ - | | |
| Pharmacy | | | | $ 33,794.10 | $ 33,794.10 | $ - | | |
| Respiratory Supplies | | | | $ 14,431.85 | $ 14,431.85 | $ - | | |
| Property/Liability Ins. | | $ 4,052.32 | | | $ 4,052.32 | $ - | | |
| Workers Comp. | | | $ 4,316.61 | | $ 4,316.61 | $ - | | |
| Payroll and PR Taxes | $ 180,000.00 | | $ 180,000.00 | | $ 360,000.00 | | | $ - |
| | $ - | | $ - | | $ - | | | |
| Meritain Health Ins | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| Bed Tax | $ - | | $ - | | $ - | | | |
| Mgt Fee | $ - | $ 39,095.56 | | | $ 39,095.56 | | $ - | |
| Rent | $ 77,148.60 | | $ - | | $ 77,148.60 | $ - | | |
| LOC | $ 4,296.88 | | | | $ 4,296.88 | | $ - | |
| Direct Hits | $ - | | $ 4,312.72 | | $ 4,312.72 | | | |
| **Total Cash Out** | $ 309,461.25 | $ 129,032.31 | $ 222,573.98 | $ 82,990.11 | $ 744,057.65 | $ - | $ - | $ - |
| Receipts | $ 185,421.34 | $ 185,421.34 | $ 185,421.34 | $ 185,421.34 | $ 741,685.36 | | | |
| | | | | | $ - | | | |
| | | | | | $ - | | | |
| +/- | $ (124,039.91) | $ 56,389.03 | $ (37,152.64) | $ 102,431.23 | $ (2,372.29) | | | |

**FOX SUBACUTE AT CLARA BURKE**
**CASH FORECASTING FOR MARCH 2020**

| VENDOR | 2/29/2020 CLARA | 3/7/2020 CLARA | 3/14/2020 CLARA | 3/21/2020 CLARA | TOTAL | Checks Cut | Cash Transfers | Payroll |
|---|---|---|---|---|---|---|---|---|
| Other Vendor Payments | $ 15,478.06 | $ 32,655.72 | $ 31,115.19 | $ 56,746.06 | $ 135,995.03 | $ - | | |
| Medical Supplies | $ - | $ 43,000.00 | | | $ 43,000.00 | $ - | | |
| Pharmacy | $ 29,808.92 | | | | $ 29,808.92 | $ - | | |
| Respratory Supplies | $ 20,000.00 | | | | $ 20,000.00 | $ - | | |
| Dialysis | | | | $ 6,500.00 | $ 6,500.00 | | | |
| Property/Liability Ins. | | $ 14,283.24 | | | $ 14,283.24 | $ - | | |
| Workers Comp. | | $ 9,723.79 | | | $ 9,723.79 | $ - | | |
| | | | | | $ - | | | |
| Payroll and PR Taxes | $ 252,000.00 | | $ 252,000.00 | | $ 504,000.00 | | | $ - |
| Real Estate Taxes 1MO | $ - | - | $ - | | $ - | $ - | | |
| Meritain Health ilns | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| Bed Tax | $ - | | $ - | | $ - | | | |
| Mgt Fee | $ - | | | $ 51,650.03 | $ 51,650.03 | | $ - | |
| Rent | $ 75,000.00 | | $ - | | $ 75,000.00 | | $ - | |
| LOC | $ 9,166.67 | | $ - | | $ 9,166.67 | | $ - | |
| Direct Hits | $ - | | $ 4,020.62 | | $ 4,020.62 | | | |
| **Total Cash Out** | **$ 426,453.65** | **$ 99,662.75** | **$ 287,135.81** | **$ 114,896.09** | **$ 928,148.30** | **$ -** | **$ -** | **$ -** |
| | | | | | | | | |
| *Receipts* | $ 239,765.00 | $ 239,765.00 | $ 239,765.00 | $ 239,765.00 | $ 959,060.00 | | | |
| | | | | | $ - | | | |
| +/- | $ (186,688.65) | $ 140,102.25 | $ (47,370.81) | $ 124,868.91 | $ 30,911.70 | | | |

FOX SUBACUTE AT WARRINGTON
CASH FORECASTING FOR MARCH 2020

| VENDOR | 2/29/2020 FOX | 3/7/2020 FOX | 3/14/2020 FOX | 3/21/2020 FOX | TOTAL | Checks Cut | Cash Transfers | Payroll |
|---|---|---|---|---|---|---|---|---|
| Other Vendor Payments | $ 7,195.37 | $ 38,542.59 | $ 56,285.60 | $ 40,850.07 | $ 142,873.63 | $ - | | |
| Medical Supplies | | $ 46,795.25 | | | $ 46,795.25 | $ - | | |
| Pharmacy | | | | $ 42,684.84 | $ 42,684.84 | $ - | | |
| Respratory Supplies | | $ 20,000.00 | | | $ 20,000.00 | $ - | | |
| Dialysis | | | | $ 5,665.79 | $ 5,665.79 | | | |
| Property/Liability Ins. | | $ 13,548.28 | | | $ 13,548.28 | $ - | | |
| Workers Comp. | | | $ 9,421.92 | | $ 9,421.92 | $ - | | |
| Payroll and PR Taxes | $ - | $ 230,000.00 | $ - | $ 230,000.00 | $ 460,000.00 | | | $ - |
| Real Estate Taxes | $ - | | $ - | | $ - | | | |
| Meritain Health ilns | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| Bed Tax | $ - | | $ - | | $ - | | | |
| Mgt Fee | $ - | $ 47,454.88 | | | $ 47,454.88 | | | |
| Rent | $ 75,000.00 | | $ - | | $ 75,000.00 | | $ - | |
| LOC | $ 8,307.29 | | $ - | | $ 8,307.29 | | $ - | |
| Direct Hits Leases | $ - | | $ 7,794.78 | | $ 7,794.78 | | $ - | |
| Total Cash Out | $ 115,502.66 | $ 396,341.00 | $ 73,502.30 | $ 319,200.70 | $ 904,546.66 | $ - | $ - | $ - |
| Receipts | $ 240,664.97 | $ 240,664.97 | $ 240,664.97 | $ 240,664.97 | $ 962,659.88 | | | |
| | | | | | $ - | | | |
| | | | | | $ - | | | |
| +/- | $ 125,162.31 | $ (155,676.03) | $ 167,162.67 | $ (78,535.73) | $ 58,113.22 | | | |

## FOX SUBACUTE AT MECHANICSBURG
## CASH FORECASTING FOR MARCH 2020

| Vnd# | VENDOR | 2/29/2020 MECHANICS | 3/7/2020 MECHANICS | 3/14/2020 MECHANICS | 3/21/2020 MECHANICS | TOTAL | Checks Cut | Cash Tran. | Payroll |
|---|---|---|---|---|---|---|---|---|---|
| | Other Vendor Payments | $ 30,964.62 | $ 19,810.57 | $ 42,637.87 | $ 35,155.23 | $ 128,568.29 | $ - | | |
| | Medical supplies | | $ 46,094.35 | | | $ 46,094.35 | $ - | | |
| | Pharmacy | | | $ 43,858.04 | | $ 43,858.04 | $ - | | |
| | Respiratory Supplies | | | $ 17,000.00 | | $ 17,000.00 | $ - | | |
| | Property/Liability Ins. | | $ 8,632.42 | | | $ 8,632.42 | $ - | | |
| | Workers Comp. | | $ 6,988.97 | | | $ 6,988.97 | $ - | | |
| | Payroll and PR Taxes | $ - | $ 225,000.00 | $ - | $ 225,000.00 | $ 450,000.00 | | | $ - |
| | Real Estate Taxes | | | $ 6,208.33 | | $ 6,208.33 | | | $ - |
| | Meritain Health ilns | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| | Bed Tax | $ - | | $ - | | $ - | | | |
| | Mgt Fee | $ - | $ 45,089.64 | | | $ 45,089.64 | | $ - | |
| | Rent | $ 63,280.00 | | $ - | | $ 63,280.00 | | $ - | |
| | LOC | $ 8,307.29 | | | | $ 8,307.29 | | $ - | |
| | Direct Hits | $ - | | $ 1,931.21 | | $ 1,931.21 | | $ - | |
| | **Total Cash Out** | $ 127,551.91 | $ 351,615.95 | $ 111,635.45 | $ 260,155.23 | $ 850,958.54 | | | |
| | | | | | | | $ - | $ - | $ - |
| | Receipts | $ 211,045.26 | $ 211,045.26 | $ 211,045.26 | $ 211,045.26 | $ 844,181.04 | | | |
| | +/- | $ 83,493.35 | $ (140,570.69) | $ 99,409.81 | $ (49,109.97) | $ (6,777.50) | | | |

FOX SUBACUTE AT SOUTH PHILADELPHIA
CASH FORECASTING FOR MARCH 2020

| VENDOR | 2/29/2020 S. PHILA | 3/7/2020 S. PHILA | 3/14/2020 S. PHILA | 3/21/2020 S. PHILA | TOTAL | Checks Cut | Cash Tran. | Payroll |
|---|---|---|---|---|---|---|---|---|
| Other Vendor Payments | $ 23,015.77 | $ 47,884.43 | $ 33,944.65 | $ 34,764.16 | $ 139,609.01 | $ - | $ - | |
| Medical supplies | | $ 38,000.00 | | | $ 38,000.00 | $ - | | |
| Pharmacy | | | | $ 33,794.10 | $ 33,794.10 | $ - | | |
| Respiratory Supplies | | | | $ 14,431.85 | $ 14,431.85 | $ - | | |
| Property/Liability Ins. | | $ 4,052.32 | | | $ 4,052.32 | $ - | | |
| Workers Comp. | | | $ 4,316.61 | | $ 4,316.61 | $ - | | |
| Payroll and PR Taxes | $ 180,000.00 | | $ 180,000.00 | | $ 360,000.00 | | | $ - |
| | $ - | | $ - | | $ - | | | |
| Meritain Health ilns | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| Bed Tax | $ - | | $ - | | $ - | | | |
| Mgt Fee | $ - | $ 39,095.56 | | | $ 39,095.56 | | $ - | |
| Rent | $ 77,148.60 | | $ - | | $ 77,148.60 | $ - | | |
| LOC | $ 4,296.88 | | | | $ 4,296.88 | | $ - | |
| Direct Hits | $ - | | $ 4,312.72 | | $ 4,312.72 | | | |
| Total Cash Out | $ 309,461.25 | $ 129,032.31 | $ 222,573.98 | $ 82,990.11 | $ 744,057.65 | $ - | $ - | $ - |
| Receipts | $ 185,421.34 | $ 185,421.34 | $ 185,421.34 | $ 185,421.34 | $ 741,685.36 | | | |
| | | | | | $ - | | | |
| | | | | | $ - | | | |
| +/- | $ (124,039.91) | $ 56,389.03 | $ (37,152.64) | $ 102,431.23 | $ (2,372.29) | | | |

**FOX SUBACUTE AT CLARA BURKE**
**CASH FORECASTING FOR April 2020**

| VENDOR | 3/28/2020 CLARA | 4/4/2020 CLARA | 4/11/2020 CLARA | 4/18/2020 CLARA | TOTAL | Checks Cut | Cash Transfers | Payroll |
|---|---|---|---|---|---|---|---|---|
| Other Vendor Payments | $ 15,478.06 | $ 32,655.72 | $ 31,115.19 | $ 56,746.06 | $ 135,995.03 | $ - | | |
| Medical Supplies | $ - | $ 43,000.00 | | | $ 43,000.00 | $ - | | |
| Pharmacy | $ 29,808.92 | | | | $ 29,808.92 | $ - | | |
| Respratory Supplies | $ 20,000.00 | | | | $ 20,000.00 | $ - | | |
| Dialysis | | | | $ 6,500.00 | $ 6,500.00 | | | |
| Property/Liability Ins. | | $ 14,283.24 | | | $ 14,283.24 | $ - | | |
| Workers Comp. | | $ 9,723.79 | | | $ 9,723.79 | $ - | | |
| | | | | | $ - | | | |
| Payroll and PR Taxes | $ 252,000.00 | | $ 252,000.00 | | $ 504,000.00 | | | $ - |
| Real Estate Taxes 1MO | $ - | - | $ - | | $ - | $ - | | |
| Meritain Health ilns | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| Bed Tax | $ - | | $ - | | $ - | | | |
| Mgt Fee | $ - | | | $ 51,650.03 | $ 51,650.03 | | $ - | |
| Rent | $ 75,000.00 | | $ - | | $ 75,000.00 | | $ - | |
| LOC | $ 9,166.67 | | $ - | | $ 9,166.67 | | $ - | |
| Direct Hits | $ - | | $ 4,020.62 | | $ 4,020.62 | | | |
| Total Cash Out | $ 426,453.65 | $ 99,662.75 | $ 287,135.81 | $ 114,896.09 | $ 928,148.30 | $ - | $ - | $ - |
| | | | | | | | | |
| Receipts | $ 239,765.00 | $ 239,765.00 | $ 239,765.00 | $ 239,765.00 | $ 959,060.00 | | | |
| | | | | | $ - | | | |
| +/- | $ (186,688.65) | $ 140,102.25 | $ (47,370.81) | $ 124,868.91 | $ 30,911.70 | | | |

FOX SUBACUTE AT WARRINGTON
CASH FORECASTING FOR April 2020

| VENDOR | 3/28/2020 FOX | 4/4/2020 FOX | 4/11/2020 FOX | 4/18/2020 FOX | TOTAL | Checks Cut | Cash Transfers | Payroll |
|---|---|---|---|---|---|---|---|---|
| Other Vendor Payments | $ 7,195.37 | $ 38,542.59 | $ 56,285.60 | $ 40,850.07 | $ 142,873.63 | $ - | | |
| Medical Supplies | | $ 46,795.25 | | | $ 46,795.25 | $ - | | |
| Pharmacy | | | | $ 42,684.84 | $ 42,684.84 | $ - | | |
| Respratory Supplies | | $ 20,000.00 | | | $ 20,000.00 | $ - | | |
| Dialysis | | | | $ 5,665.79 | $ 5,665.79 | | | |
| Property/Liability Ins. | | $ 13,548.28 | | | $ 13,548.28 | $ - | | |
| Workers Comp. | | | $ 9,421.92 | | $ 9,421.92 | $ - | | |
| Payroll and PR Taxes | $ - | $ 230,000.00 | $ - | $ 230,000.00 | $ 460,000.00 | | | $ - |
| Real Estate Taxes | $ - | | $ - | | $ - | | | |
| Meritain Health ilns | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| Bed Tax | $ - | | $ - | | $ - | | | |
| Mgt Fee | $ - | $ 47,454.88 | | | $ 47,454.88 | | | |
| Rent | $ 75,000.00 | | $ - | | $ 75,000.00 | | $ - | |
| LOC | $ 8,307.29 | | $ - | | $ 8,307.29 | | $ - | |
| Direct Hits Leases | $ - | | $ 7,794.78 | | $ 7,794.78 | | $ - | |
| **Total Cash Out** | $ 115,502.66 | $ 396,341.00 | $ 73,502.30 | $ 319,200.70 | $ 904,546.66 | | | |
| | | | | | | $ - | $ - | $ - |
| Receipts | $ 240,664.97 | $ 240,664.97 | $ 240,664.97 | $ 240,664.97 | $ 962,659.88 | | | |
| | | | | | $ - | | | |
| | | | | | $ - | | | |
| +/- | $ 125,162.31 | $ (155,676.03) | $ 167,162.67 | $ (78,535.73) | $ 58,113.22 | | | |

FOX SUBACUTE AT MECHANICSBURG
CASH FORECASTING FOR April 2020

| Vnd# | VENDOR | 3/28/2020 MECHANICS | 4/4/2020 MECHANICS | 4/11/2020 MECHANICS | 4/18/2020 MECHANICS | TOTAL | Checks Cut | Cash Tran. | Payroll |
|---|---|---|---|---|---|---|---|---|---|
| | Other Vendor Payments | $ 30,964.62 | $ 19,810.57 | $ 42,637.87 | $ 35,155.23 | $ 128,568.29 | $ - | | |
| | Medical supplies | | $ 46,094.35 | | | $ 46,094.35 | $ - | | |
| | Pharmacy | | | $ 43,858.04 | | $ 43,858.04 | $ - | | |
| | Respiratory Supplies | | | $ 17,000.00 | | $ 17,000.00 | $ - | | |
| | Property/Liability Ins. | | $ 8,632.42 | | | $ 8,632.42 | $ - | | |
| | Workers Comp. | | $ 6,988.97 | | | $ 6,988.97 | $ - | | |
| | Payroll and PR Taxes | $ - | $ 225,000.00 | $ - | $ 225,000.00 | $ 450,000.00 | | | $ - |
| | Real Estate Taxes | | | $ 6,208.33 | | $ 6,208.33 | | | $ - |
| | Meritain Health ilns | $ 25,000.00 | $ - | $ - | | $ 25,000.00 | | $ - | |
| | Bed Tax | $ - | $ - | $ - | | $ - | | | |
| | Mgt Fee | $ - | $ 45,089.64 | | | $ 45,089.64 | | $ - | |
| | Rent | $ 63,280.00 | | $ - | | $ 63,280.00 | | $ - | |
| | LOC | $ 8,307.29 | | | | $ 8,307.29 | | $ - | |
| | Direct Hits | $ - | | $ 1,931.21 | | $ 1,931.21 | | $ - | |
| | Total Cash Out | $ 127,551.91 | $ 351,615.95 | $ 111,635.45 | $ 260,155.23 | $ 850,958.54 | | | |
| | | | | | | | $ - | $ - | $ - |
| | Receipts | $ 211,045.26 | $ 211,045.26 | $ 211,045.26 | $ 211,045.26 | $ 844,181.04 | | | |
| | | | | | | $ - | | | |
| | | | | | | $ - | | | |
| | +/- | $ 83,493.35 | $ (140,570.69) | $ 99,409.81 | $ (49,109.97) | $ (6,777.50) | | | |

## FOX SUBACUTE AT SOUTH PHILADELPHIA
## CASH FORECASTING FOR April 2020

| VENDOR | 3/28/2020 S. PHILA | 4/4/2020 S. PHILA | 4/11/2020 S. PHILA | 4/18/2020 S. PHILA | TOTAL | Checks Cut | Cash Tran. | Payroll |
|---|---|---|---|---|---|---|---|---|
| Other Vendor Payments | $ 23,015.77 | $ 47,884.43 | $ 33,944.65 | $ 34,764.16 | $ 139,609.01 | $ - | $ - | |
| Medical supplies | | $ 38,000.00 | | | $ 38,000.00 | $ - | | |
| Pharmacy | | | | $ 33,794.10 | $ 33,794.10 | $ - | | |
| Respiratory Supplies | | | | $ 14,431.85 | $ 14,431.85 | $ - | | |
| Property/Liability Ins. | | $ 4,052.32 | | | $ 4,052.32 | $ - | | |
| Workers Comp. | | | $ 4,316.61 | | $ 4,316.61 | $ - | | |
| Payroll and PR Taxes | $ 180,000.00 | | $ 180,000.00 | | $ 360,000.00 | | | $ - |
| | $ - | | $ - | | $ - | | | |
| Meritain Health Ins | $ 25,000.00 | | $ - | | $ 25,000.00 | | $ - | |
| Bed Tax | $ - | | $ - | | $ - | | | |
| Mgt Fee | $ - | $ 39,095.56 | | | $ 39,095.56 | | $ - | |
| Rent | $ 77,148.60 | | $ - | | $ 77,148.60 | $ - | | |
| LOC | $ 4,296.88 | | | | $ 4,296.88 | | $ - | |
| Direct Hits | $ - | | $ 4,312.72 | | $ 4,312.72 | | | |
| Total Cash Out | $ 309,461.25 | $ 129,032.31 | $ 222,573.98 | $ 82,990.11 | $ 744,057.65 | $ - | $ - | $ - |
| Receipts | $ 185,421.34 | $ 185,421.34 | $ 185,421.34 | $ 185,421.34 | $ 741,685.36 | | | |
| | | | | | $ - | | | |
| | | | | | $ - | | | |
| +/- | $ (124,039.91) | $ 56,389.03 | $ (37,152.64) | $ 102,431.23 | $ (2,372.29) | | | |